**Pro Hac Vice Attorney**

Applicant's Name: Mark L. Rienzi

Law Firm Name: The Becket Fund for Religious Liberty

Street Address 1: 1919 Pennsylvania Ave. NW

Address Line 2: Suite 400

City: Washington   State: DC   Zip: 20006

Phone Number w/ Area Code: (202) 955-0095   Bar #: 494336   State: DC

Primary E-mail Address: mrienzi@becketfund.org

*(Primary email address must be for the Pro Hac attorney and not a subordinate or staff member)*

Secondary E-mail Address: mkrauter@becketfund.org

*(Additional contact email for questions during the application process)*

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, up to and including trial, in the event the applicant Mark L. Rienzi is unable to be present upon any date assigned by the court.

Date: 5/29/2025   Signature of Local Counsel: s/ William J. Crowley

Local Counsel's Name: William J. Crowley

Law Firm Name: Crowley Law Offices, P.S.

**Address must be within the geographical boundaries of the Western District of Washington per LCR 83.1(d)(2).**

Street Address 1: 600 University Street

Address Line 2: Suite 1708

City: Seattle   State: WA   Zip: 98101

Phone Number w/ Area Code: (206) 224-7069   Bar #: 18499