The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| PAUL D. ETIENNE et al., | NO.  3:25-cv-05461-DGE |
| Plaintiffs, | NOTICE OF APPEARANCE |
| v. | |
| ROBERT W. FERGUSON et al., | |
| Defendants. | |

TO:          Counsel of Record

AND TO:      CLERK OF THE COURT

YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that Emma Grunberg, Kelly A. Paradis, and Alicia O. Young, Deputy Solicitors General, without waiving objection as to improper service, jurisdiction, or venue, hereby enter their appearance on behalf of Defendants Robert W. Ferguson, in his official capacity as Governor of Washington, and Nicholas W. Brown, in his official capacity as Attorney General of Washington, in the above-entitled action, and request that notice of any and all further proceedings in said action except original process be served upon the undersigned attorney(s) at the address stated below.

NOTICE OF APPEARANCE  --
NO.  3:25-cv-05461-DGE

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

1    DATED this 4th day of June 2025.

2                                    NICHOLAS W. BROWN
                                     *Attorney General*
3

4                                    *s/Emma Grunberg*
                                     EMMA GRUNBERG, WSBA 54659
5                                    *s/Kelly A. Paradis*
                                     KELLY A. PARADIS, WSBA 47175
6                                    *s/Alicia O. Young*
                                     ALICIA O. YOUNG, WSBA 35553
7                                       *Deputy Solicitors General*

8                                    1125 Washington Street SE
                                     PO Box 40100
9                                    Olympia, WA  98504-0100
                                     Emma.Grunberg@atg.wa.gov
10                                   Kelly.Paradis@atg.wa.gov
                                     Alicia.Young@atg.wa.gov
11                                   360-753-6200

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26