THE HONORABLE CHIEF JUDGE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL D. ETIENNE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT W. FERGUSON, in his official capacity as Governor of Washington, et al.,<br><br>Defendants. | Case No. 3:25-cv-05461<br><br>NOTICE OF APPEARANCE |

TO:   All Parties and Their Counsel of Record

PLEASE TAKE NOTICE of the appearance in this litigation of the undersigned counsel on behalf of Paul D. Etienne, Joseph J. Tyson, Thomas A. Daly, Frank R. Schuster, Eusebio L. Elizondo, Gary F. Lazzeroni, Gary M. Zender, Robert Pearson, Lutakome Nsubuga, Jesús Mariscal, and Michael Kelly (collectively, "Plaintiffs").  Copies of all documents and pleadings with regard to this litigation, with the exception of original process, are to be served on the

NOTICE OF APPEARANCE - 1
(NO. 3:25-CV-05461)

WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000 (t)
(202) 663-6363 (f)

undersigned counsel in addition all counsel of record who previously have appeared on behalf of Plaintiffs.

Dated: June 5, 2025         By:    */s/ Siddharth Velamoor*
Siddharth Velamoor (WSBA No. 40965)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000 (t)
(202) 663-6363 (f)
siddharth.velamoor@wilmerhale.com

**NOTICE OF APPEARANCE - 2**
**(NO. 3:25-CV-05461)**

**WILMER CUTLER PICKERING**
**HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000 (t)
(202) 663-6363 (f)