The Honorable Chief Judge David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| PAUL D. ETIENNE, JOSEPH J. TYSON, THOMAS A. DALY, FRANK R. SCHUSTER, EUSEBIO L. ELIZONDO, GARY F. LAZZERONI, GARY M. ZENDER, ROBERT PEARSON, LUTAKOME NSUBUGA, JESÚS MARISCAL, MICHAEL KELLY,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT W. FERGUSON, in his official capacity as Governor of Washington, NICHOLAS W. BROWN, in his official capacity as Attorney General of Washington, LEESA MANION, in her official capacity as King County Prosecuting Attorney, LARRY HASKELL, in his official capacity as Spokane County Prosecuting Attorney, JOSEPH BRUSIC, in his official capacity as Yakima County Prosecuting Attorney, RANDY FLYCKT, in his official capacity as Adams County Prosecuting Attorney, CURT LIEDKIE, in his official capacity as Asotin County Prosecuting Attorney, ERIC EISINGER, in his official capacity as Benton County Prosecuting Attorney, ROBERT SEALBY, in his official capacity as Chelan County Prosecuting | Case No. 3:25-cv-05461-DGE<br><br>**DECLARATION OF MATTHEW T. MARTENS IN SUPPORT OF PLAINTIFFS' MOTION FOR <u>PRELIMINARY INJUNCTION</u>** |

DECLARATION OF M. MARTENS IN SUPPORT OF
PLAINTIFF'S MOT. FOR PRELIM. INJUNCTION    - 1 -
(No. 3:25-cv-05461-DGE)

CROWLEY LAW OFFICES, P.S.
600 University Street, Suite 1708 • Seattle, WA 98101
(206) 209-0456
www.crowlylawoffices.com

1   Attorney, MARK NICHOLS, in his official capacity as Clallam County Prosecuting Attorney, TONY GOLIK, in his official Capacity as Clark County Prosecuting Attorney, DALE SLACK, in his official capacity as Columbia County Prosecuting Attorney, RYAN JURVAKAINEN, in his official capacity as Cowlitz County Prosecuting Attorney, GORDON EDGAR, in his official capacity as Douglas County Prosecuting Attorney, MICHAEL GOLDEN, in his official capacity as Ferry County Prosecuting Attorney, SHAWN SANT, in his official capacity as Franklin County Prosecuting Attorney, MATHEW NEWBERG, in his official capacity as Garfield County Prosecuting Attorney, KEVIN McCRAE, in his official capacity as Grant County Prosecuting Attorney, NORMA TILLOTSON, in her official capacity as Grays Harbor County Prosecuting Attorney, GREGORY BANKS, in his official capacity as Island County Prosecuting Attorney, JAMES KENNEDY, in his official capacity as Jefferson County Prosecuting Attorney, CHAD ENRIGHT, in his official capacity as Kitsap County Prosecuting Attorney, GREGORY ZEMPEL, in his official capacity as Kittitas County Prosecuting Attorney, DAVID QUESNEL, in his official capacity as Klickitat County Prosecuting Attorney, JONATHAN MEYER, in his official capacity as Lewis County Prosecuting Attorney, TY ALBERTSON, in his official capacity as Lincoln County Prosecuting Attorney, MICHAEL DORCY, in his official capacity as Mason County Prosecuting Attorney, ALBERT LIN, in his official capacity as Okanogan County Prosecuting Attorney, MICHAEL ROTHMAN, in his official capacity as Pacific County Prosecuting Attorney, DOLLY HUNT, in her official Capacity as Pend Orielle County Prosecuting Attorney, MARY ROBNETT, in her official capacity as Pierce County Prosecuting Attorney, AMY VIRA, in her official capacity as San Juan County Prosecuting Attorney,

DECLARATION OF M. MARTENS IN SUPPORT OF PLAINTIFF'S MOT. FOR PRELIM. INJUNCTION - 2 -
(No. 3:25-cv-05461-DGE)

CROWLEY LAW OFFICES, P.S.
600 University Street, Suite 1708 • Seattle, WA 98101
(206) 209-0456
www.crowlylawoffices.com

RICH WEYRICH, in his official Capacity as Skagit County Prosecuting Attorney, ADAM KICK, in his official capacity as Skamania County Prosecuting Attorney, JASON CUMMINGS, in his official capacity as Snohomish County Prosecuting Attorney, ERIKA GEORGE, in her official capacity as Stevens County Prosecuting Attorney, JON TUNHEIM, in his official capacity as Thurston County Prosecuting Attorney, DAN BIGELOW, in his official capacity as Wahkiakum County Prosecuting Attorney, GABE ACOSTA, in his official capacity as Walla Walla County Prosecuting Attorney, ERIC RICHEY, in his official capacity as Whatcom County Prosecuting Attorney, and DENIS TRACY, in his official capacity as Whitman County Prosecuting Attorney,

Defendants.

DECLARATION OF M. MARTENS IN SUPPORT OF PLAINTIFF'S MOT. FOR PRELIM. INJUNCTION    - 3 -
(No. 3:25-cv-05461-DGE)

CROWLEY LAW OFFICES, P.S.
600 University Street, Suite 1708 • Seattle, WA 98101
(206) 209-0456
www.crowlylawoffices.com

I, Matthew T. Martens, hereby declare as follows:

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP and counsel to Plaintiffs in the above-captioned matter.

2. I am over the age of eighteen and competent to make this declaration. I make this declaration based on personal knowledge about which I am competent to testify.

3. Attached as Exhibit 1 is a true and correct copy of the Senate Bill Report for SB 5375 (As Passed Senate, February 28, 2025).

4. Attached as Exhibit 2 is a true and correct copy of the URL to access a video recording of the March 14, 2025 House Early Learning & Human Services Committee Hearing where Senator Noel Frame testified in support of SB 5375.

5. Attached as Exhibit 3 is a true and correct copy of the June 2, 2025 NonStop Local Tri-Cities/Yakima article *Washington clergy challenge new child abuse reporting law* by Steven Hogencamp.

6. Attached as Exhibit 4 is a true and correct copy of the *Charter for the Protection of Children and Young People* by the United States Conference of Catholic Bishops.

7. Attached as Exhibit 5 is a true and correct excerpted copy of the 2023 *Child Maltreatment Report*, prepared by the U.S. Department of Health & Human Services Administration for Children and Families Children's Bureau.

8. Attached as Exhibit 6 is a true and correct copy of the May 2, 2025 Washington State Standard article *New law requires clergy in Washington to report child abuse* by Jerry Cornfield.

9. Attached as Exhibit 7 is a true and correct copy of the URL to access a video recording of the January 28, 2025 Senate Human Services Committee Hearing where Senator Noel Frame testified in support of SB 5375.

DECLARATION OF M. MARTENS IN SUPPORT OF PLAINTIFF'S MOT. FOR PRELIM. INJUNCTION - 4 - (No. 3:25-cv-05461-DGE)

CROWLEY LAW OFFICES, P.S.
600 University Street, Suite 1708 • Seattle, WA 98101
(206) 209-0456
www.crowlylawoffices.com

* * *

I declare under penalty of perjury that the foregoing is true and correct.

_____
Matthew T. Martens

EXECUTED this 5th day of June, 2025, at Washington, DC.

DECLARATION OF M. MARTENS IN SUPPORT OF
PLAINTIFF'S MOT. FOR PRELIM. INJUNCTION    - 5 -
(No. 3:25-cv-05461-DGE)

CROWLEY LAW OFFICES, P.S.
600 University Street, Suite 1708 • Seattle, WA 98101
(206) 209-0456
www.crowlylawoffices.com