The Honorable Chief Judge David G. Estudillo

1

2

3

4

5

6

7

8

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

9

10
11  PAUL D. ETIENNE, JOSEPH J. TYSON,
    THOMAS A. DALY, FRANK R.
12  SCHUSTER, EUSEBIO L. ELIZONDO,
    GARY F. LAZZERONI, GARY M.
    ZENDER, ROBERT PEARSON,
13  LUTAKOME NSUBUGA, JESÚS
14  MARISCAL, MICHAEL KELLY,

15                      Plaintiffs,

16          v.

17  ROBERT W. FERGUSON, in his official
18  capacity as Governor of Washington,
    NICHOLAS W. BROWN, in his official
19  capacity as Attorney General of
    Washington, LEESA MANION, in her
20  official capacity as King County Prosecuting
    Attorney, LARRY HASKELL, in his official
21  capacity as Spokane County Prosecuting
22  Attorney, JOSEPH BRUSIC, in his official
    capacity as Yakima County Prosecuting
23  Attorney, RANDY FLYCKT, in his official
    capacity as Adams County Prosecuting
24  Attorney, CURT LIEDKIE, in his official
    capacity as Asotin County Prosecuting
25  Attorney, ERIC EISINGER, in his official
26  capacity as Benton County Prosecuting
    Attorney, ROBERT SEALBY, in his official
27  capacity as Chelan County Prosecuting

Case No. 3:25-cv-05461-DGE

**DECLARATION OF GARY F.
LAZZERONI IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION**

28  DECLARATION OF G. LAZZERONI IN SUPPORT OF
    PLAINTIFF'S MOT. FOR PRELIM. INJUNCTION    - 1 -
    (No. 3:25-cv-05461-DGE)

CROWLEY LAW OFFICES, P.S.
600 University Street, Suite 1708 • Seattle, WA 98101
(206) 209-0456
www.crowlylawoffices.com

1  Attorney, MARK NICHOLS,  in his official
   capacity as Clallam County Prosecuting
2  Attorney, TONY GOLIK, in his official
   Capacity as Clark County Prosecuting
3  Attorney, DALE SLACK, in his official
4  capacity as Columbia County Prosecuting
   Attorney, RYAN JURVAKAINEN, in his
5  official capacity as Cowlitz County
   Prosecuting Attorney, GORDON EDGAR, in
6  his official capacity as Douglas County
7  Prosecuting Attorney, MICHAEL GOLDEN,
   in his official capacity as Ferry County
8  Prosecuting Attorney, SHAWN SANT, in his
   official capacity as Franklin County
9  Prosecuting Attorney, MATHEW
10 NEWBERG, in his official capacity as
   Garfield County Prosecuting Attorney,
11 KEVIN McCRAE, in his official capacity as
   Grant County Prosecuting Attorney, NORMA
12 TILLOTSON, in her official capacity as Grays
13 Harbor County Prosecuting Attorney,
   GREGORY BANKS, in his official capacity
14 as Island County Prosecuting Attorney,
   JAMES KENNEDY, in his official capacity as
15 Jefferson County Prosecuting Attorney,
   CHAD ENRIGHT, in his official capacity as
16 Kitsap County Prosecuting Attorney,
   GREGORY ZEMPEL, in his official capacity
17 as Kittitas County Prosecuting Attorney,
18 DAVID QUESNEL, in his official capacity as
   Klickitat County Prosecuting Attorney,
19 JONATHAN MEYER, in his official capacity
   as Lewis County Prosecuting Attorney, TY
20 ALBERTSON, in his official capacity as
   Lincoln County Prosecuting Attorney,
21 MICHAEL DORCY, in his official capacity as
22 Mason County Prosecuting Attorney,
   ALBERT LIN, in his official capacity as
23 Okanogan County Prosecuting Attorney,
   MICHAEL ROTHMAN, in his official
24 capacity as Pacific County Prosecuting
   Attorney, DOLLY HUNT, in her official
25 Capacity as Pend Orielle County Prosecuting
26 Attorney, MARY ROBNETT, in her official
   capacity as Pierce County Prosecuting
27 Attorney, AMY VIRA, in her official capacity
   as San Juan County Prosecuting Attorney,
28

DECLARATION OF G. LAZZERONI IN SUPPORT OF
PLAINTIFF'S MOT. FOR PRELIM. INJUNCTION    - 2 -
(No. 3:25-cv-05461-DGE)

CROWLEY LAW OFFICES, P.S.
600 University Street, Suite 1708 • Seattle, WA 98101
(206) 209-0456
www.crowlylawoffices.com

1  RICH WEYRICH, in his official Capacity as
2  Skagit County Prosecuting Attorney, ADAM
   KICK, in his official capacity as Skamania
3  County Prosecuting Attorney, JASON
   CUMMINGS, in his official capacity as
4  Snohomish County Prosecuting Attorney,
   ERIKA GEORGE, in her official capacity as
5  Stevens County Prosecuting Attorney, JON
   TUNHEIM, in his official capacity as
6  Thurston County Prosecuting Attorney, DAN
   BIGELOW, in his official  capacity as
7  Wahkiakum County Prosecuting Attorney,
   GABE ACOSTA, in his official capacity as
8  Walla Walla County Prosecuting Attorney,
9  ERIC RICHEY, in his official capacity as
   Whatcom County Prosecuting Attorney, and
10 DENIS TRACY, in his official capacity as
   Whitman County Prosecuting Attorney,
11
12                    Defendants.

DECLARATION OF G. LAZZERONI IN SUPPORT OF
PLAINTIFF'S MOT. FOR PRELIM. INJUNCTION    - 3 -
(No. 3:25-cv-05461-DGE)

CROWLEY LAW OFFICES, P.S.
600 University Street, Suite 1708 • Seattle, WA 98101
(206) 209-0456
www.crowlylawoffices.com

I, Gary F. Lazzeroni, hereby declare as follows:

1.     I am over the age of eighteen and competent to make this declaration. I make this declaration based on personal knowledge about which I am competent to testify.

2.     I am a priest incardinated in the Roman Catholic Archdiocese of Seattle, Vicar General for the Archdiocese, priest moderator of Parish Family #18, which includes St. Joseph and St. Therese Churches in Seattle, and beginning on July 1, 2025, will be pastor of Parish Family #17, which includes Christ Our Hope and Immaculate Conception Churches and St. James Cathedral in Seattle. As Vicar General, I am responsible for the day-to-day administration of the Archdiocese. As a priest of the Archdiocese of Seattle, I have the faculties to, and do, hear the Sacrament of Confession throughout the Archdiocese of Seattle.

3.     I have reviewed the declaration of Archbishop Paul D. Etienne, including the articulation of the teachings of the Roman Catholic Church regarding the Sacrament of Confession and the sacramental seal. I sincerely believe in the Roman Catholic faith and the teaching of the Roman Catholic Church, including with respect to the Sacrament of Confession and sacramental seal, as articulated in the declaration of Archbishop Paul D. Etienne.

4.     As a priest of the Archdiocese of Seattle, I am required to, and do, adhere to the policies of the Archdiocese of Seattle concerning the reporting of child abuse and neglect. Pursuant to those polices, I am required to, and do, report to proper law enforcement agencies or the department of children, youth, and families whenever I have reasonable cause to believe child abuse or neglect has occurred. The sole exception to this reporting requirement is information that I learn in the confessional and protected by the sacramental seal.

5.     Moreover, because absolution given by a priest requires true contrition for all confessed sins, I could counsel any penitent disclosing child abuse or neglect to self-report and obtain the necessary temporal intervention and help. If I suspect based on what is disclosed during confession that the penitent is suffering from abuse or neglect, the penitent has engaged in abuse or neglect, or some third party has engaged in abuse or neglect, I could invite the penitent for counseling outside of the Sacrament of Confession. If the penitent were to agree to such

CROWLEY LAW OFFICES, P.S.
600 University Street, Suite 1708 • Seattle, WA 98101
(206) 209-0456
www.crowleylawoffices.com

1  counseling and I were to learn information in that non-sacramental counseling providing me with

2  reasonable cause to believe abuse or neglect has been committed, I am obligated to, and would,

3  report that suspected abuse or neglect to proper law enforcement agencies or the department of

4  children, youth, and families.

5      6.      Given the intrusion on the sacramental seal and my sincerely held religious belief

6  in the teaching of the Roman Catholic Church regarding the sacramental seal, I will not comply

7  with the amendments to Section 26.44.030 effected by Senate Bill 5375—to the point of going to

8  jail or incurring a fine or civil liability.

9                          *       *       *

10  I declare under penalty of perjury that the foregoing is true and correct.

11  

12  Gary F. Lazzeroni

13  EXECUTED this 5th day of June, 2025, at _Seattle_, Washington.

28  DECLARATION OF G. LAZZERONI IN SUPPORT OF
PLAINTIFF'S MOT. FOR PRELIM. INJUNCTION   - 5 -
(No. 3:25-cv-05461-DGE)

CROWLEY LAW OFFICES, P.S.
600 University Street, Suite 1708 • Seattle, WA 98101
(206) 209-0456
www.crowlylawoffices.com