The Honorable Chief Judge David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| PAUL D. ETIENNE, JOSEPH J. TYSON, THOMAS A. DALY, FRANK R. SCHUSTER, EUSEBIO L. ELIZONDO, GARY F. LAZZERONI, GARY M. ZENDER, ROBERT PEARSON, LUTAKOME NSUBUGA, JESÚS MARISCAL, MICHAEL KELLY,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT W. FERGUSON, in his official capacity as Governor of Washington, NICHOLAS W. BROWN, in his official capacity as Attorney General of Washington, LEESA MANION, in her official capacity as King County Prosecuting Attorney, LARRY HASKELL, in his official capacity as Spokane County Prosecuting Attorney, JOSEPH BRUSIC, in his official capacity as Yakima County Prosecuting Attorney, RANDY FLYCKT, in his official capacity as Adams County Prosecuting Attorney, CURT LIEDKIE, in his official capacity as Asotin County Prosecuting Attorney, ERIC EISINGER, in his official capacity as Benton County Prosecuting Attorney, ROBERT SEALBY, in his official capacity as Chelan County Prosecuting Attorney, MARK NICHOLS, in his official | Case No. 3:25-cv-05461-DGE<br><br>**DECLARATION OF LUTAKOME NSUBUGA IN SUPPORT OF PLAINTIFFS' MOTION FOR <u>PRELIMINARY INJUNCTION</u>** |

DECLARATION OF L. NSUBUGA IN SUPPORT     - 1 -
OF PLAINTIFF'S MOT. FOR PRELIM. INJUNCTION
(No. 3:25-cv-05461-DGE)

CROWLEY LAW OFFICES, P.S.
600 University Street, Suite 1708 • Seattle, WA 98101
(206) 209-0456
www.crowlylawoffices.com

1  capacity as Clallam County Prosecuting Attorney, TONY GOLIK, in his official
2  Capacity as Clark County Prosecuting Attorney, DALE SLACK, in his official
3  capacity as Columbia County Prosecuting Attorney, RYAN JURVAKAINEN, in his
4  official capacity as Cowlitz County Prosecuting Attorney, GORDON EDGAR, in
5  his official capacity as Douglas County Prosecuting Attorney, MICHAEL GOLDEN,
6  in his official capacity as Ferry County Prosecuting Attorney, SHAWN SANT, in his
7  official capacity as Franklin County Prosecuting Attorney, MATHEW
8  NEWBERG, in his official capacity as Garfield County Prosecuting Attorney,
9  KEVIN McCRAE, in his official capacity as Grant County Prosecuting Attorney, NORMA
10 TILLOTSON, in her official capacity as Grays Harbor County Prosecuting Attorney,
11 GREGORY BANKS, in his official capacity as Island County Prosecuting Attorney,
12 JAMES KENNEDY, in his official capacity as Jefferson County Prosecuting Attorney,
13 CHAD ENRIGHT, in his official capacity as Kitsap County Prosecuting Attorney,
14 GREGORY ZEMPEL, in his official capacity as Kittitas County Prosecuting Attorney,
15 DAVID QUESNEL, in his official capacity as Klickitat County Prosecuting Attorney,
16 JONATHAN MEYER, in his official capacity as Lewis County Prosecuting Attorney, TY
17 ALBERTSON, in his official capacity as Lincoln County Prosecuting Attorney,
18 MICHAEL DORCY, in his official capacity as Mason County Prosecuting Attorney,
19 ALBERT LIN, in his official capacity as Okanogan County Prosecuting Attorney,
20 MICHAEL ROTHMAN, in his official capacity as Pacific County Prosecuting
21 Attorney, DOLLY HUNT, in her official Capacity as Pend Orielle County Prosecuting
22 Attorney, MARY ROBNETT, in her official capacity as Pierce County Prosecuting
23 Attorney, AMY VIRA, in her official capacity as San Juan County Prosecuting Attorney,
24 RICH WEYRICH, in his official Capacity as

DECLARATION OF L. NSUBUGA IN SUPPORT   - 2 -
OF PLAINTIFF'S MOT. FOR PRELIM. INJUNCTION
(No. 3:25-cv-05461-DGE)

CROWLEY LAW OFFICES, P.S.
600 University Street, Suite 1708 • Seattle, WA 98101
(206) 209-0456
www.crowlylawoffices.com

1  Skagit County Prosecuting Attorney, ADAM KICK, in his official capacity as Skamania County Prosecuting Attorney, JASON CUMMINGS, in his official capacity as Snohomish County Prosecuting Attorney, ERIKA GEORGE, in her official capacity as Stevens County Prosecuting Attorney, JON TUNHEIM, in his official capacity as Thurston County Prosecuting Attorney, DAN BIGELOW, in his official capacity as Wahkiakum County Prosecuting Attorney, GABE ACOSTA, in his official capacity as Walla Walla County Prosecuting Attorney, ERIC RICHEY, in his official capacity as Whatcom County Prosecuting Attorney, and DENIS TRACY, in his official capacity as Whitman County Prosecuting Attorney,

Defendants.

DECLARATION OF L. NSUBUGA IN SUPPORT    - 3 -
OF PLAINTIFF'S MOT. FOR PRELIM. INJUNCTION
(No. 3:25-cv-05461-DGE)

CROWLEY LAW OFFICES, P.S.
600 University Street, Suite 1708 • Seattle, WA 98101
(206) 209-0456
www.crowlylawoffices.com

I, Lutakome Nsubuga, hereby declare as follows:

1. I am over the age of eighteen and competent to make this declaration. I make this declaration based on personal knowledge about which I am competent to testify.

2. I am a priest incardinated in the Roman Catholic Diocese of Spokane and pastor of St. Paul the Apostle Church in Eltopia, St. Vincent Church in Connell, and San Juan Diego Church in Basin City. As a priest of the Diocese of Spokane, I have the faculties to, and do, hear the Sacrament of Confession throughout the Diocese of Spokane.

3. I have reviewed the declaration of Bishop Thomas A. Daly, including the articulation of the teachings of the Roman Catholic Church regarding the Sacrament of Confession and the sacramental seal. I sincerely believe in the Roman Catholic faith and the teaching of the Roman Catholic Church, including with respect to the Sacrament of Confession and sacramental seal, as articulated in the declaration of Bishop Thomas A. Daly.

4. As a priest of the Diocese of Spokane, I am required to, and do, adhere to the policies of the Diocese of Spokane concerning the reporting of child abuse and neglect. Pursuant to those polices, I am required to, and do, report to proper law enforcement agencies or the department of children, youth, and families whenever I have reasonable cause to believe child abuse or neglect has occurred. The sole exception to this reporting requirement is information that I learn in the confessional and protected by the sacramental seal.

5. Moreover, because absolution given by a priest requires true contrition for all confessed sins, I could counsel any penitent disclosing child abuse or neglect to self-report and obtain the necessary temporal intervention and help. If I suspect based on what is disclosed during confession that the penitent is suffering from abuse or neglect, the penitent has engaged in abuse or neglect, or some third party has engaged in abuse or neglect, I could invite the penitent for counseling outside of the Sacrament of Confession. If the penitent were to agree to such counseling and I were to learn information in that non-sacramental counseling providing me with reasonable cause to believe abuse or neglect has been committed, I am obligated to, and would,

DECLARATION OF L. NSUBUGA IN SUPPORT - 4 -
OF PLAINTIFF'S MOT. FOR PRELIM. INJUNCTION
(No. 3:25-cv-05461-DGE)

CROWLEY LAW OFFICES, P.S.
600 University Street, Suite 1708 • Seattle, WA 98101
(206) 209-0456
www.crowlylawoffices.com

1 | report that suspected abuse or neglect to proper law enforcement agencies or the department of children, youth, and families.

6. Given the intrusion on the sacramental seal and my sincerely held religious belief in the teaching of the Roman Catholic Church regarding the sacramental seal, I will not comply with the amendments to RCW § 26.44.030 effected by Senate Bill 5375—to the point of going to jail or incurring a fine or civil liability.

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct.

Lutakome Nsubuga

EXECUTED this 5th day of June, 2025, at Connell, Washington.

DECLARATION OF L. NSUBUGA IN SUPPORT    - 5 -
OF PLAINTIFF'S MOT. FOR PRELIM. INJUNCTION
(No. 3:25-cv-05461-DGE)

CROWLEY LAW OFFICES, P.S.
600 University Street, Suite 1708 • Seattle, WA 98101
(206) 209-0456
www.crowlylawoffices.com