The Honorable Chief Judge David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

PAUL D. ETIENNE, et al.,

    Plaintiffs,

  v.

ROBERT W. FERGUSON, in his official capacity as Governor of Washington, et al.,

    Defendants.

No. 3:25-cv-05461-DGE

**DECLARATION OF SERVICE**

I, Siddharth Velamoor, hereby declare as follows:

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP and counsel to Plaintiffs in the above-captioned matter. I am a member of the Washington State bar and am admitted to practice in this Court.

2. I am over the age of eighteen and competent to make this declaration. I make this declaration based on personal knowledge about which I am competent to testify.

3. On June 6, 2025, at approximately 10:19 AM PST, pursuant to instructions posted on the Washington State Office of the Attorney General website titled "Electronic Service of Original Summons & Complaint" (https://www.atg.wa.gov/electronic-service-original-

---

DECLARATION OF SERVICE
(No. 3:25-cv-05461-DGE)

**WILMER CUTLER PICKERING**
**HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000 (t)
(202) 663-6363 (f)

1  summons-complaint), I emailed a copy of the Complaint (Dkt. #1) and Summons (Dkt. #56-36)

2  in the above-captioned matter to serviceATG@atg.wa.gov.  I also emailed the Complaint and

3  Summons to counsel of record for Governor Ferguson in this matter.

4        4.      On June 6, 2025, at approximately 10:30 AM PST, Deputy Solicitor General

5  Emma Grunberg of the Washington Attorney General's Office sent me an email acknowledging

6  receipt and service of the Summons and Complaint on behalf of Governor Ferguson, in his

7  official capacity as Governor of the State of Washington.

9        I declare under penalty of perjury that the foregoing is true and correct.

11  EXECUTED this 11th day of June, 2025 at Mercer Island, Washington.

13        */s/ Siddharth Velamoor*
   Siddharth Velamoor, WSBA # 40965
   **WILMER CUTLER PICKERING HALE AND DORR LLP**
   2100 Pennsylvania Avenue, NW
   Washington, DC 20037
   Tel: (202) 663-6000
   Fax: (202) 663-6363
   siddharth.velamoor@wilmerhale.com

28  DECLARATION OF SERVICE       **WILMER CUTLER PICKERING**
   (No. 3:25-cv-05461-DGE)       **HALE AND DORR LLP**
   2100 Pennsylvania Avenue NW
   Washington, DC 20037
   (202) 663-6000 (t)
   (202) 663-6363 (f)