THE HONORABLE DAVID G. ESTUDILLO

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| PAUL D. ETIENNE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT W. FERGUSON, in his official capacity as Governor of Washington, et al., <br><br> Defendants. | No. 3:25-cv-05461-DGE <br><br> **STIPULATED MOTION TO RE-NOTE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND EXTEND DEADLINES** <br><br> **AND** <br><br> **ORDER** <br><br> NOTE ON MOTION CALENDAR: JUNE 13, 2025 |

Plaintiffs Paul D. Etienne, Joseph J. Tyson, Thomas A. Daly, Frank R. Schuster, Eusebio L. Elizondo, Gary F. Lazzeroni, Gary M. Zender, Robert Pearson, Lutakome Nsubuga, Jesús Mariscal, and Michael Kelly ("Plaintiffs") and Defendants Robert W. Ferguson, in his official capacity as Governor of Washington and Nicholas W. Brown, in his official capacity as Attorney General of Washington (collectively "State Defendants") jointly move the Court to re-note Plaintiffs' Motion for Preliminary Injunction (Dkt. 65) ("Motion") and to extend certain filing deadlines as set out below. The Parties request modest extensions to the current deadlines in light of the State Defendants' counsel's travel plans and other case commitments. The Parties' proposed deadline extensions will not alter the July 14, 2025 hearing date on Plaintiffs' Motion.

STIPULATED MOTION TO RE-NOTE MOT.
FOR PRELIM. INJUNCTION AND EXTEND
DEADLINES
(No. 3:25-cv-05461-DGE)

**CROWLEY LAW OFFICES, P.S.**
600 University Street, Suite 1708 · Seattle, WA 98101
(206) 209-0456
www.crowleylawoffices.com

1    Specifically, the Parties request that the State Defendants' deadline to file and serve any
2    opposition to Plaintiffs' Motion be extended from June 26, 2025, *see* Local Rule 7(d)(4), to June
3    30, 2025.  The Parties likewise request that the Plaintiffs' deadline to file and serve any reply
4    papers be extended from July 3, 2025, *id.*, to July 7, 2025.  The Parties request that the Motion
5    be re-noted from July 3, 2025 to July 7, 2025 to permit the extended briefing deadlines.

6    The Parties further request that State Defendants' deadline to respond to the Complaint
7    be extended from June 27, 2025, which is 21 days after they were served with the summons and
8    complaint, *see* Fed. R. Civ. P. 12(b)(a)(1)(A), to 21 days after the Court rules on Plaintiffs'
9    Motion.  The table below reflects the modest extensions requested by the Parties:

|  | **Current Date** | **Amended Date** |
|---|---|---|
| Noting Date for Plaintiffs' Motion for Preliminary Injunction | July 3, 2025 | July 7, 2025 |
| State Defendants' Deadline to File and Serve Opposition to Plaintiffs' Motion for Preliminary Injunction | June 26, 2025 | June 30, 2025 |
| Plaintiffs' Deadline to File and Serve Reply Papers in Support of Motion for Preliminary Injunction | July 3, 2025 | July 7, 2025 |
| State Defendants' Deadline to Respond to Complaint | June 27, 2025 | 21 days after Court rules on Plaintiffs' Motion. |

IT IS SO STIPULATED by and between the Parties.

*     *     *

//
//

STIPULATED MOTION TO RE-NOTE MOT.
FOR PRELIM. INJUNCTION AND EXTEND
DEADLINES
(No. 3:25-cv-05461-DGE)

**CROWLEY LAW OFFICES, P.S.**
600 University Street, Suite 1708 · Seattle, WA 98101
(206) 209-0456
www.crowleylawoffices.com

I certify that this memorandum contains 370 words, in compliance with the Local Civil Rules.

DATED: June 13, 2025

| | |
|---|---|
| NICHOLAS W. BROWN<br>Attorney General<br><br>By: */s/Alicia O. Young*<br>    ALICIA O. YOUNG, WSBA 35553<br>    KELLY A. PARADIS, WSBA 47175<br>    EMMA GRUNBERG, WSBA 54659<br>     Deputy Solicitors General<br>1125 Washington Street SE<br>PO Box 40100<br>Olympia, WA 98504-0100<br>Alicia.Young@atg.wa.gov<br>Kelly.Paradis@atg.wa.gov<br>Emma.Grunberg@atg.wa.gov<br>360-753-6200<br><br>*Attorneys for Defendants Robert W. Ferguson, Governor of Washington, and Nicholas W. Brown, Attorney General of Washington* | By: */s/ William J. Crowley*<br>    William J. Crowley, WSBA # 18499<br>    CROWLEY LAW OFFICES, P.S.<br>    600 University Street<br>    Suite 1708<br>    Seattle, WA 98101<br>    Tel: (206) 224-7069<br>    will@crowleylawoffices.com<br><br>Matthew T. Martens (*pro hac vice*)<br>Siddharth Velamoor, WSBA #40965<br>Donna Farag (*pro hac vice*)<br>Zachary Halpern (*pro hac vice*)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>2100 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>Tel: (202) 663-6000<br>Fax: (202) 663-6363<br>matthew.martens@wilmerhale.com<br>siddharth.velamoor@wilmerhale.com<br>donna.farag@wilmerhale.com<br>zac.halpern@wilmerhale.com<br><br>Leah M. Fugere (*pro hac vice*)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>350 South Grand Avenue<br>Suite 2400<br>Los Angeles, CA 90071<br>Tel: (213) 443-5300<br>Fax: (213) 443-5400<br>leah.fugere@wilmerhale.com<br><br>Robert Kingsley Smith (*pro hac vice*)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street |

STIPULATED MOTION TO RE-NOTE MOT. FOR PRELIM. INJUNCTION AND EXTEND DEADLINES
(No. 3:25-cv-05461-DGE)

**CROWLEY LAW OFFICES, P.S.**
600 University Street, Suite 1708 · Seattle, WA 98101
(206) 209-0456
www.crowleylawoffices.com

Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
robert.smith@wilmerhale.com

Mark L. Rienzi (*pro hac vice*)
Eric C. Rassbach (*pro hac vice*)
William J. Haun (*pro hac vice*)
Laura Wolk Slavis (*pro hac vice*)
BECKET FUND FOR RELIGIOUS LIBERTY
1919 Pennsylvania Ave NW, Suite 400
Washington, D.C. 20006
Tel: (202) 955-0095
mrienzi@becketfund.org
erassbach@becketfund.org
whaun@becketfund.org
lslavis@becketfund.org

Hiram S. Sasser, III (*pro hac vice*)
Jeremy Dys (*pro hac vice*)
Chris Motz (*pro hac vice*)
FIRST LIBERTY INSTITUTE
2001 W. Plano Pkwy., Ste. 1600
Plano, Texas 75075
Tel: (972) 941-4444
Fax: (972) 941-4457
hsasser@firstliberty.org
jdys@firstliberty.org
cmotz@firstliberty.org

*Attorneys for Plaintiffs*

STIPULATED MOTION TO RE-NOTE MOT. FOR PRELIM. INJUNCTION AND EXTEND DEADLINES
(No. 3:25-cv-05461-DGE)

**CROWLEY LAW OFFICES, P.S.**
600 University Street, Suite 1708 · Seattle, WA 98101
(206) 209-0456
www.crowleylawoffices.com

# ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED**.

The Court GRANTS the Stipulated Motion to Re-Note Plaintiffs' Motion for Preliminary Injunction (Dkt. 65) ("Motion") and to Extend Deadlines. The noting date for Plaintiffs' Motion and the Parties' filing deadlines shall be amended as follows:

|  | **Current Date** | **Amended Date** |
|---|---|---|
| Noting Date for Plaintiffs' Motion for Preliminary Injunction | July 3, 2025 | July 7, 2025 |
| State Defendants' Deadline to File and Serve Opposition to Plaintiffs' Motion for Preliminary Injunction | June 26, 2025 | June 30, 2025 |
| Plaintiffs' Deadline to File and Serve Reply Papers in Support of Motion for Preliminary Injunction | July 3, 2025 | July 7, 2025 |
| State Defendants' Deadline to Respond to Complaint | June 27, 2025 | 21 days after Court's ruling on Plaintiffs' Motion for Preliminary Injunction (Dkt. 65) |

IT IS SO ORDERED.

DATED this 16th day of June, 2025

David G. Estudillo
United States District Judge

Presented by:

ORDER GRANTING STIPULATED MOTION TO RE-NOTE MOT. FOR PRELIM. INJUNCTION AND EXTEND DEADLINES
(No. 3:25-cv-05461-DGE)

**CROWLEY LAW OFFICES, P.S.**
600 University Street, Suite 1708 · Seattle, WA 98101
(206) 209-0456
www.crowleylawoffices.com

1  By: */s/ William J. Crowley*
    William J. Crowley, WSBA # 18499
2      CROWLEY LAW OFFICES, P.S.
    600 University Street
3      Suite 1708
    Seattle, WA 98101
4      Tel: (206) 224-7069
    will@crowleylawoffices.com
5

6      Matthew T. Martens (*pro hac vice*)
    Siddharth Velamoor, WSBA #40965
7      Donna Farag (*pro hac vice*)
    Zachary Halpern (*pro hac vice*)
8      WILMER CUTLER PICKERING HALE AND
       DORR LLP
9      2100 Pennsylvania Avenue, NW
    Washington, DC 20037
10     Tel: (202) 663-6000
    Fax: (202) 663-6363
11     matthew.martens@wilmerhale.com
    siddharth.velamoor@wilmerhale.com
12     donna.farag@wilmerhale.com
    zac.halpern@wilmerhale.com
13

14     Leah M. Fugere (*pro hac vice*)
    WILMER CUTLER PICKERING HALE AND
15        DORR LLP
    350 South Grand Avenue
16     Suite 2400
    Los Angeles, CA 90071
17     Tel: (213) 443-5300
    Fax: (213) 443-5400
18     leah.fugere@wilmerhale.com

19

20     Robert Kingsley Smith (*pro hac vice*)
    WILMER CUTLER PICKERING HALE AND
21        DORR LLP
    60 State Street
22     Boston, MA 02109
    Tel: (617) 526-6000
23     Fax: (617) 526-5000
    robert.smith@wilmerhale.com
24

25

26     Mark L. Rienzi (*pro hac vice*)

27 ORDER GRANTING
STIPULATED MOTION TO RE-NOTE MOT.
FOR PRELIM. INJUNCTION AND EXTEND
28 DEADLINES
(No. 3:25-cv-05461-DGE)

**CROWLEY LAW OFFICES, P.S.**
600 University Street, Suite 1708 · Seattle, WA 98101
(206) 209-0456
www.crowleylawoffices.com

Eric C. Rassbach (*pro hac vice*)
William J. Haun (*pro hac vice*)
Laura Wolk Slavis (*pro hac vice*)
BECKET FUND FOR RELIGIOUS LIBERTY
1919 Pennsylvania Ave NW, Suite 400
Washington, D.C. 20006
Tel: (202) 955-0095
mrienzi@becketfund.org
erassbach@becketfund.org
whaun@becketfund.org
lslavis@becketfund.org

Hiram S. Sasser, III (*pro hac vice*)
Jeremy Dys (*pro hac vice*)
Chris Motz (*pro hac vice*)
First Liberty Institute
2001 W. Plano Pkwy., Ste. 1600
Plano, Texas 75075
Tel: (972) 941-4444
Fax: (972) 941-4457
hsasser@firstliberty.org
jdys@firstliberty.org
cmotz@firstliberty.org

*Attorneys for Plaintiffs*


NICHOLAS W. BROWN
Attorney General

By: */s/Alicia O. Young*
    ALICIA O. YOUNG, WSBA 35553
    KELLY A. PARADIS, WSBA 47175
    EMMA GRUNBERG, WSBA 54659
      Deputy Solicitors General
    1125 Washington Street SE
    PO Box 40100
    Olympia, WA  98504-0100
    Alicia.Young@atg.wa.gov
    Kelly.Paradis@atg.wa.gov
    Emma.Grunberg@atg.wa.gov
    360-753-6200

*Attorneys for Defendants Robert W. Ferguson, Governor of Washington, and Nicholas W. Brown,*

ORDER GRANTING
STIPULATED MOTION TO RE-NOTE MOT.
FOR PRELIM. INJUNCTION AND EXTEND
DEADLINES
(No. 3:25-cv-05461-DGE)

**CROWLEY LAW OFFICES, P.S.**
600 University Street, Suite 1708 · Seattle, WA 98101
(206) 209-0456
www.crowleylawoffices.com

*Attorney General of Washington*

ORDER GRANTING
STIPULATED MOTION TO RE-NOTE MOT.
FOR PRELIM. INJUNCTION AND EXTEND
DEADLINES
(No. 3:25-cv-05461-DGE)

**CROWLEY LAW OFFICES, P.S.**
600 University Street, Suite 1708 · Seattle, WA 98101
(206) 209-0456
www.crowleylawoffices.com