# Exhibit 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL D. ETIENNE, *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>ROBERT FERGUSON, in his official capacity as Governor of the State of Washington, *et al.*,<br><br>        Defendants. | Case No. 3:25-cv-5461-DGE<br><br>**CERTIFICATE OF THE ATTORNEY GENERAL UNDER 42 U.S.C. § 2000h-2** |

I, Pamela Bondi, Attorney General of the United States, pursuant to 42 U.S.C. § 2000h-2, hereby certify that the case of *Etienne v. Ferguson*, No. 3:25-cv-5461-DGE (W.D. Wash.), is a case of general public importance.

Signed this 20th day of June, 2025, at Washington, D.C.

*/s/ Pamela Bondi*
PAMELA BONDI
Attorney General of the United States

CERTIFICATE OF THE ATTORNEY
GENERAL UNDER 42 U.S.C. § 2000h-2
Case No. 3:25-cv-5461
Page 1

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
HOUSING AND CIVIL ENFORCEMENT SECTION
950 Pennsylvania Ave. NW – 4CON
Washington, DC 20530
(202) 598-9726