UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL D. ETIENNE, *et al.*,<br><br>            Plaintiffs,<br><br>            vs.<br><br>ROBERT FERGUSON, in his official capacity as Governor of the State of Washington, *et al.*,<br><br>            Defendants. | Case No. 3:25-cv-5461-DGE<br><br>**[Proposed] ORDER GRANTING UNITED STATES' MOTION TO INTERVENE** |

AND NOW, upon consideration of the United States of America's Motion to Intervene, it is hereby ORDERED that the Motion is GRANTED and that the United States may file its Complaint in Intervention.

Dated this ___ day of _____, 2025.

_____
THE HONORABLE DAVID G. ESTUDILLO
CHIEF UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING UNITED STATES' MOTION TO INTERVENE
Case No. 3:25-cv-05461-DGE
Page 1

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
HOUSING AND CIVIL ENFORCEMENT SECTION
950 Pennsylvania Ave. NW – 4CON
Washington, DC  20530
(202) 598-9726

1 | Presented by:

2 | s/ Max Lapertosa
MAX LAPERTOSA
3 |

4 | Counsel for the United States of America

[PROPOSED] ORDER GRANTING UNITED STATES' MOTION TO INTERVENE
Case No. 3:25-cv-05461-DGE
Page 2

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
HOUSING AND CIVIL ENFORCEMENT SECTION
950 Pennsylvania Ave. NW – 4CON
Washington, DC  20530
(202) 598-9726