THE HONORABLE JUDGE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAUL D. ETIENNE, et al.,

                Plaintiffs,

-vs-

ROBERT W. FERGUSON, in his official capacity
as Governor of Washington, et al.,

                Defendants.

NO.  3:25-cv-05461-DGE

DEFENDANT ENRIGHT'S
RESPONSE TO PLAINTIFFS'
MOTION FOR PRELIMINARY
INJUNCTION

NOTE ON MOTION CALENDAR:
July 7, 2025

Defendant Chad Enright, by and through his counsel of record, Senior Deputy Prosecuting Attorneys Anna K. Aruiza and Katherine A. Cummings, responds to Plaintiffs' Motion for Preliminary Motion as follows:

At this time, the Defendant takes no position with regard to Plaintiffs' Motion for Preliminary Injunction. In taking such a position, Defendant does not agree that Plaintiffs are likely to prevail on the merits of their claims but will allow the other parties to argue and address these issues at this preliminary stage.

DEFENDANT ENRIGHT'S RESPONSE TO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION
3:25-cv-05461-DGE– Page 1

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros

Respectfully submitted this 24th day of June, 2025.

CHAD M. ENRIGHT
Kitsap County Prosecuting Attorney


*/s/ Anna K. Aruiza*
ANNA K. ARUIZA, WSBA No. 39663
KATHERINE A. CUMMINGS, WSBA No. 51646
Senior Deputy Prosecuting Attorneys

Attorneys for Defendant Chad Enright

DEFENDANT ENRIGHT'S RESPONSE TO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION
3:25-cv-05461-DGE– Page 2

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros

CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2025, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

SIGNED in Port Orchard, Washington this 24th day of June, 2025.

Batrice Fredsti, Paralegal
Kitsap County Prosecutor's Office
614 Division Street, MS-35A
Port Orchard WA  98366
Phone: 360-337-7032

DEFENDANT ENRIGHT'S RESPONSE TO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION
3:25-cv-05461-DGE– Page 3

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros