Chief Judge David G. Estudillo

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL D. ETIENNE, et al., | NO. 3:25-cv-05461-DGE |
| Plaintiffs, | DEFENDANT FERRY COUNTY PROSECUTING ATTORNEY MICHAEL GOLDEN'S NOTICE OF ASSOCIATION OF COUNSEL |
| vs. | |
| ROBERT W. FERGUSON, et al., | |
| Defendants. | |

TO:     All Plaintiffs; and
TO:     All Counsel for Plaintiffs; and
TO:     THE CLERK OF THE COURT

PLEASE TAKE NOTICE that Special Deputy Prosecuting Attorneys Geoffrey A. Enns and Scott A. Marlow have become associated with Rachel K. Stanley and Michael E. McFarland Jr. at Evans, Craven & Lackie, P.S., as attorneys of record for Defendant Ferry County Prosecuting Attorney Michael Golden.

You are hereby requested to serve copies of all further pleadings in this case upon all associated attorneys.

//

//

DEFENDANT FERRY COUNTY PROSECUTING ATTORNEY
MICHAEL GOLDEN'S NOTICE OF ASSOCIATION OF COUNSEL - 1
USDC #C25-5461-DGE

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

1

2       DATED this 27th day of June, 2025.

3                               EVANS, CRAVEN & LACKIE, P.S.

4                               By: _____ *s/ Rachel K. Stanley* _____
                                Rachel K. Stanley, WSBA #58280
5                               818 W. Riverside, Suite 250
                                Spokane, WA 99201
6                               Phone: (509) 455-5200 / Fax: (509) 455-3632
                                RStanley@ecl-law.com
7                               *Attorney for Defendant Michael Golden*

8

9       DATED this 27th day of June, 2025.

10                              EVANS, CRAVEN & LACKIE, P.S.

11                              By: _____ *s/ Michael E. McFarland, Jr.* _____
12                              Michael E. McFarland, Jr.
                                818 W. Riverside, Suite 250
13                              Spokane, WA 99201
                                Phone: (509) 455-5200 / Fax: (509) 455-3632
14                              MMcFarland@ecl-law.com
15                              *Attorney for Defendant Michael Golden*

16

17      DATED this 27th day of June, 2025.

18                              By: _____ *s/ Geoffrey A. Enns* _____
19                              GEOFFREY A. ENNS, WSBA No. 40682
                                Special Deputy Prosecuting Attorney for
20                              Ferry County
                                3000 Rockefeller Ave., M/S 504
21                              Everett, Washington 98201
                                Phone: (425) 388-6330 / Fax: (425) 388-6333
22                              Geoffrey.Enns@co.snohomish.wa.us
23                              *Association Attorney for Defendant Michael Golden*

24      //

25      //

26

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

1

DATED this 27th day of June, 2025.

2

By: _____*s/ Scott A. Marlow*_____

3
SCOTT A. MARLOW, WSBA No. 25987

4
Special Deputy Prosecuting Attorney for
Ferry County

5
3000 Rockefeller Ave., M/S 504
Everett, Washington 98201

6
Phone: (425) 388-6330 / Fax: (425) 388-6333
Scott.Marlow@co.snohomish.wa.us

7
*Association Attorney for Defendant Michael Golden*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT FERRY COUNTY PROSECUTING ATTORNEY
MICHAEL GOLDEN'S NOTICE OF ASSOCIATION OF COUNSEL - 3
USDC #C25-5461-DGE

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax:(425)388-6333

## <u>DECLARATION OF SERVICE</u>

I declare that I am an employee of the Civil Division of the Snohomish County Prosecuting Attorney, and that I caused to be delivered foregoing **Defendant Ferry County Prosecuting Attorney Michael Golden's Notice of Association of Counsel** on the following parties by the methods indicated:

| | |
|---|---|
| William J. Crowley<br>Crowley Law Offices, P.S.<br>600 University Street, Suite 1708<br>Seattle, WA 98101<br>Will@crowleylawoffices.com<br>*Attorney for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Matthew T. Martens<br>Donna Farag<br>Zachary Halpern<br>Siddharth Velamoor<br>Wilmer Cutler Pickering Hale and Dorr, LLP<br>2100 Pennsylvania Avenue NW<br>Washington, D.C. 20037<br>Matthew.Martens@wilmerhale.com<br>Donna.Farag@wilmerhale.com<br>Zac.Halpern@wilmerhale.com<br>Siddharth.Velamoor@wilmerhale.com<br>*Attorneys for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Leah M. Fugere<br>Wilmer Cutler Pickering Hale and Dorr, LLP<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, CA 90071<br>Leah.Fugere@wilmerhale.com<br>*Attorney for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Robert Kingsley Smith<br>Wilmer Cutler Pickering Hale and Dorr, LLP<br>60 State Street<br>Boston, MA 02109<br>Robert.Smith@wilmerhale.com<br>*Attorney for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |

DEFENDANT FERRY COUNTY PROSECUTING ATTORNEY
MICHAEL GOLDEN'S NOTICE OF ASSOCIATION OF COUNSEL - 4
USDC #C25-5461-DGE

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

1    Mark L. Rienzi                                    ☒ E-Served via CM/ECF
     Eric C. Rassbach                                  ☐ E-Mailed
2    William J. Haun                                   ☐ Facsimile
     Laura Wolk Slavis                                 ☒ U.S. Mail
3    The Becket Fund for Religious Liberty             ☐ Hand Delivery
     1919 Pennsylvania Avenue NW, Suite 400            ☐ Messenger Service
4    Washington, DC 20006
5    MRienzi@becketfund.org
     ERassbach@becketfund.org
6    WHaun@becketfund.org
     LSlavis@becketfund.org
7    *Attorneys for Plaintiffs*

8    Hiram S. Sasser, III                              ☒ E-Served via CM/ECF
     Jeremy Dys                                        ☐ E-Mailed
9    Chris Motz                                        ☐ Facsimile
     First Liberty Institute                           ☒ U.S. Mail
10   2001 W. Plano Pkwy., Suite 1600                   ☐ Hand Delivery
     Plano, TX 75075                                   ☐ Messenger Service
11   HSasser@firstliberty.org
12   JDys@firstliberty.org
     EMotz@firstliberty.org
13   *Attorneys for Plaintiffs*

14
15   Emma Grunberg                                     ☒ E-Served via CM/ECF
     Kelly A. Paradis                                  ☐ E-Mailed
16   Alicia O. Young                                   ☐ Facsimile
     Deputy Solicitors General                         ☒ U.S. Mail
17   Attorney General of Washington                    ☐ Hand Delivery
     1125 Washington Street SE                         ☐ Messenger Service
18   P.O. Box 40100
     Olympia, WA 98504-0100
19   Emma.Grunberg@atg.wa.gov
20   Kelly.Paradis@atg.wa.gov
     Alicia.Young@atg.wa.gov
21   *Attorneys for Defendant Washington State*
     *Attorney General Robert W. Ferguson &*
22   *Nicholas W. Brown*

23   //

24   //

25   //

26

DEFENDANT FERRY COUNTY PROSECUTING ATTORNEY
MICHAEL GOLDEN'S NOTICE OF ASSOCIATION OF COUNSEL - 5
USDC #C25-5461-DGE

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8ᵗʰ Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

1    Anna K. Aruiza                                ☒ E-Served via CM/ECF
     Katherine A. Cummings                         ☐ E-Mailed
2    Kitsap County Prosecutor's Office             ☐ Facsimile
     614 Division Street, MS-35A                   ☒ U.S. Mail
3    Port Orchard, WA 98366                        ☐ Hand Delivery
     AARuiza@kitsap.gov                            ☐ Messenger Service
4    KACummings@kitsap.gov
     *Attorneys for Defendant Chad Enright*
5

6    Amanda M. Migchelbrink                        ☒ E-Served via CM/ECF
     Senior Deputy Prosecuting Attorney            ☐ E-Mailed
7    Clark County Prosecutor's Office-Civil Div.   ☐ Facsimile
     P.O. Box 5000                                 ☒ U.S. Mail
8    Vancouver, WA 98666-5000                      ☐ Hand Delivery
     Amanda.Migchelbrink@clark.wa.gov              ☐ Messenger Service
9    *Attorney for Defendant Attorney Tony Golik*

10   Rachel K. Stanley                             ☒ E-Served via CM/ECF
11   Michael E. McFarland, Jr.                     ☐ E-Mailed
     Evans, Craven & Lackie, P.S.                  ☐ Facsimile
12   818 W. Riverside, Suite 250-Lincoln Bldg.     ☒ U.S. Mail
     Spokane, WA 99201                             ☐ Hand Delivery
13   RStanley@ecl-law.com                          ☐ Messenger Service
     MMcFarland@ecl-law.com
14   *Attorneys for Defendants C. Liedkie, D. Slack, T.*
15   *Albertson, E. George, D. Tracy, M. Newberg, K.*
     *McCrae, A. Kick & M. Golden*
16

17   Georgia A. Stearns                            ☒ E-Served via CM/ECF
     Grays Harbor County Prosecutor's Office       ☐ E-Mailed
18   102 West Broadway, Room 102                   ☐ Facsimile
     Montesano, WA 98563                           ☒ U.S. Mail
19   GStearns@co.grays-harbor.wa.us                ☐ Hand Delivery
     *Attorney for Defendant Norma Tillotson*       ☐ Messenger Service
20

21   Philip C. Hunsucker                           ☒ E-Served via CM/ECF
     Melissa Pleimann                              ☐ E-Mailed
22   Jefferson County Prosecutor's Office          ☐ Facsimile
     1820 Jefferson Street                         ☒ U.S. Mail
23   P.O. Box 1220                                 ☐ Hand Delivery
     Port Townsend, WA 98368                       ☐ Messenger Service
24   PHunsucker@co.jefferson.wa.us
     MPleimann@co.jefferson.wa.us
25   *Attorneys for Defendant James Kennedy*

26

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

1    Douglas E. Jensen                                ☒ E-Served via CM/ECF
     Cowlitz County Prosecutor's Office               ☐ E-Mailed
2    Hall of Justice – Civil Division                 ☐ Facsimile
     312 SW 1ˢᵗ Avenue                                ☒ U.S. Mail
3    Kelso, WA 98626                                  ☐ Hand Delivery
     JensenD@cowlitzwa.gov                            ☐ Messenger Service
4    Attorney for Defendant *Ryan Jurvakainen*

5    Jeffrey J. Aultman                               ☒ E-Served via CM/ECF
     Benton County Prosecutor's Office                ☐ E-Mailed
6    7122 W. Okanogan Place, Suite A230               ☐ Facsimile
     Kennewick, WA 99336                              ☒ U.S. Mail
7    Jeffrey.Aultman@co.benton.wa.us                  ☐ Hand Delivery
     *Attorney for Eric Eisinger*                     ☐ Messenger Service
8

9    Scott Cushing                                    ☒ E-Served via CM/ECF
     Thurston County Prosecutor's Office              ☐ E-Mailed
10   2000 Lakeridge Drive SW, Bldg. #5                ☐ Facsimile
     Olympia, WA 98502                                ☒ U.S. Mail
11   Scott.Cushing@co.thurston.wa.us                  ☐ Hand Delivery
     *Attorney for Defendant Jon Tunheim*             ☐ Messenger Service
12

13   Frederick A. Haist                               ☒ E-Served via CM/ECF
     Skagit County Prosecutor's Office-Civil Division ☐ E-Mailed
14   605 S. Third Street-Courthouse Annex             ☐ Facsimile
     Mount Vernon, WA 98273-3867                      ☒ U.S. Mail
15   FHaist@co.skagit.wa.us                           ☐ Hand Delivery
     *Attorney for Defendant Richard Weyrich*         ☐ Messenger Service
16

17   Senior DPA Heidi Jacobsen-Watts                  ☒ E-Served via CM/ECF
     King County Prosecutor's Office                  ☐ E-Mailed
18   701 Fifth Avenue, Suite 600                      ☐ Facsimile
     Seattle, WA 98104                                ☒ U.S. Mail
19   Heidi.Jacobsen-Watts@kingcounty.gov              ☐ Hand Delivery
     *Attorney for Defendant Leesa Manion*            ☐ Messenger Service
20

21   Max P. Lapertosa                                 ☒ E-Served via CM/ECF
     U.S. Dept. of Justice                            ☐ E-Mailed
22   Civil Rights Division, Housing & Civil           ☐ Facsimile
     Enforcement Section                              ☒ U.S. Mail
23   950 Pennsylvania Avenue, 4CON                    ☐ Hand Delivery
     Washington, DC 20530                             ☐ Messenger Service
24   Max.Lapertosa@usdoj.gov
     *Attorney for Movant U.S.A.*
25

26

DEFENDANT FERRY COUNTY PROSECUTING ATTORNEY                    **Snohomish County**
MICHAEL GOLDEN'S NOTICE OF ASSOCIATION OF COUNSEL - 7          **Prosecuting Attorney – Civil Division**
USDC #C25-5461-DGE                                            **Robert Drewel Bldg., 8ᵗʰ Floor, M/S 504**
                                                              3000 Rockefeller Ave
                                                              Everett, Washington  98201-4060
                                                              (425)388-6330  Fax: (425)388-6333

1    I certify under penalty of perjury under the laws of the state of Washington that the

2   foregoing is true and correct.

3    DATED this 27th day of June, 2025.

4

5    Cindy Ryden, Legal Assistant

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT FERRY COUNTY PROSECUTING ATTORNEY
MICHAEL GOLDEN'S NOTICE OF ASSOCIATION OF COUNSEL - 8
USDC #C25-5461-DGE

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333