HONORABLE DAVID G. ESTUDILLO

IN UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL D. ETIENNE, JOSEPH J. TYSON, THOMAS A. DALY, FRANK R. SCHUSTER, EUSEBIO L. ELIZONDO, GARY F. LAZZERONI, GARY M. ZENDER, ROBERT PEARSON, LUTAKOME NSUBUGA, JESUS MARISCAL, MICHAEL KELLY, <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT W. FERGUSON, in his official capacity as Governor of Washington, et al., <br><br> Defendants. | Cause No. 3:25-cv-05461-DGE <br><br> NOTICE OF WITHDRAWAL |

TO: The above-named Parties and your counsel of record;
AND TO: The Clerk of the Court

Please take notice that Rachel K. Stanley of Evans, Craven & Lackie, P.S., hereby withdraws as attorney for defendant Michael Golden in his official capacity as Ferry County Prosecuting Attorney, effective immediately. Geoff A. Enns and Scott A. Marlow of the Snohomish County Prosecutor's Office remain as counsel for defendant Michael Golden. You are hereby directed to serve all further correspondence, notices, and pleadings, except process, to said Defendant upon the following:

NOTICE OF WITHDRAWAL - page 1

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

Geoff A. Enns, WSBA #40682
Deputy Prosecuting Attorney, Tort Unit Lead
Snohomish County Prosecuting Attorney's Office – Civil Division
3000 Rockefeller Avenue, M/S 504
Everett, WA 98201-4046
Phone:         425-388-6334
E-mail:        Geoff.Enns@co.snohomish.wa.us

Scott A. Marlow, WSBA #25987
Deputy Prosecuting Attorney
Snohomish County Prosecutor's Office
Robert J. Drewel Bldg., 7th Floor, M/S 504
3000 Rockefellar Avenue
Everett, WA 98210-4046
Phone:         425-312-0633
Email:         Scott.Marlow@co.snohomish.wa.us

DATED this 27th day of June, 2025.

                    EVANS, CRAVEN & LACKIE, P.S.

        By:      *s/Rachel K. Stanley*
                RACHEL K. STANLEY, #58280
                Withdrawing Attorney for Def. Michael Golden

# CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**_Counsel for Plaintiffs_**
Christopoher Motz
Donna Farag
Eric Rassbach
Hiram Sasser
Jerimiah G. Dys
Laura Wolk Slavis
Leah Fugere
Mark Rienzi
Matthew T. Martens
Robert Kingsley Smith
William J. Haun
Zachary Halpern
Siddharth Velamoor
William J. Crowley
Email:          cmotz@firstliberty.org
Email:          donna.farag@wilmerhale.com
Email:          erassbach@becketfund.org
Email:          hsasser@firstliberty.org
Email:          jdys@firstliberty.org
Email:          lslavis@becketlaw.org
Email:          leah.fugere@wilmerhale.com
Email:          mrienzi@becketfund.org
Email:          matthew.martens@wilmerhale.com
Email:          robert.smith@wilmerhale.com
Email:          whaun@becketfund.org
Email:          zac.halpern@wilmerhale.com
Email:          siddharth.velamoor@wilmerhale.com
Email:          will@crowleylawoffices.com

**_Counsel for Defendants Robert W. Ferguson and Nicholas W. Brown_**
Alicia O. Young
Emma S. Grunberg
Kelly A. Paradis
Email:          AliciaO@atg.wa.gov
Email:          emma.grunberg@atg.wa.gov
Email:          Kelly.Paradis@atg.wa.gov

NOTICE OF WITHDRAWAL - page 3



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

***Counsel for Defendant Tony Golik***
Amanda Marie Migchelbrink
Email:        amanda.migchelbrink@clark.wa.gov

***Counsel for Defendant Chad Enright***
Anna Katherine Aruiza
Katherine A. Cummings
Email:        aaruiza@kitsap.gov
Email:        kacummings@kitsap.gov

***Counsel for Defendant Jason Cummings***
Scott Alan Marlow
Email:        scott.marlow@co.snohomish.wa.us

***Counsel for Defendant Norma Tillotson***
Georgia A. Stearns
Email:        gstearns@co.grays-harbor.wa.us

***Counsel for Defendant James Kennedy***
Melissa Pleimann
Phillip Carl Hunsucker
Email:        mpleimann@co.jefferson.wa.us
Email:        PHunsucker@co.jefferson.wa.us

***Counsel for Defendant Jason Cummings and Michael Golden***
Geoffrey A. Enns
Scott Alan Marlow
Email:        Geoffrey.Enns@co.snohomish.wa.us
Email:        scott.marlow@co.snohomish.wa.us

***Counsel for Defendant Eric Eisinger***
Jeffrey J. Aultman
Email:        Jeffrey.Aultman@co.benton.wa.us

***Counsel for Defendant Ryan Jurvakainen***
Douglas E. Jensen
Email:        jensend@cowlitzwa.gov

***Counsel for Defendant John Tunheim***
Scott Cushing
Email:        scott.cushing@co.thurston.wa.us



EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

***Counsel for Defendant Rich Weyrich***
Frederick A. Haist
Email: fhaist@co.skagit.wa.gov

***Counsel for Defendant Leesa Manion***
Heidi Joanne Jacobsen-Watts
Email: heidi.jacobsen-watts@kingcounty.gov

***Counsel for Defendants Albert Lin, Mark Nichols, Gordon Edgar, Gregory Banks, Gregory Zempel, Michael Dorcy, Dolly Hunt, Mary Robnett, Dan Bigelow, Gabe Acosta, Larry Haskell and Jason Cummings***
Geoffrey A Enns
Email: Geoffrey.Enns@co.snohomish.wa.us

***Counsel for Movant USA***
Max P Lapertosa
Email: max.lapertosa@usdoj.gov

By:   *s/Rachel K. Stanley*
RACHEL K. STANLEY, #58280
Withdrawing Attorneys for Def. Michael Golden
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, Washington  99201
(509) 455-5200
(509) 455-3632 Facsimile
rstanley@ecl-law.com