Chief Judge David G. Estudillo

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL D. ETIENNE, et al.,<br>Plaintiffs,<br>vs.<br>ROBERT W. FERGUSON, et al.,<br>Defendants. | NO. 3:25-cv-05461-DGE<br><br>DEFENDANT SAN JUAN COUNTY PROSECUTING ATTORNEY AMY VIRA'S NOTICE OF APPEARANCE |

TO: All Plaintiffs; and
TO: All Counsel for Plaintiffs; and
TO: THE CLERK OF THE COURT

PLEASE TAKE NOTICE that the above-named Defendant, San Juan County Prosecuting Attorney Amy Vira, does hereby appear in the above-entitled action through the undersigned attorneys, without waiving objection to lack of jurisdiction over the person or venue. You are requested to serve all pleadings and other papers, except original process, upon the undersigned attorneys at the address given below.

//

//

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

DATED this 30th day of June, 2025.

By: *s/ Geoffrey A. Enns*
GEOFFREY A. ENNS, WSBA No. 40682
Special Deputy Prosecuting Attorney for
San Juan County
3000 Rockefeller Ave., M/S 504
Everett, Washington 98201
Phone: (425) 388-6330 / Fax: (425) 388-6333
Geoffrey.Enns@co.snohomish.wa.us
*Attorney for Defendant Amy Vira*

DATED this 30th day of June, 2025.

By: *s/ Scott A. Marlow*
SCOTT A. MARLOW, WSBA No. 25987
Special Deputy Prosecuting Attorney for
San Juan County
3000 Rockefeller Ave., M/S 504
Everett, Washington 98201
Phone: (425) 388-6330 / Fax: (425) 388-6333
Scott.Marlow@co.snohomish.wa.us
*Attorney for Defendant Amy Vira*

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

**DECLARATION OF SERVICE**

I declare that I am an employee of the Civil Division of the Snohomish County Prosecuting Attorney, and that I caused to be delivered foregoing **Defendant San Juan County Prosecuting Attorney Amy Vira's Notice of Appearance** on the following parties by the methods indicated:

| | |
|---|---|
| William J. Crowley<br>Crowley Law Offices, P.S.<br>600 University Street, Suite 1708<br>Seattle, WA 98101<br>Will@crowleylawoffices.com<br>*Attorney for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Matthew T. Martens<br>Donna Farag<br>Zachary Halpern<br>Siddharth Velamoor<br>Wilmer Cutler Pickering Hale and Dorr, LLP<br>2100 Pennsylvania Avenue NW<br>Washington, D.C. 20037<br>Matthew.Martens@wilmerhale.com<br>Donna.Farag@wilmerhale.com<br>Zac.Halpern@wilmerhale.com<br>Siddharth.Velamoor@wilmerhale.com<br>*Attorneys for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Leah M. Fugere<br>Wilmer Cutler Pickering Hale and Dorr, LLP<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, CA 90071<br>Leah.Fugere@wilmerhale.com<br>*Attorney for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Robert Kingsley Smith<br>Wilmer Cutler Pickering Hale and Dorr, LLP<br>60 State Street<br>Boston, MA 02109<br>Robert.Smith@wilmerhale.com<br>*Attorney for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

| | |
|---|---|
| Mark L. Rienzi<br>Eric C. Rassbach<br>William J. Haun<br>Laura Wolk Slavis<br>The Becket Fund for Religious Liberty<br>1919 Pennsylvania Avenue NW, Suite 400<br>Washington, DC 20006<br>MRienzi@becketfund.org<br>ERassbach@becketfund.org<br>WHaun@becketfund.org<br>LSlavis@becketfund.org<br>*Attorneys for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Hiram S. Sasser, III<br>Jeremy Dys<br>Chris Motz<br>First Liberty Institute<br>2001 W. Plano Pkwy., Suite 1600<br>Plano, TX 75075<br>HSasser@firstliberty.org<br>JDys@firstliberty.org<br>EMotz@firstliberty.org<br>*Attorneys for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Emma Grunberg<br>Kelly A. Paradis<br>Alicia O. Young<br>Deputy Solicitors General<br>Attorney General of Washington<br>1125 Washington Street SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100<br>Emma.Grunberg@atg.wa.gov<br>Kelly.Paradis@atg.wa.gov<br>Alicia.Young@atg.wa.gov<br>*Attorneys for Defendant Washington State Attorney General Robert W. Ferguson & Nicholas W. Brown* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |

//

//

//

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

| | |
|---|---|
| Anna K. Aruiza<br>Katherine A. Cummings<br>Kitsap County Prosecutor's Office<br>614 Division Street, MS-35A<br>Port Orchard, WA 98366<br>AARuiza@kitsap.gov<br>KACummings@kitsap.gov<br>*Attorneys for Defendant Chad Enright* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Amanda M. Migchelbrink<br>Senior Deputy Prosecuting Attorney<br>Clark County Prosecutor's Office-Civil Div.<br>P.O. Box 5000<br>Vancouver, WA 98666-5000<br>Amanda.Migchelbrink@clark.wa.gov<br>*Attorney for Defendant Attorney Tony Golik* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Rachel K. Stanley<br>Michael E. McFarland, Jr.<br>Evans, Craven & Lackie, P.S.<br>818 W. Riverside, Suite 250-Lincoln Bldg.<br>Spokane, WA 99201<br>RStanley@ecl-law.com<br>MMcFarland@ecl-law.com<br>*Attorneys for Defendants C. Liedkie, D. Slack, T. Albertson, E. George, D. Tracy, M. Newberg, K. McCrae, & A. Kick* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Georgia A. Stearns<br>Grays Harbor County Prosecutor's Office<br>102 West Broadway, Room 102<br>Montesano, WA 98563<br>GStearns@co.grays-harbor.wa.us<br>*Attorney for Defendant Norma Tillotson* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Philip C. Hunsucker<br>Melissa Pleimann<br>Jefferson County Prosecutor's Office<br>1820 Jefferson Street<br>P.O. Box 1220<br>Port Townsend, WA 98368<br>PHunsucker@co.jefferson.wa.us<br>MPleimann@co.jefferson.wa.us<br>*Attorneys for Defendant James Kennedy* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

| | |
|---|---|
| Douglas E. Jensen<br>Cowlitz County Prosecutor's Office<br>Hall of Justice – Civil Division<br>312 SW 1st Avenue<br>Kelso, WA 98626<br>JensenD@cowlitzwa.gov<br>Attorney for Defendant *Ryan Jurvakainen* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Jeffrey J. Aultman<br>Benton County Prosecutor's Office<br>7122 W. Okanogan Place, Suite A230<br>Kennewick, WA 99336<br>Jeffrey.Aultman@co.benton.wa.us<br>*Attorney for Eric Eisinger* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Scott Cushing<br>Thurston County Prosecutor's Office<br>2000 Lakeridge Drive SW, Bldg. #5<br>Olympia, WA 98502<br>Scott.Cushing@co.thurston.wa.us<br>*Attorney for Defendant Jon Tunheim* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Frederick A. Haist<br>Skagit County Prosecutor's Office-Civil Division<br>605 S. Third Street-Courthouse Annex<br>Mount Vernon, WA 98273-3867<br>FHaist@co.skagit.wa.us<br>*Attorney for Defendant Richard Weyrich* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Senior DPA Heidi Jacobsen-Watts<br>King County Prosecutor's Office<br>701 Fifth Avenue, Suite 600<br>Seattle, WA 98104<br>Heidi.Jacobsen-Watts@kingcounty.gov<br>*Attorney for Defendant Leesa Manion* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Max P. Lapertosa<br>U.S. Dept. of Justice<br>Civil Rights Division, Housing & Civil Enforcement Section<br>950 Pennsylvania Avenue, 4CON<br>Washington, DC 20530<br>Max.Lapertosa@usdoj.gov<br>*Attorney for Movant U.S.A.* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |



**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 30th day of June, 2025.

Cindy Ryden, Legal Assistant

DEFENDANT SAN JUAN COUNTY PROSECUTING ATTORNEY AMY VIRA'S NOTICE OF APPEARANCE - 7
USDC #C25-5461-DGE

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333