The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

PAUL D. ETIENNE, et al.,

       Plaintiffs,

    v.

ROBERT W. FERGUSON, IN HIS OFFICIAL
CAPACITY AS GOVERNOR OF
WASHINGTON, et. al.,

       Defendants.

No. 3:25-cv-05461-DGE

DEFENDANT GOLIK'S RESPONSE TO
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

NOTE ON MOTION CALENDAR:
July 7, 2025

Defendant Anthony Golik, by and through his counsel of record, Senior Deputy

Prosecuting Attorney Amanda M. Migchelbrink, responds to Plaintiffs' Motion for Preliminary

Injunction as follows:

///

///

///

///

///

///

DEFENDANT GOLIK'S RESPONSE TO PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION - 1 of 4

At this time, Defendant takes no position with regard to Plaitniffs' Motion for Preliminary Injunction. In taking such a position, Defendant does not agree that Plaintiffs are likely to prevail on the merits of their claims but will allow the other parties to argue and address these issues at the preliminary stage.

Dated June 30, 2025.

*s/ Amanda M. Migchelbrink*
Amanda M. Migchelbrink, WSBA #34223
Senior Deputy Prosecuting Attorney
Clark County Prosecutor's Office – Civil Division
PO Box 5000
Vancouver WA  98666-5000
    Tele:   (564) 397-2478
    Fax:    (564) 397-2184
    Email:  amanda.migchelbrink@clark.wa.gov

DEFENDANT GOLIK'S RESPONSE TO PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION - 2 of 4

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1300 FRANKLIN ST., SUITE 380 • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(564) 397-2478 (OFFICE)  /  (564) 397-2184 (FAX)

## CERTIFICATE OF SERVICE

I, Jesica Allee, hereby certify that on June 30, 2025, I electronically filed the foregoing DEFENDANT GOLIK'S RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION with the Clerk of the Court using the CM/ECF system to be made on all parties of record as follows:

| *Attorneys for Plaintiffs* | | |
|---|---|---|
| | William J. Crowley | will@crowleylawoffices.com |
| | Matthew T. Martens | matthew.martens@wilmerhale.com |
| | Siddharth Velamoor | siddharth.velamoor@wilmerhale.com |
| | Donna Farag | donna.farag@wilmerhale.com |
| | Zachary Halpern | zac.halpern@wilmerhale.com |
| | Leah M. Fugere | leah.fugere@wilmerhale.com |
| | Robert Kingsley Smith | robert.smith@wilmerhale.com |
| | Mark L. Rienzi | mrienzi@becketfund.org |
| | Eric C. Rassbach | erassbach@becketfund.org |
| | William J. Haun | whaun@becketfund.org |
| | Laura Wolk Slavis | lslavis@beckfund.org |
| | Hiram S. Sasser, III | hsasser@firstliberty.org |
| | Jeremy Dys | jdys@firstliberty.org |
| | Chris Motz | cmotz@firstlibery.org |
| Attorneys for Governor Rober W. Ferguson and AG Nicholas W. Brown | | |
| | Alicia O Young | alicia.young@atg.wa.gov |
| | Emma S Grunberg | emma.grunberg@atg.wa.gov |
| | Kelly A. Paradis | Kelly.Paradis@atg.wa.gov |
| Attorneys for Clallam, Spokane, Adams, Chelan, Douglas, Ferry, Island, Kittitas, Mason, Okanogan, Pend Orielle, Pierce, Snohomish, Wahkiakum, Walla Walla, Yakima, San Juan and Whatcom County | | |
| | Scott Alan Marlow | scott.marlow@co.snohomish.wa.us |
| | Geoffrey A Enns | Geoffrey.Enns@co.snohomish.wa.us |
| Attorney for King County | Heidi Joanne Jacobsen-Watts | heidi.jacobsen-watts@kingcounty.gov |

DEFENDANT GOLIK'S RESPONSE TO PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION - 3 of 4

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1300 FRANKLIN ST., SUITE 380 • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(564) 397-2478 (OFFICE) / (564) 397-2184 (FAX)

| Attorneys for Asotin, Columbia, Ferry, Garfield, Grant, Lincoln, Skamania, Stevens, and Whitman County | | |
|---|---|---|
| | Michael E McFarland , Jr | mmcfarland@ecl-law.com |
| | Rachel Kiana Stanley | rstanley@ecl-law.com |
| Attorney for Benton County | Jeffrey J Aultman | jeffrey.aultman@co.benton.wa.us |
| | Geoffrey A Enns | Geoffrey.Enns@co.snohomish.wa.us |
| Attorney for Cowlitz County | Douglas Emry Jensen | jensend@cowlitzwa.gov |
| Attorney for Grays Harbor County | Georgia A Stearns | gstearns@co.grays-harbor.wa.us |
| Attorneys for Jefferson County | | |
| | Melissa Pleimann | mpleimann@co.jefferson.wa.us |
| | Philip Carl Hunsucker | PHunsucker@co.jefferson.wa.us |
| Attorneys for Kitsap County | | |
| | Anna Katherine Aruiza | aruiza@kitsap.gov |
| | Katherine A Cummings | kacummings@kitsap.gov |
| Attorney for Skagit County | Frederick A Haist | fhaist@co.skagit.wa.us |
| Attorney for Thurston County | Scott C. Cushing | scott.cushing@co.thurston.wa.us |
| United States of America Civil Rights Division | Max P Lapertosa | max.lapertosa@usdoj.gov |

Dated June 30, 2025,

*s/ Jesica Allee*
Jesica Allee, Legal Assistant

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1300 FRANKLIN ST., SUITE 380 • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(564) 397-2478 (OFFICE) / (564) 397-2184 (FAX)