HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL D. ETIENNE, JOSEPH J. TYSON, THOMAS A. DALY, FRANK R. SCHUSTER, EUSEBIO L. ELIZONDO, GARY F. LAZZERONI, GARY M. ZENDER, ROBERT PEARSON, LUTAKOME NSUBUGA, JESUS MARISCAL, MICHAEL KELLY, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT W. FERGUSON, in his official capacity as Governor of Washington, et al., <br><br> Defendants. | No. 3:25-cv-05461-DGE <br><br> **STIPULATED MOTION TO CONTINUE DEADLINE TO FILE ANSWER** <br> **AND** <br><br> **[PROPOSED] ORDER** <br><br> NOTING DATE: June 30, 2025 |

Defendants Curt Liedkie, Dale Slack, Ty Albertson, and Denis Tracy, by and through their attorneys of record, and Plaintiffs, by and through their attorneys of record, hereby stipulate as follows:

Defendants Liedkie, Slack, Albertson and Tracy and Plaintiffs previously stipulated that such Defendants could file their Answer by July 1, 2025 (ECF No. 139). Plaintiffs have agreed to further continue the deadline for these Defendants to file their Answers to Plaintiffs' Complaint to August 5, 2025.

STIP. TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT
(3:25-CV -05461-DGE)



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

1

1   DATED this 30th day of June, 2025.

2                                       EVANS, CRAVEN & LACKIE, P.S.

3

4                   By:        *s/ Rachel K. Stanley*
5                              MICHAEL E. McFARLAND, JR., #23000
                               RACHEL K. STANLEY, #58280
6                              Attorneys for Defendants Curt Liedkie,
                               Ty Albertson, Denis Tracy, and Dale Slack
7

8

9                              WILMER CUTLER PICKERING HALE AND
                                  DORR LLP
10

11                             */s/ Siddharth Velamoor*
                               Siddharth Velamoor, WSBA #40965
12                             2100 Pennsylvania Avenue, NW
                               Washington, DC 20037
13                             Tel: (202) 663-6000
                               Fax: (202) 663-6363
14                             siddharth.velamoor@wilmerhale.com

STIP. TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT
(3:25-CV -05461-DGE)



**[PROPOSED] ORDER**

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED**.

The Court GRANTS the Stipulated Motion to Continue Deadline to File Answer (Dkt. 65). Defendants Liedkie, Slack, Albertson and Tracy (collectively "Defendants")'s deadline to file an answer to the Complaint shall be continued to August 5, 2025.

IT IS SO ORDERED.

DATED this ____ day of _____, 2025

_____
HONORABLE DAVID G. ESTUDILLO
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

EVANS, CRAVEN & LACKIE, P.S.

By: _____*s/ Rachel K. Stanley*_____
MICHAEL E. McFARLAND, JR., #23000
RACHEL K. STANLEY, #58280
818 W. Riverside Ave, Ste. 250
Spokane, WA 99201
Tel: (509) 450-5200
rstanley@ecl-law.com
Attorneys for Defendants Curt Liedkie,
Ty Albertson, Denis Tracy, and Dale Slack


WILMER CUTLER PICKERING HALE AND
 DORR LLP

By: _____*/s/ Siddharth Velamoor*_____
Siddharth Velamoor, WSBA #40965
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: (202) 663-6000
Fax: (202) 663-6363
siddharth.velamoor@wilmerhale.com
Attorneys for Plaintiffs

STIP. TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT
(3:25-CV -05461-DGE)



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all parties registered with the CM/ECF System.

By:     *s/Rachel K. Stanley*
Rachel K. Stanley, #58280
Attorneys for Defendants Curt Liedkie,
Ty Albertson, Denis Tracy, and Dale Slack
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, Washington 99201
(509) 455-5200
(509) 455-3632 Facsimile
rstanley@ecl-law.com

STIP. TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT
(3:25-CV -05461-DGE)



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632