The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| PAUL D. ETIENNE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ROBERT W. FERGUSON, et al.,<br><br>　　　　　Defendants. | NO. 3:25-cv-05461-DGE<br><br>[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>NOTE ON MOTION CALENDAR:<br>July 14, 2025 at 10:00 a.m. |

THIS MATTER came for hearing before this Court on July 14, 2025, on Plaintiffs' Motion for Preliminary Injunction. This Court, having considered the entire record herein and being otherwise fully advised, hereby ORDERS that:

1. Plaintiffs' Motion for Preliminary Injunction is **DENIED**.

DATED this _____ day of July 2025.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　THE HONORABLE DAVID G. ESTUDILLO
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | Presented by: |
| 2 | NICHOLAS W. BROWN<br>Attorney General |
| 3 | |
| 4 | */s/ Alicia O. Young*<br>ALICIA O. YOUNG, WSBA #35553<br>KELLY A. PARADIS, WSBA #47175 |
| 5 | EMMA GRUNBERG, WSBA #54659 |
| 6 | Deputy Solicitors General<br>1125 Washington Street SE |
| 7 | PO Box 40100<br>Olympia, WA 98504-0100 |
| 8 | 360-753-6200<br>Alicia.Young@atg.wa.gov |
| 9 | Kelly.Paradis@atg.wa.gov<br>Emma.Grunberg@atg.wa.gov |
| 10 | *Attorneys for Defendant Robert W. Ferguson and Nicholas W. Brown* |

[PROPOSED] ORDER DENYING PLS.'
MOT. PRELIM. INJ
NO. 3:25-CV-05461-DGE

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200