The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| PAUL D. ETIENNE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT W. FERGUSON, et al., <br><br> Defendants. | NO. 3:25-cv-05461-DGE <br><br> DECLARATION OF KELLY A. PARADIS IN SUPPORT OF RESPONSE OF DEFENDANTS ROBERT W. FERGUSON AND NICHOLAS W. BROWN TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION <br><br> NOTE ON MOTION CALENDAR: <br> July 14, 2025 at 10:00 a.m. |

I, Kelly A. Paradis, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge. I am one of the attorneys representing Defendants Robert W. Ferguson and Nicholas W. Brown in the above-captioned matter.

2. Attached as **Exhibit 1** is a true and correct copy of a website from the Centers for Disease Control and Prevention, titled "About Child Abuse and Neglect", located at the following link: https://www.cdc.gov/child-abuse-neglect/about/index.html#cdc_behavioral_basics_quick-quick-facts-and-stats, last accessed on June 29, 2025.

3. Attached as **Exhibit 2** is a true and correct copy of website from the Centers for Disease Control and Prevention, titled "About Child Sexual Abuse", located at the following

DECL. OF KELLY A. PARADIS
ISO RESP. OF DEFS. ROBERT W.
FERGUSON & NICHOLAS W. BROWN
TO PLS.' MOT. FOR PRELIM. INJ.
NO. 3:25-cv-05461-DGE

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

link: https://www.cdc.gov/child-abuse-neglect/about/about-child-sexual-abuse.html, last accessed on June 29, 2025.

4. Attached as **Exhibit 3** is a true and correct copy of a website from the National Center for Victims of Crime, titled "Child Sexual Abuse Statistics", located at the following link: https://victimsofcrime.org/child-sexual-abuse-statistics/, last accessed on June 29, 2025.

5. Attached as **Exhibit 4** is a true and correct copy of a website from the American Society for the Positive Care of Children, titled "National Child Maltreatment Statistics", located at the following link: https://americanspcc.org/child-maltreatment-statistics/, last accessed on June 29, 2025.

6. Attached as **Exhibit 5** is a true and correct copy of a website from the National Children's Alliance, titled "National Statistics on Child Abuse", located at the following link: https://www.nationalchildrensalliance.org/media-room/national-statistics-on-child-abuse/, last accessed on June 29, 2025.

7. Attached as **Exhibit 6** is a true and correct copy of U.S. Department of Health & Human Services 2023 Child Maltreatment report, located at the following link: https://acf.gov/sites/default/files/documents/cb/cm2023.pdf, last accessed on June 29, 2025.

8. Attached as **Exhibit 7** is a true and correct copy of a printout of the Office of Innovation, Alignment and Accountability Prevention Dashboard showing a count of children in CPS intakes by referral type, located at the following link: https://public.tableau.com/app/profile/dcyfoiaa/viz/OIAAPreventionDashboardV1_16/CPSReferentType, last accessed on June 29, 2025.

9. Attached as **Exhibit 8** is a true and correct copy of a printout of the Office of Innovation, Alignment and Accountability Prevention Dashboard showing a count of children in CPS intakes by referral type, filtered to show only those with a "screen in" decision, located at the following link: https://public.tableau.com/app/profile/dcyfoiaa/viz/OIAAPreventionDashboardV1_16/CPSReferentType, last accessed on June 29, 2025.

DECL. OF KELLY A. PARADIS
ISO RESP. OF DEFS. ROBERT W.
FERGUSON & NICHOLAS W. BROWN
TO PLS.' MOT. FOR PRELIM. INJ.
NO. 3:25-cv-05461-DGE

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

10. Attached as **Exhibit 9** is a true and correct copy of a report from the Department of Social and Health Services, Research and Data Analysis Division, titled "Child Welfare and Health Service Trends in Washington State", located at the following link: https://www.dshs.wa.gov/sites/default/files/rda/reports/DCYFcovid.pdf, last accessed on June 29, 2025.

11. Attached as **Exhibit 10** is a true and correct copy of a news article from InvestigateWest, located at the following link: https://www.investigatewest.org/investigatewest-reports/jehovahs-witnesses-covered-up-child-sexual-abuse-in-washington-state-for-decades-lawsuit-alleges-17692697, last accessed on June 29, 2025.

12. Linked in **Exhibit 11** is a true and correct copy of the March 14, 2025 House Early Learning & Human Services Committee hearing, available at: https://tvw.org/video/house-early-learning-human-services-2025031189/?eventID=2025031189, last accessed on June 29, 2025.

13. Linked in **Exhibit 12** is a true and correct copy of the February 5, 2025 Senate Human Services Committee hearing, available at https://tvw.org/video/senate-human-services-2025021111/?eventID=2025021111, last accessed on June 29, 2025.

14. Attached as **Exhibit 13** is a true and correct copy of a website from Prevent Child Abuse America, titled "Child Abuse and Domestic Violence: Connections and Common Factors", available at the following link: https://preventchildabuse.org/latest-activity/child-abuse-and-domestic-violence-connections-and-common-factors/, last accessed on June 29, 2025.

15. Attached as **Exhibit 14** is a true and correct copy of the House Bill Report for SHB 1171, available at the following link: https://lawfilesext.leg.wa.gov/biennium/2025-26/Pdf/Bill%20Reports/House/1171-S%20HBR%20PL%2025.pdf?q=20250630094111, last accessed on June 30, 2025.

DECL. OF KELLY A. PARADIS
ISO RESP. OF DEFS. ROBERT W.
FERGUSON & NICHOLAS W. BROWN
TO PLS.' MOT. FOR PRELIM. INJ.
NO. 3:25-cv-05461-DGE

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

1     I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

    DATED this 30th day of June 2025 at Seattle, Washington.

                                  */s/ Kelly A. Paradis*
                                  KELLY A. PARADIS, WSBA #47175
                                  Deputy Solicitor General

DECL. OF KELLY A. PARADIS
ISO RESP. OF DEFS. ROBERT W.
FERGUSON & NICHOLAS W. BROWN
TO PLS.' MOT. FOR PRELIM. INJ.
NO. 3:25-cv-05461-DGE

4

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200