# Exhibit 3





Donate

# Child Sexual Abuse Statistics

The prevalence of child sexual abuse is difficult to determine because it is often not reported; experts agree that the incidence is far greater than what is reported to authorities. CSA is also not uniformly defined, so statistics may vary. Statistics below represent some of the research done on child sexual abuse.

The U.S. Department of Health and Human Services' Children's Bureau report *Child Maltreatment 2010* found that 9.2% of victimized children were sexually assaulted (page 24).

Studies by David Finkelhor, Director of the Crimes Against Children Research Center, show that:

- 1 in 5 girls and 1 in 20 boys is a victim of child sexual abuse;
- Self-report studies show that 20% of adult females and 5-10% of adult males recall a childhood sexual assault or sexual abuse incident;
- During a one-year period in the U.S., 16% of youth ages 14 to 17 had been sexually victimized;
- Over the course of their lifetime, 28% of U.S. youth ages 14 to 17 had been sexually victimized;
- Children are most vulnerable to CSA between the ages of 7 and 13.

According to a 2003 National Institute of Justice report, 3 out of 4 adolescents who have been sexually assaulted were victimized by someone they knew well (page 5).

A Bureau of Justice Statistics report shows 1.6 % (sixteen out of one thousand) of children between the ages of 12-17 were victims of rape/sexual assault (page 18).

A study conducted in 1986 found that 63% of women who had suffered sexual abuse by a family member also reported a rape or attempted rape after the age of 14. Recent studies in 2000, 2002,

and 2005 have all concluded similar results.

Children who had an experience of rape or attempted rape in their adolescent years were 13.7 times more likely to experience rape or attempted rape in their first year of college.

A child who is the victim of prolonged sexual abuse usually develops low self-esteem, a feeling of worthlessness and an abnormal or distorted view of sex. The child may become withdrawn and mistrustful of adults, and can become suicidal.

Children who do not live with both parents as well as children living in homes marked by parental discord, divorce, or domestic violence, have a higher risk of being sexually abused.

In the vast majority of cases where there is credible evidence that a child has been penetrated, only between 5 and 15% of those children will have genital injuries consistent with sexual abuse. Child sexual abuse is not solely restricted to physical contact; such abuse could include [noncontact abuse](), such as exposure, voyeurism, and child pornography.

Compared to those with no history of sexual abuse, young males who were sexually abused were five times more likely to cause teen pregnancy, three times more likely to have multiple sexual partners and two times more likely to have unprotected sex, according to the study published online and in the June print issue of the *Journal of Adolescent Health*.





**Mailing Address**

PO Box 2770
Hyattsville, MD 20784

**Navigation**

▸ Home

▸ About

▸ Programs

▸ Financial

▸ NTI

▸ Board Member Portal

▸ Privacy Policy

**Newsletter**

Your Name

Organization

Your Email

SUBSCRIBE