# Exhibit 7

