# Exhibit 8



Details

OIAA Prevention Dashboard V1.16

**Published:** Aug 23, 2023     **Updated:** Jun 13, 2025