# Exhibit 11

**Washington State House Early Learning & Human Services Committee**

*March 14, 2025 Public Hearing*

**Video Recording Available at:** https://tvw.org/video/house-early-learning-human-services-2025031189/?eventID=2025031189