# Exhibit 12

**Washington State Senate Human Services Committee**

*February 5, 2025 Public Hearing*

**Video Recording Available at:** https://tvw.org/video/senate-human-services-2025021111/?eventID=2025021111