1

2

3

4

5

6

7

8

9

10

Chief Judge David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11    PAUL D. ETIENNE, *et al*.,

12                    Plaintiffs,

13                vs.

14    ROBERT FERGUSON, in his official
      capacity as Governor of the State of
15    Washington, *et al*.,

16                    Defendants.

17

Case No. 3:25-cv-5461-DGE

**NOTICE OF APPEARANCE**

18        Please take notice that Michael E. Gates, Deputy Assistant Attorney General, Civil Rights

19    Division, United States Department of Justice, hereby enters his appearance as counsel for the United

20    States in the above-captioned matter.

21

22

23

24

25

26

27    NOTICE OF APPEARANCE
      Case No. 3:25-cv-5461-DGE
      Page 1

28

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
HOUSING AND CIVIL ENFORCEMENT SECTION
950 Pennsylvania Ave. NW – 4CON
Washington, DC  20530
(202) 514-3847

1    DATED this 2nd day of July, 2025.

2

3                                          Respectfully submitted,

4                                          s/ Michael E. Gates
                                           MICHAEL E. GATES
5                                          Deputy Assistant Attorney General
                                           United States Department of Justice
6                                          Civil Rights Division
                                           950 Pennsylvania Avenue NW
7                                          Washington, DC  20530
                                           Tel:  (202) 514-3847
8                                          Michael.Gates2@usdoj.gov

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27    NOTICE OF APPEARANCE                 UNITED STATES DEPARTMENT OF JUSTICE
      Case No. 3:25-cv-5461-DGE                        CIVIL RIGHTS DIVISION
28    Page 2                              HOUSING AND CIVIL ENFORCEMENT SECTION
                                              950 Pennsylvania Ave. NW – 4CON
                                                    Washington, DC  20530
                                                      (202) 514-3847