Chief Judge David G. Estudillo

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL D. ETIENNE, et al.,<br><br>      Plaintiffs,<br><br>  vs.<br><br>ROBERT W. FERGUSON, et al.,<br><br>      Defendants. | NO. 3:25-cv-05461-DGE<br><br>DEFENDANT THURSTON COUNTY PROSECUTING ATTORNEY JON TUNHEIM'S NOTICE OF ASSOCIATION OF COUNSEL |

TO: All Plaintiffs; and
TO: All Counsel for Plaintiffs; and
TO: THE CLERK OF THE COURT

PLEASE TAKE NOTICE that Special Deputy Prosecuting Attorney Geoffrey A. Enns have become associated with Chief Civil Deputy Prosecuting Attorney Scott Cushing as co-counsel of record for Defendant Thurston County Prosecuting Attorney Jon Tunheim.

You are hereby requested to serve copies of all further pleadings in this case upon all associated attorneys.

//

//

DEFENDANT THURSTON COUNTY PROSECUTING ATTORNEY
JON TUNHEIM'S NOTICE OF ASSOCIATION OF COUNSEL - 1
USDC #C25-5461-DGE

Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

DATED this 2nd day of July, 2025.

        By:  *s/ Geoffrey A. Enns*
        GEOFFREY A. ENNS, WSBA No. 40682
        Special Deputy Prosecuting Attorney for
        Thurston County
        3000 Rockefeller Ave., M/S 504
        Everett, Washington 98201
        Phone: (425) 388-6330 / Fax: (425) 388-6333
        Geoffrey.Enns@co.snohomish.wa.us
        *Attorney for Defendant Jon Tunheim*

DATED this 2nd day of July, 2025.

        JON TUNHEIM
        Thurston County Prosecuting Attorney

        By:  *s/ Scott Cushing*
        SCOTT CUSHING, WSBA #38030
        Deputy Prosecuting Attorney
        2000 Lakeridge Drive SW, Bldg. No. 5
        Olympia, WA 98502
        Phone: (360) 786-5574
        Scott.Cushing@co.thurston.wa.us
        *Attorney for Defendant Jon Tunheim*

DEFENDANT THURSTON COUNTY PROSECUTING ATTORNEY
JON TUNHEIM'S NOTICE OF ASSOCIATION OF COUNSEL   - 2
USDC #C25-5461-DGE

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

# DECLARATION OF SERVICE

I declare that I am an employee of the Civil Division of the Snohomish County Prosecuting Attorney, and that I caused to be delivered foregoing **Defendant Thurston County Prosecuting Attorney Jon Tunheim's Notice of Association of Counsel** on the following parties by the methods indicated:

| | |
|---|---|
| William J. Crowley<br>Crowley Law Offices, P.S.<br>600 University Street, Suite 1708<br>Seattle, WA 98101<br>Will@crowleylawoffices.com<br>*Attorney for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Matthew T. Martens<br>Donna Farag<br>Zachary Halpern<br>Siddharth Velamoor<br>Wilmer Cutler Pickering Hale and Dorr, LLP<br>2100 Pennsylvania Avenue NW<br>Washington, D.C. 20037<br>Matthew.Martens@wilmerhale.com<br>Donna.Farag@wilmerhale.com<br>Zac.Halpern@wilmerhale.com<br>Siddharth.Velamoor@wilmerhale.com<br>*Attorneys for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Leah M. Fugere<br>Wilmer Cutler Pickering Hale and Dorr, LLP<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, CA 90071<br>Leah.Fugere@wilmerhale.com<br>*Attorney for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Robert Kingsley Smith<br>Wilmer Cutler Pickering Hale and Dorr, LLP<br>60 State Street<br>Boston, MA 02109<br>Robert.Smith@wilmerhale.com<br>*Attorney for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |

DEFENDANT THURSTON COUNTY PROSECUTING ATTORNEY
JON TUNHEIM'S NOTICE OF ASSOCIATION OF COUNSEL   - 3
USDC #C25-5461-DGE

**Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

| | |
|---|---|
| Mark L. Rienzi<br>Eric C. Rassbach<br>William J. Haun<br>Laura Wolk Slavis<br>The Becket Fund for Religious Liberty<br>1919 Pennsylvania Avenue NW, Suite 400<br>Washington, DC 20006<br>MRienzi@becketfund.org<br>ERassbach@becketfund.org<br>WHaun@becketfund.org<br>LSlavis@becketfund.org<br>*Attorneys for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Hiram S. Sasser, III<br>Jeremy Dys<br>Chris Motz<br>First Liberty Institute<br>2001 W. Plano Pkwy., Suite 1600<br>Plano, TX 75075<br>HSasser@firstliberty.org<br>JDys@firstliberty.org<br>EMotz@firstliberty.org<br>*Attorneys for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Emma Grunberg<br>Kelly A. Paradis<br>Alicia O. Young<br>Deputy Solicitors General<br>Attorney General of Washington<br>1125 Washington Street SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100<br>Emma.Grunberg@atg.wa.gov<br>Kelly.Paradis@atg.wa.gov<br>Alicia.Young@atg.wa.gov<br>*Attorneys for Defendant Washington State Attorney General Robert W. Ferguson & Nicholas W. Brown* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |

//

//

//

DEFENDANT THURSTON COUNTY PROSECUTING ATTORNEY
JON TUNHEIM'S NOTICE OF ASSOCIATION OF COUNSEL   - 4
USDC #C25-5461-DGE

Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

| | | |
|---|---|---|
| 1 | Anna K. Aruiza | ☒ E-Served via CM/ECF |
| | Katherine A. Cummings | ☐ E-Mailed |
| 2 | Kitsap County Prosecutor's Office | ☐ Facsimile |
| | 614 Division Street, MS-35A | ☒ U.S. Mail |
| 3 | Port Orchard, WA 98366 | ☐ Hand Delivery |
| | AARuiza@kitsap.gov | ☐ Messenger Service |
| 4 | KACummings@kitsap.gov | |
| | *Attorneys for Defendant Chad Enright* | |
| 5 | | |
| 6 | Amanda M. Migchelbrink | ☒ E-Served via CM/ECF |
| | Senior Deputy Prosecuting Attorney | ☐ E-Mailed |
| 7 | Clark County Prosecutor's Office-Civil Div. | ☐ Facsimile |
| | P.O. Box 5000 | ☒ U.S. Mail |
| 8 | Vancouver, WA 98666-5000 | ☐ Hand Delivery |
| | Amanda.Migchelbrink@clark.wa.gov | ☐ Messenger Service |
| 9 | *Attorney for Defendant Attorney Tony Golik* | |
| 10 | | |
| 11 | Rachel K. Stanley | ☒ E-Served via CM/ECF |
| | Michael E. McFarland, Jr. | ☐ E-Mailed |
| 12 | Evans, Craven & Lackie, P.S. | ☐ Facsimile |
| | 818 W. Riverside, Suite 250-Lincoln Bldg. | ☒ U.S. Mail |
| 13 | Spokane, WA 99201 | ☐ Hand Delivery |
| | RStanley@ecl-law.com | ☐ Messenger Service |
| 14 | MMcFarland@ecl-law.com | |
| | *Attorneys for Defendants C. Liedkie, D. Slack, T.* | |
| 15 | *Albertson, E. George, D. Tracy, M. Newberg, K.* | |
| | *McCrae, & A. Kick* | |
| 16 | | |
| 17 | Georgia A. Stearns | ☒ E-Served via CM/ECF |
| | Grays Harbor County Prosecutor's Office | ☐ E-Mailed |
| 18 | 102 West Broadway, Room 102 | ☐ Facsimile |
| | Montesano, WA 98563 | ☒ U.S. Mail |
| 19 | GStearns@co.grays-harbor.wa.us | ☐ Hand Delivery |
| | *Attorney for Defendant Norma Tillotson* | ☐ Messenger Service |
| 20 | | |
| 21 | Philip C. Hunsucker | ☒ E-Served via CM/ECF |
| | Melissa Pleimann | ☐ E-Mailed |
| 22 | Jefferson County Prosecutor's Office | ☐ Facsimile |
| | 1820 Jefferson Street | ☒ U.S. Mail |
| 23 | P.O. Box 1220 | ☐ Hand Delivery |
| | Port Townsend, WA 98368 | ☐ Messenger Service |
| 24 | PHunsucker@co.jefferson.wa.us | |
| | MPleimann@co.jefferson.wa.us | |
| 25 | *Attorneys for Defendant James Kennedy* | |
| 26 | | |

DEFENDANT THURSTON COUNTY PROSECUTING ATTORNEY
JON TUNHEIM'S NOTICE OF ASSOCIATION OF COUNSEL  - 5
USDC #C25-5461-DGE

Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

| | | |
|---|---|---|
| 1 | Douglas E. Jensen | ☒ E-Served via CM/ECF |
| | Cowlitz County Prosecutor's Office | ☐ E-Mailed |
| 2 | Hall of Justice – Civil Division | ☐ Facsimile |
| | 312 SW 1st Avenue | ☒ U.S. Mail |
| 3 | Kelso, WA 98626 | ☐ Hand Delivery |
| | JensenD@cowlitzwa.gov | ☐ Messenger Service |
| 4 | Attorney for Defendant *Ryan Jurvakainen* | |
| 5 | | |
| | Jeffrey J. Aultman | ☒ E-Served via CM/ECF |
| 6 | Benton County Prosecutor's Office | ☐ E-Mailed |
| | 7122 W. Okanogan Place, Suite A230 | ☐ Facsimile |
| 7 | Kennewick, WA 99336 | ☒ U.S. Mail |
| | Jeffrey.Aultman@co.benton.wa.us | ☐ Hand Delivery |
| 8 | *Attorney for Eric Eisinger* | ☐ Messenger Service |
| 9 | | |
| | Scott Cushing | ☒ E-Served via CM/ECF |
| 10 | Thurston County Prosecutor's Office | ☐ E-Mailed |
| | 2000 Lakeridge Drive SW, Bldg. #5 | ☐ Facsimile |
| 11 | Olympia, WA 98502 | ☒ U.S. Mail |
| | Scott.Cushing@co.thurston.wa.us | ☐ Hand Delivery |
| 12 | *Attorney for Defendant Jon Tunheim* | ☐ Messenger Service |
| 13 | | |
| | Frederick A. Haist | ☒ E-Served via CM/ECF |
| 14 | Skagit County Prosecutor's Office-Civil Division | ☐ E-Mailed |
| | 605 S. Third Street-Courthouse Annex | ☐ Facsimile |
| 15 | Mount Vernon, WA 98273-3867 | ☒ U.S. Mail |
| | FHaist@co.skagit.wa.us | ☐ Hand Delivery |
| 16 | *Attorney for Defendant Richard Weyrich* | ☐ Messenger Service |
| 17 | | |
| | Senior DPA Heidi Jacobsen-Watts | ☒ E-Served via CM/ECF |
| 18 | King County Prosecutor's Office | ☐ E-Mailed |
| | 701 Fifth Avenue, Suite 600 | ☐ Facsimile |
| 19 | Seattle, WA 98104 | ☒ U.S. Mail |
| | Heidi.Jacobsen-Watts@kingcounty.gov | ☐ Hand Delivery |
| 20 | *Attorney for Defendant Leesa Manion* | ☐ Messenger Service |

21

22   //

23   //

24   //

25   //

26

DEFENDANT THURSTON COUNTY PROSECUTING ATTORNEY
JON TUNHEIM'S NOTICE OF ASSOCIATION OF COUNSEL   - 6
USDC #C25-5461-DGE

**Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

|  |  |
|---|---|
| Max P. Lapertosa<br>Michael E. Gates<br>U.S. Dept. of Justice<br>Civil Rights Division, Housing & Civil Enforcement Section<br>950 Pennsylvania Avenue, 4CON<br>Washington, DC 20530<br>Max.Lapertosa@usdoj.gov<br>Michael.Gates@usdoj.gov<br>*Attorney for Movant U.S.A.* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 2nd day of July, 2025.

_____
Cindy Ryden, Legal Assistant

DEFENDANT THURSTON COUNTY PROSECUTING ATTORNEY
JON TUNHEIM'S NOTICE OF ASSOCIATION OF COUNSEL  - 7
USDC #C25-5461-DGE

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333