The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| PAUL D. ETIENNE, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT W. FERGUSON, in his official capacity as Governor of Washington, et al.,<br><br>    Defendants. | No. 3:25-cv-05641-DGE<br><br>**NOTICE OF APPEARANCE FOR DEFENDANT JONATHAN MEYER** |

TO THIS HONORABLE COURT AND TO ALL PARTIES IN THE ABOVE-CAPTIONED MATTER AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Jonathan Meyer, in his official capacity as Lewis County Prosecuting Attorney, hereby specially appears by and through his undersigned counsel in the above-captioned action, without waiving defects of process, service of process, improperly joined parties, and/or improperly joined claims, and requests that all future papers and pleadings in the above-captioned matter, exclusive of original process, be served upon the undersigned at the following address:

//

//

NOTICE OF APPEARANCE FOR DEFENDANT JONATHAN MEYER (3:25-cv-05641-DGB)

1

LEWIS COUNTY PROSECUTING ATTORNEY'S OFFICE
345 W. Main Street, 2nd Floor
Chehalis, WA  98532
360-740-1240
david.bailey@lewiscountywa.gov

1 | Lewis County Prosecuting Attorney's Office
2 | Civil Division
  | 345 West Main Street, 2nd Floor
3 | Chehalis, WA 98532

4

5 | DATED this 2nd day of July, 2025

6 | JONATHAN L. MEYER
  | Lewis County Prosecuting Attorney

7

8 | s/ David E. Bailey
  | David E. Bailey, WSBA #26070
9 | Chief Civil Deputy Prosecuting Attorney
  | Attorneys for Defendant Jonathan Meyer

NOTICE OF APPEARANCE FOR
DEFENDANT JONATHAN MEYER          2
(3:25-cv-05641-DGB)

LEWIS COUNTY
PROSECUTING ATTORNEY'S OFFICE
345 W. Main Street, 2nd Floor
Chehalis, WA 98532
360-740-1240
david.bailey@lewiscountywa.gov