Chief Judge David G. Estudillo

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL D. ETIENNE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT W. FERGUSON, et al., <br><br> Defendants. | NO. 3:25-cv-05461-DGE <br><br> DEFENDANT LEWIS COUNTY PROSECUTING ATTORNEY JONATHAN MEYER'S NOTICE OF ASSOCIATION OF COUNSEL |

TO:   All Plaintiffs; and
TO:   All Counsel for Plaintiffs; and
TO:   THE CLERK OF THE COURT

PLEASE TAKE NOTICE that Special Deputy Prosecuting Attorneys Geoffrey A. Enns and Scott A. Marlow have become associated with Chief Civil Deputy Prosecuting Attorney David E. Bailey as attorneys of record for Defendant Lewis County Prosecuting Attorney Jonathan Meyer.

You are hereby requested to serve copies of all further pleadings in this case upon all associated attorneys.

//

//

DEFENDANT LEWIS COUNTY PROSECUTING ATTORNEY
JONATHAN MEYER'S NOTICE OF ASSOCIATION OF COUNSEL - 1
USDC #C25-5461-DGE

Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330  Fax: (425)388-6333

DATED this 3rd day of July, 2025.

By:     *s/ Geoffrey A. Enns*
GEOFFREY A. ENNS, WSBA No. 40682
Special Deputy Prosecuting Attorney for Lewis County
3000 Rockefeller Ave., M/S 504
Everett, Washington 98201
Phone: (425) 388-6330 / Fax: (425) 388-6333
Geoffrey.Enns@co.snohomish.wa.us
*Attorney for Defendant Jonathan Meyer*

DATED this 3rd day of July, 2025.

By:     *s/ Scott A. Marlow*
SCOTT A. MARLOW, WSBA #25987
Special Deputy Prosecuting Attorney for Lewis County
3000 Rockefeller Ave., M/S 504
Everett, Washington 98201
Phone: (425) 388-6330 / Fax: (425) 388-6333
Scott.Marlow@co.snohomish.wa.us
*Attorney for Defendant Jonathan Meyer*

DATED this 3rd day of July, 2025.

JONATHAN MEYER
Prosecuting Attorney for Lewis County

By:     *s/ David E. Bailey*
David E. Bailey, WSBA #26070
Chief Civil Deputy Prosecuting Attorney
Lewis County Prosecutor's Office
345 W. Main Street, 2nd Floor
Chehalis, WA 98532
Phone: (360) 740-1240
David.Bailey@lewiscountywa.gov
*Attorney for Defendant Jonathan Meyer*

DEFENDANT LEWIS COUNTY PROSECUTING ATTORNEY
JONATHAN MEYER'S NOTICE OF ASSOCIATION OF COUNSEL - 2
USDC #C25-5461-DGE

**Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

# DECLARATION OF SERVICE

I declare that I am an employee of the Civil Division of the Snohomish County Prosecuting Attorney, and that I caused to be delivered foregoing **Defendant Lewis County Prosecuting Attorney Jonathan Meyer's Notice of Association of Counsel** on the following parties by the methods indicated:

| | |
|---|---|
| William J. Crowley<br>Crowley Law Offices, P.S.<br>600 University Street, Suite 1708<br>Seattle, WA 98101<br>Will@crowleylawoffices.com<br>*Attorney for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Matthew T. Martens<br>Donna Farag<br>Zachary Halpern<br>Siddharth Velamoor<br>Wilmer Cutler Pickering Hale and Dorr, LLP<br>2100 Pennsylvania Avenue NW<br>Washington, D.C. 20037<br>Matthew.Martens@wilmerhale.com<br>Donna.Farag@wilmerhale.com<br>Zac.Halpern@wilmerhale.com<br>Siddharth.Velamoor@wilmerhale.com<br>*Attorneys for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Leah M. Fugere<br>Wilmer Cutler Pickering Hale and Dorr, LLP<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, CA 90071<br>Leah.Fugere@wilmerhale.com<br>*Attorney for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Robert Kingsley Smith<br>Wilmer Cutler Pickering Hale and Dorr, LLP<br>60 State Street<br>Boston, MA 02109<br>Robert.Smith@wilmerhale.com<br>*Attorney for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |

DEFENDANT LEWIS COUNTY PROSECUTING ATTORNEY
JONATHAN MEYER'S NOTICE OF ASSOCIATION OF COUNSEL - 3
USDC #C25-5461-DGE

Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330  Fax: (425)388-6333

| Recipient | Method |
|---|---|
| Mark L. Rienzi<br>Eric C. Rassbach<br>William J. Haun<br>Laura Wolk Slavis<br>The Becket Fund for Religious Liberty<br>1919 Pennsylvania Avenue NW, Suite 400<br>Washington, DC 20006<br>MRienzi@becketfund.org<br>ERassbach@becketfund.org<br>WHaun@becketfund.org<br>LSlavis@becketfund.org<br>*Attorneys for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Hiram S. Sasser, III<br>Jeremy Dys<br>Chris Motz<br>First Liberty Institute<br>2001 W. Plano Pkwy., Suite 1600<br>Plano, TX 75075<br>HSasser@firstliberty.org<br>JDys@firstliberty.org<br>EMotz@firstliberty.org<br>*Attorneys for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Emma Grunberg<br>Kelly A. Paradis<br>Alicia O. Young<br>Deputy Solicitors General<br>Attorney General of Washington<br>1125 Washington Street SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100<br>Emma.Grunberg@atg.wa.gov<br>Kelly.Paradis@atg.wa.gov<br>Alicia.Young@atg.wa.gov<br>*Attorneys for Defendant Washington State Attorney General Robert W. Ferguson & Nicholas W. Brown* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |

//

//

//

DEFENDANT LEWIS COUNTY PROSECUTING ATTORNEY
JONATHAN MEYER'S NOTICE OF ASSOCIATION OF COUNSEL  - 4
USDC #C25-5461-DGE

Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

| | | |
|---|---|---|
| 1 | Anna K. Aruiza | ☒ E-Served via CM/ECF |
| | Katherine A. Cummings | ☐ E-Mailed |
| 2 | Kitsap County Prosecutor's Office | ☐ Facsimile |
| | 614 Division Street, MS-35A | ☒ U.S. Mail |
| 3 | Port Orchard, WA 98366 | ☐ Hand Delivery |
| | AARuiza@kitsap.gov | ☐ Messenger Service |
| 4 | KACummings@kitsap.gov | |
| | *Attorneys for Defendant Chad Enright* | |
| 5 | | |
| 6 | Amanda M. Migchelbrink | ☒ E-Served via CM/ECF |
| | Senior Deputy Prosecuting Attorney | ☐ E-Mailed |
| 7 | Clark County Prosecutor's Office-Civil Div. | ☐ Facsimile |
| | P.O. Box 5000 | ☒ U.S. Mail |
| 8 | Vancouver, WA 98666-5000 | ☐ Hand Delivery |
| | Amanda.Migchelbrink@clark.wa.gov | ☐ Messenger Service |
| 9 | *Attorney for Defendant Attorney Tony Golik* | |
| 10 | | |
| 11 | Rachel K. Stanley | ☒ E-Served via CM/ECF |
| | Michael E. McFarland, Jr. | ☐ E-Mailed |
| 12 | Evans, Craven & Lackie, P.S. | ☐ Facsimile |
| | 818 W. Riverside, Suite 250-Lincoln Bldg. | ☒ U.S. Mail |
| 13 | Spokane, WA 99201 | ☐ Hand Delivery |
| | RStanley@ecl-law.com | ☐ Messenger Service |
| 14 | MMcFarland@ecl-law.com | |
| | *Attorneys for Defendants C. Liedkie, D. Slack, T.* | |
| 15 | *Albertson, E. George, D. Tracy, M. Newberg, K.* | |
| | *McCrae, & A. Kick* | |
| 16 | | |
| 17 | Georgia A. Stearns | ☒ E-Served via CM/ECF |
| | Grays Harbor County Prosecutor's Office | ☐ E-Mailed |
| 18 | 102 West Broadway, Room 102 | ☐ Facsimile |
| | Montesano, WA 98563 | ☒ U.S. Mail |
| 19 | GStearns@co.grays-harbor.wa.us | ☐ Hand Delivery |
| | *Attorney for Defendant Norma Tillotson* | ☐ Messenger Service |
| 20 | | |
| 21 | Philip C. Hunsucker | ☒ E-Served via CM/ECF |
| | Melissa Pleimann | ☐ E-Mailed |
| 22 | Jefferson County Prosecutor's Office | ☐ Facsimile |
| | 1820 Jefferson Street | ☒ U.S. Mail |
| 23 | P.O. Box 1220 | ☐ Hand Delivery |
| | Port Townsend, WA 98368 | ☐ Messenger Service |
| 24 | PHunsucker@co.jefferson.wa.us | |
| | MPleimann@co.jefferson.wa.us | |
| 25 | *Attorneys for Defendant James Kennedy* | |
| 26 | | |

DEFENDANT LEWIS COUNTY PROSECUTING ATTORNEY
JONATHAN MEYER'S NOTICE OF ASSOCIATION OF COUNSEL  - 5
USDC #C25-5461-DGE

Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

| | | |
|---|---|---|
| 1 | Douglas E. Jensen | ☒ E-Served via CM/ECF |
|   | Cowlitz County Prosecutor's Office | ☐ E-Mailed |
| 2 | Hall of Justice – Civil Division | ☐ Facsimile |
|   | 312 SW 1st Avenue | ☒ U.S. Mail |
| 3 | Kelso, WA 98626 | ☐ Hand Delivery |
|   | JensenD@cowlitzwa.gov | ☐ Messenger Service |
| 4 | Attorney for Defendant *Ryan Jurvakainen* | |
| 5 | | |
|   | Jeffrey J. Aultman | ☒ E-Served via CM/ECF |
| 6 | Benton County Prosecutor's Office | ☐ E-Mailed |
|   | 7122 W. Okanogan Place, Suite A230 | ☐ Facsimile |
| 7 | Kennewick, WA 99336 | ☒ U.S. Mail |
|   | Jeffrey.Aultman@co.benton.wa.us | ☐ Hand Delivery |
| 8 | *Attorney for Eric Eisinger* | ☐ Messenger Service |
| 9 | | |
|   | Scott Cushing | ☒ E-Served via CM/ECF |
| 10 | Thurston County Prosecutor's Office | ☐ E-Mailed |
|   | 2000 Lakeridge Drive SW, Bldg. #5 | ☐ Facsimile |
| 11 | Olympia, WA 98502 | ☒ U.S. Mail |
|   | Scott.Cushing@co.thurston.wa.us | ☐ Hand Delivery |
| 12 | *Attorney for Defendant Jon Tunheim* | ☐ Messenger Service |
| 13 | | |
|   | Frederick A. Haist | ☒ E-Served via CM/ECF |
| 14 | Skagit County Prosecutor's Office-Civil Division | ☐ E-Mailed |
|   | 605 S. Third Street-Courthouse Annex | ☐ Facsimile |
| 15 | Mount Vernon, WA 98273-3867 | ☒ U.S. Mail |
|   | FHaist@co.skagit.wa.us | ☐ Hand Delivery |
| 16 | *Attorney for Defendant Richard Weyrich* | ☐ Messenger Service |
| 17 | | |
|   | Senior DPA Heidi Jacobsen-Watts | ☒ E-Served via CM/ECF |
| 18 | King County Prosecutor's Office | ☐ E-Mailed |
|   | 701 Fifth Avenue, Suite 600 | ☐ Facsimile |
| 19 | Seattle, WA 98104 | ☒ U.S. Mail |
|   | Heidi.Jacobsen-Watts@kingcounty.gov | ☐ Hand Delivery |
| 20 | *Attorney for Defendant Leesa Manion* | ☐ Messenger Service |

21

22  //

23  //

24  //

25  //

26

DEFENDANT LEWIS COUNTY PROSECUTING ATTORNEY
JONATHAN MEYER'S NOTICE OF ASSOCIATION OF COUNSEL  - 6
USDC #C25-5461-DGE

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

| | |
|---|---|
| Max P. Lapertosa<br>Michael E. Gates<br>U.S. Dept. of Justice<br>Civil Rights Division, Housing & Civil Enforcement Section<br>950 Pennsylvania Avenue, 4CON<br>Washington, DC 20530<br>Max.Lapertosa@usdoj.gov<br>Michael.Gates2@usdoj.gov<br>*Attorneys for Movant U.S.A.* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| David E. Bailey<br>Chief Civil Deputy Prosecuting Attorney<br>Lewis County Prosecutor's Office-Civil Division<br>345 West Main Street, 2nd Floor<br>Chehalis, WA 98532<br>David.Bailey@lewiscounty.wa.gov<br>*Attorney for Defendant Jonathan Meyer* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 3rd day of July, 2025.

_____
Cindy Ryden, Legal Assistant

DEFENDANT LEWIS COUNTY PROSECUTING ATTORNEY
JONATHAN MEYER'S NOTICE OF ASSOCIATION OF COUNSEL - 7
USDC #C25-5461-DGE

Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330  Fax: (425)388-6333