UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAUL D. ETIENNE, et al.,

    Plaintiffs,

vs.

ROBERT W. FERGUSON, in his official capacity as Governor of Washington, et al.,

    Defendants.

No. 3:25-cv-05461-DGE

NOTICE OF APPEARANCE
FOR AMICUS CURIAE
BISHOP ROBERT BARRON

TO:    CLERK of the Court;

AND TO:    ALL PARTIES and Their Attorneys of Record

**PLEASE TAKE NOTICE** that Schöen Parnell appears in the above-entitled action on behalf of Amicus Curiae Bishop Robert Barron. I am admitted to practice in this court.

Respectfully submitted this 7th day of July, 2025.

_____
Schöen Parnell, WSBA No. 32450
Law Office of Schoen Parnell
19705 Scriber Lake Rd, Suite 102
Lynnwood WA 98036
Tel: (425) 744-1500
schoen@parnelldefense.com

NOTICE OF APPEARANCE
Case No. 3:25-cv-05461-DGE    Page 1

Law Office of Schöen Parnell
19705 Scriber Lake Rd #102
Lynnwood, WA 98036
TEL (206) 619-2521

# CERTIFICATE OF SERVICE

I hereby certify that on July 7th, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

DATED this 7th day of July, 2025.

*[signature]*

Schöen Parnell, WSBA No. 32450
Law Office of Schoen Parnell
19705 Scriber Lake Rd, Suite 102
Lynnwood WA 98036
Tel: (425) 744-1500
schoen@parnelldefense.com

NOTICE OF APPEARANCE
Case No. 3:25-cv-05461-DGE    Page 2

Law Office of Schöen Parnell
19705 Scriber Lake Rd #102
Lynnwood, WA  98036
TEL (206) 619-2521