The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| PAUL D. ETIENNE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT W. FERGUSON, in his official capacity as Governor of Washington, et al., <br><br> Defendants. | No. 3:25-cv-05461-DGE <br><br> [PROPOSED] ORDER GRANTING MOTION OF *AMICUS CURIAE* BISHOP ROBERT BARRON LEAVE TO FILE BRIEF IN SUPPORT OF PLAINTIFFS' AND UNITED STATES' MOTIONS FOR PRELIMINARY INJUNCTION |

THIS MATTER came before the Court on a Motion for leave to file a brief *amicus curiae* in support of Plaintiffs' and United States' motions for preliminary injunction. The Court having reviewed the Motion filed herein and any argument of counsel, it is hereby ORDERED, ADJUDGED, AND DECREED that the motion is GRANTED.

DATED: _____, 2025

_____
The Honorable David G. Estudillo
Chief U.S. District Judge

---

[PROPOSED] ORDER GRANTING
MOTION OF *AMICUS CURIAE* BISHOP
ROBERT BARRON TO FILE BRIEF
No. 3:25-cv-05461

LAW OFFICE OF SCHÖEN PARNELL
19705 Scriber Lake Rd. #102
Lynwood, WA 98036
Tel: (206) 619-2521

Prepared by:

/s/ Schöen Parnell
Schöen Parnell, WSBA No. 32450
Law Office of Schoen Parnell
19705 Scriber Lake Rd, Suite 102
Lynnwood, WA 98036
Tel: (425) 744-1500
schoen@parnelldefense.com

Peter Breen*
Michael G. McHale*
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
(312) 782-1680
pbreen@thomasmoresociety.org
tbrejcha@thomasmoresociety.org
mmchale@thomasmoresociety.org
*pro hac vice forthcoming

*Attorneys for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on July 4, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

DATED this 4th day of July, 2025

*/s/ Schöen Parnell*

Schöen Parnell

[PROPOSED] ORDER GRANTING
MOTION OF *AMICUS CURIAE* BISHOP
ROBERT BARRON TO FILE BRIEF
No. 3:25-cv-05461

LAW OFFICE OF SCHÖEN PARNELL
19705 Scriber Lake Rd. #102
Lynwood, WA 98036
Tel: (206) 619-2521