The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

PAUL D. ETIENNE, et al.,

    Plaintiffs,

v.

ROBERT W. FERGUSON, et al.,

    Defendants.

Case No. 3:25-cv-05461-DGE

**DECLARATION OF MATTHEW T. MARTENS IN SUPPORT OF PLAINTIFFS' REPLY IN FURTHER SUPPORT OF MOTION FOR <u>PRELIMINARY INJUNCTION</u>**

DECLARATION OF M. MARTENS
IN SUPPORT OF REPLY
(No. 3:25-cv-05461-DGE)

- 1 –

CROWLEY LAW OFFICES, P.S.
600 University Street, Suite 1708 • Seattle, WA 98101
(206) 209-0456
www.crowlylawoffices.com

I, Matthew T. Martens, hereby declare as follows:

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP and counsel to Plaintiffs in the above-captioned matter.

2. I am over the age of eighteen and competent to make this declaration. I make this declaration based on personal knowledge about which I am competent to testify.

3. Attached as Exhibit 8 is a true and correct copy of a webpage, *Youth Protection*, on the website of Scouting America, available at https://www.scouting.org/training/youth-protection/.

4. Attached as Exhibit 9 is a true and correct copy of a webpage of the Immigration Law Clinic of the University of Washington School of Law, available at https://www.law.uw.edu/academics/experiential-learning/clinics/immigration-law.

5. Attached as Exhibit 10 is a true and correct copy of an October 27, 2023 press release, *Gonzaga Law School Announces New Children's Rights Justice Initiative*, available at https://www.gonzaga.edu/news-events/stories/2023/10/27/childrens-rights-justice-initiative.

6. Attached as Exhibit 11 is a true and correct copy of a webpage of the General Public Practice and Indian Law Clinic of Gonzaga Law School, available at https://www.gonzaga.edu/school-of-law/clinic-centers/law-clinic/indian-law.

7. Attached as Exhibit 12 is a true and correct copy of the July 12, 2012 *Report of the Special Investigative Counsel Regarding the Actions of the Pennsylvania State University Related to the Child Sexual Abuse Committed by Gerald A. Sandusky* by Freeh Sporkin & Sullivan, LLP.

8. Attached as Exhibit 13 is a true and correct copy of the Non-Prosecution Agreement in *In re Grand Jury Proceedings*, Case No. 02-S-1154 (N.H. Super. Ct.).

9. Attached as Exhibit 14 is a true and correct copy of the December 11, 2008 *Assessment of Diocese of Manchester's Compliance Program for The New Hampshire Attorney General's Office*.

\*   \*   \*

DECLARATION OF M. MARTENS
IN SUPPORT OF REPLY
(No. 3:25-cv-05461-DGE)                - 2 -

CROWLEY LAW OFFICES, P.S.
600 University Street, Suite 1708 • Seattle, WA 98101
(206) 209-0456
www.crowlylawoffices.com

1  I declare under penalty of perjury that the foregoing is true and correct.

2

3  _____

4  Matthew T. Martens

5  EXECUTED this 7th day of July, 2025, at Washington, D.C.

DECLARATION OF M. MARTENS
IN SUPPORT OF REPLY                                      - 3 -
(No. 3:25-cv-05461-DGE)

CROWLEY LAW OFFICES, P.S.
600 University Street, Suite 1708 • Seattle, WA 98101
(206) 209-0456
www.crowlylawoffices.com