# EXHIBIT 11

☰ UNIVERSITY NAVIGATION                                                                                         SEARCH 🔍



School of Law

Admission     About     Academics     Career Services     Clinics & Centers     Give     Student Life



# General Public Practice and Indian Law Clinic

HOME // SCHOOL OF LAW // CLINICS & CENTERS // CLINICAL LEGAL PROGRAMS // **GENERAL PUBLIC PRACTICE AND INDIAN LAW CLINIC**

The General Public Practice and Indian Law Clinic is part of Gonzaga Law School's Community Justice Project. The clinic has a contract with the Kalispel Tribe to provide civil and misdemeanor criminal services to Kalispel members. We represent tribal members in tribal court, state court, and federal court. Additionally, the clinic also provides civil and misdemeanor criminal services to clients residing in Spokane County.

We are fundamentally a direct services and trial practice clinic. Aiming to put passion into practice, the General Public Practice and Indian Law Clinic strives to be a bridge connecting future lawyers with the community and to integrate their knowledge of substantive and

**CLINICAL LEGAL PROGRAMS**

Clinic Information for Students

Additional Low-Cost Legal Resources

Business Innovation Clinic

Elder Law

procedural law with practice skills.

Under the direction of supervising attorneys, our law interns represent clients facing various legal challenges, which may include family law, children's rights, consumer law, misdemeanor criminal law, prisoners' rights, civil rights, public entitlements, housing, estate planning, surrogate decision making, and health care.

To receive legal assistance from the Indian Law Clinic please complete the fillable application via the button below and email it to lawclinic@gonzaga.edu or call 509-313-5791.

**Indian Law Clinic Application** ▶

---

Federal Tax Law

The Catholic Charities Immigration Clinic at Gonzaga School of Law

**General Public Practice and Indian Law Clinic**

Intellectual Property Law Clinic

Lincoln LGBTQ+ Rights Clinic

Sports Law Clinic

---

# Contact Us

✉ **CALL US TODAY**

**721 N. CINCINNATI ST. SPOKANE, WA 99202**

**TEL: (509) 313-5791**
**FAX: (509) 313-5805**

**CONNECT WITH US**

   

| Visit | Apply | Give |

## Quick Links

| | | |
|---|---|---|
| MAPS & DIRECTIONS | CAREERS | EMERGENCY INFORMATION |
| PRIVACY POLICY | ACCESSIBILITY | TITLE IX |
| CONSUMER INFORMATION | ZAGMAIL | CONTACT US |
| CORPORATE ENGAGEMENT | VIRTUAL TOUR | MYGU INTRANET |



GONZAGA
U N I V E R S I T Y

502 East Boone Avenue
Spokane, WA 99258-0102
(800) 986.9585

A Jesuit, Catholic, Humanistic University

