THE HONORABLE JUDGE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAUL D. ETIENNE, et al.,

          Plaintiffs,

-vs-

ROBERT W. FERGUSON, in his official capacity
as Governor of Washington, et al.,

          Defendants.

NO.  3:25-cv-05461-DGE

DEFENDANT CHAD ENRIGHT'S
RESPONSE TO UNITED STATES'
MOTION TO INTERVENE AS A
PLAINTIFF

NOTE ON MOTION CALENDAR:
July 14, 2025

Defendant Chad Enright, by and through his counsel of record Senior Deputy Prosecuting Attorneys Anna K. Aruiza and Katherine A. Cummings, responds to the United States' Motion to Intervene as follows:

Defendant Enright does not object to the United States intervening as a plaintiff in this case.

I certify that this memorandum contains 47 words, in compliance with the Local Civil Rules.

///

///

DEFENDANT CHAD ENRIGHT'S RESPONSE TO UNITED STATES'
MOTION TO INTERVENE AS A PLAINTIFF
3:25-cv-05461-DGE– Page 1

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros

Respectfully submitted this 8th day of July, 2025.

CHAD M. ENRIGHT
Kitsap County Prosecuting Attorney


*/s/Anna K. Aruiza*
ANNA K. ARUIZA, WSBA No. 39663
KATHERINE A. CUMMINGS, WSBA No. 51646
Senior Deputy Prosecuting Attorneys

Attorneys for Defendant Chad Enright

DEFENDANT CHAD ENRIGHT'S RESPONSE TO UNITED STATES'
MOTION TO INTERVENE AS A PLAINTIFF
3:25-cv-05461-DGE– Page 2

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros

CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2025, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

SIGNED in Port Orchard, Washington this 8th day of July, 2025.

Batrice Fredsti
Civil Division Supervisor/Paralegal
Kitsap County Prosecutor's Office
614 Division Street, MS-35A
Port Orchard WA  98366
Phone: 360-337-7032

DEFENDANT CHAD ENRIGHT'S RESPONSE TO UNITED STATES'
MOTION TO INTERVENE AS A PLAINTIFF
3:25-cv-05461-DGE– Page 3

**CHAD M. ENRIGHT**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros