HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL D. ETIENNE, JOSEPH J. TYSON, THOMAS A. DALY, FRANK R. SCHUSTER, EUSEBIO L. ELIZONDO, GARY F. LAZZERONI, GARY M. ZENDER, ROBERT PEARSON, LUTAKOME NSUBUGA, JESUS MARISCAL, MICHAEL KELLY,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT W. FERGUSON, in his official capacity as Governor of Washington, et al.,<br><br>Defendants. | No. 3:25-cv-05461-DGE<br><br>**STIPULATED MOTION TO CONTINUE DEADLINE TO FILE ANSWER**<br>**AND**<br><br>**ORDER**<br><br>NOTING DATE: June 30, 2025 |

Defendants Curt Liedkie, Dale Slack, Ty Albertson, and Denis Tracy, by and through their attorneys of record, and Plaintiffs, by and through their attorneys of record, hereby stipulate as follows:

Defendants Liedkie, Slack, Albertson and Tracy and Plaintiffs previously stipulated that such Defendants could file their Answer by July 1, 2025 (ECF No. 139). Plaintiffs have agreed to further continue the deadline for these Defendants to file their Answers to Plaintiffs' Complaint to August 5, 2025.

STIP. TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT
(3:25-CV -05461-DGE)



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

1    DATED this 30th day of June, 2025.

2                                    EVANS, CRAVEN & LACKIE, P.S.

3

4                    By:        *s/ Rachel K. Stanley*
5                           MICHAEL E. McFARLAND, JR., #23000
                            RACHEL K. STANLEY, #58280
6                           Attorneys for Defendants Curt Liedkie,
7                           Ty Albertson, Denis Tracy, and Dale Slack

8

9                           WILMER CUTLER PICKERING HALE AND
                               DORR LLP
10

11                          */s/ Siddharth Velamoor*
                            Siddharth Velamoor, WSBA #40965
12                          2100 Pennsylvania Avenue, NW
                            Washington, DC 20037
13                          Tel: (202) 663-6000
14                          Fax: (202) 663-6363
                            siddharth.velamoor@wilmerhale.com
15

STIP. TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT
(3:25-CV -05461-DGE)



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

2

1  **ORDER**

2  **PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED**.

3  The Court GRANTS the Stipulated Motion to Continue Deadline to File Answer (Dkt. No.

4  174). Defendants Liedkie, Slack, Albertson and Tracy (collectively "Defendants")'s deadline

5  to file an answer to the Complaint shall be continued to August 5, 2025. The parties' prior

6  motion for an extension (Dkt. No. 139) is DENIED as moot.

8  IT IS SO ORDERED.

9  DATED this 8th day of July, 2025

David G. Estudillo
United States District Judge

16  Presented by:

17  EVANS, CRAVEN & LACKIE, P.S.

19  By:        s/ Rachel K. Stanley
   MICHAEL E. McFARLAND, JR., #23000
20  RACHEL K. STANLEY, #58280
21  818 W. Riverside Ave, Ste. 250
   Spokane, WA 99201
22  Tel: (509) 450-5200
23  rstanley@ecl-law.com
   Attorneys for Defendants Curt Liedkie,
24  Ty Albertson, Denis Tracy, and Dale Slack

26  WILMER CUTLER PICKERING HALE AND
27    DORR LLP

28  By:  /s/ Siddharth Velamoor
   Siddharth Velamoor, WSBA #40965
29  2100 Pennsylvania Avenue, NW

STIP. TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT
(3:25-CV -05461-DGE)

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

3

1  Washington, DC 20037
2  Tel: (202) 663-6000
   Fax: (202) 663-6363
3  siddharth.velamoor@wilmerhale.com
4  Attorneys for Plaintiffs

STIP. TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT
(3:25-CV -05461-DGE)



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all parties registered with the CM/ECF System.

By: _____*s/Rachel K. Stanley*_____
Rachel K. Stanley, #58280
Attorneys for Defendants Curt Liedkie,
Ty Albertson, Denis Tracy, and Dale Slack
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, Washington 99201
(509) 455-5200
(509) 455-3632 Facsimile
rstanley@ecl-law.com

STIP. TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT
(3:25-CV -05461-DGE)



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632