The Honorable David G. Estudillo

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| PAUL D. ETIENNE, et al., | NO. 3:25-cv-05461-DGE |
| Plaintiffs, | NOTICE OF NON-OPPOSITION TO UNITED STATES' MOTION TO INTERVENE (DKT. # 122) BY DEFENDANTS ROBERT W. FERGUSON AND NICHOLAS W. BROWN |
| v. | |
| ROBERT W. FERGUSON, et al., | |
| Defendants. | |
| | NOTE ON MOTION CALENDAR: JULY 14, 2025 |

Defendants Robert W. Ferguson and Nicholas W. Brown (State Defendants) take no position on the United States' Motion to Intervene (Dkt. # 122). While the United States' Motion mischaracterizes numerous aspects of the facts and law in this case, Rule 24(a)(1) and 42 U.S.C. § 2000h-2 grant the United States a right of intervention, so it is unnecessary to respond to the rest of the United States' Motion.

State Defendants note, however, that the United States filed a Motion for Preliminary Injunction of its own on June 25, 2025. Briefing is not yet complete on that motion and Defendants have not yet had the opportunity to respond; State Defendants' response is due on July 16, 2025. State Defendants therefore oppose the United States' July 7, 2025 email request to participate in the July 14, 2025 hearing on Plaintiffs' Motion for Preliminary Injunction. The United States stated in its email that its request is based partially on its own pending preliminary

NOTICE OF NON-OPPOSITION TO
UNITED STATES' MOTION TO
INTERVENE BY DEFENDANTS
FERGUSON AND BROWN
NO. 3:25-cv-05461-DGE

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

injunction motion and that permitting the United States to argue would "further judicial economy by obviating the need for a potential second hearing on preliminary relief." However, because Defendants have not yet had the opportunity to respond to the United States' Motion for Preliminary Injunction, argument on that motion on July 14, and particularly the separate arguments raised in that motion, would be premature and inappropriate.

DATED this 8th day of July 2025.

The signing attorneys certify that this memorandum contains 226 words, in compliance with the Local Civil Rules.

NICHOLAS W. BROWN
Attorney General

/s/ Alicia O. Young
ALICIA O. YOUNG, WSBA #35553
KELLY A. PARADIS, WSBA #47175
EMMA GRUNBERG, WSBA #54659
Deputy Solicitors General
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200
Alicia.Young@atg.wa.gov
Kelly.Paradis@atg.wa.gov
Emma.Grunberg@atg.wa.gov
*Attorneys for Defendant Robert W. Ferguson and Nicholas W. Brown*

NOTICE OF NON-OPPOSITION TO
UNITED STATES' MOTION TO
INTERVENE BY DEFENDANTS
FERGUSON AND BROWN
NO. 3:25-cv-05461-DGE

2