Chief Judge David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAUL D. ETIENNE, *et al.*,

Plaintiffs,

vs.

ROBERT FERGUSON, in his official capacity as Governor of the State of Washington, *et al.*,

Defendants.

Case No. 3:25-cv-5461-DGE

**UNITED STATES' RESPONSE TO STATE DEFENDANTS' NOTICE OF NON-OPPOSITION TO MOTION TO INTERVENE**

NOTE ON MOTION CALENDAR: JULY 14, 2025

The United States of America ("United States") hereby responds to the Notice of Non-Opposition of defendants Robert W. Ferguson and Nicholas W. Brown (hereafter "State Defendants") to address their opposition to the United States' request to participate in the Court's July 14, 2025 hearing on plaintiffs' motion for a preliminary injunction. *See* ECF No. 201, at 1-2.

Defendants concede that the United States has a statutory right to intervene in this case. *Id.* at 1. Therefore, like any other plaintiff, the United States may move for preliminary injunctive relief and the Court may hold a hearing on this motion. The United States has requested only that its motion be heard for argument at the same time as the July 14, 2025 hearing on plaintiffs' preliminary injunction motion.

UNITED STATES' RESPONSE TO STATE DEFENDANTS' NOTICE OF NON-OPPOSITION TO MOTION TO INTERVENE
Case No. 3:25-cv-5461-DGE
Page 1

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
HOUSING AND CIVIL ENFORCEMENT SECTION
950 Pennsylvania Ave. NW – 4CON
Washington, DC  20530
(202) 514-3847

Doing so would mean that the Court would not have to hold, and the State Defendants would not have to litigate, two hearings on whether Senate Bill 5375 should be preliminary enjoined.  Although the United States' and plaintiffs' claims are not identical, the factual and legal issues between the two motions overlap substantially, such that hearing both motions together makes sense and would conserve the Court's and the parties' resources.

Furthermore, the United States' participation would not prejudice the State Defendants in any way.  It would not prevent them from filing their opposition brief on July 16, 2025 under the Court's local civil rules.  And to the extent any party would be prejudiced at the July 14 hearing, it would not be the State Defendants, who have full knowledge of the United States' arguments.  The United States, on the other hand, would be arguing without the benefit of the State Defendants' response.  In any event, the State Defendants' arguments in response to the United States' motion will likely be substantively similar to those they have already made in their opposition to plaintiffs' motion.  Nor would the United States' participation unduly expand the scope of the hearing, given that the United States has represented that it would not seek to present live testimony.  Finally, plaintiffs' counsel have indicated to undersigned counsel that they do not oppose the United States' request.

WHEREFORE, the United States respectfully requests that the Court permit the United States to participate in the July 14, 2025 hearing as set forth above.

UNITED STATES' RESPONSE TO STATE DEFENDANTS' NOTICE OF NON-OPPOSITION TO MOTION TO INTERVENE
Case No. 3:25-cv-5461-DGE
Page 2

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
HOUSING AND CIVIL ENFORCEMENT SECTION
950 Pennsylvania Ave. NW – 4CON
Washington, DC  20530
(202) 514-3847

Dated:  July 9, 2025

<div style="margin-left:50%">

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General


s/ Michael E. Gates
MICHAEL E. GATES
Deputy Assistant Attorney General


s/ Max Lapertosa
CARRIE PAGNUCCO
Chief
AMIE S. MURPHY
Deputy Chief
MAX LAPERTOSA
Trial Attorney
United States Department of Justice
Housing and Civil Enforcement Section
Civil Rights Division
950 Pennsylvania Avenue NW—4CON
Washington, DC  20530
Tel: (202) 598-9726
Fax: (202) 514-1116
Max.Lapertosa@usdoj.gov

</div>

## CERTIFICATE OF COMPLIANCE WITH WORD COUNT

Pursuant to Local Civil Rule 7(e)(6), I certify that this memorandum contains 538 words, in compliance with the Local Civil Rules.

<div style="margin-left:50%">

s/ Max Lapertosa

</div>

UNITED STATES' RESPONSE TO STATE DEFENDANTS' NOTICE OF NON-OPPOSITION TO MOTION TO INTERVENE
Case No. 3:25-cv-5461-DGE
Page 3

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
HOUSING AND CIVIL ENFORCEMENT SECTION
950 Pennsylvania Ave. NW – 4CON
Washington, DC  20530
(202) 514-3847