The Honorable Chief Judge David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| PAUL D. ETIENNE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT W. FERGUSON, et al.,<br><br>    Defendants. | Case No. 3:25-cv-05461-DGE<br><br>**SUPPLEMENTAL DECLARATION OF MATTHEW T. MARTENS IN SUPPORT OF PLAINTIFFS' REPLY IN FURTHER SUPPORT OF MOTION <u>FOR PRELIMINARY INJUNCTION</u>** |

SUPPLEMENTAL DECLARATION OF
M. MARTENS IN SUPPORT OF REPLY    - i -
No. 3:25-cv-05461-DGE

CROWLEY LAW OFFICES, P.S.
600 University Street, Suite 1708 • Seattle, WA 98101
(206) 209-0456
www.crowleylawoffices.com

I, Matthew T. Martens, hereby declare as follows:

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP and counsel to Plaintiffs in the above-captioned matter.

2. I am over the age of eighteen and competent to make this declaration. I make this declaration based on personal knowledge about which I am competent to testify.

3. Attached as Exhibit 15 is a true and correct copy of a May 9, 2024 press release by the Washington State Office of the Attorney General, *Attorney General Ferguson Announces Investigation into Catholic Church's Handling of Child Sex Abuse Allegations*, available at https://www.atg.wa.gov/news/news-releases/attorney-general-ferguson-announces-investigation-catholic-church-s-handling.

4. Attached as Exhibit 16 is a true and correct copy of the State of Washington's Petition to Enforce Investigative Subpoena, signed by then-Attorney General Robert W. Ferguson on May 9, 2024, and filed in King County Superior Court.

*    *    *

I declare under penalty of perjury that the foregoing is true and correct.

_____

Matthew T. Martens

EXECUTED this 11th day of July, 2025, at Washington, D.C.

SUPPLEMENTAL DECLARATION OF M. MARTENS IN SUPPORT OF REPLY
No. 3:25-cv-05461-DGE

- 1 -

CROWLEY LAW OFFICES, P.S.
600 University Street, Suite 1708 • Seattle, WA 98101
(206) 209-0456
www.crowleylawoffices.com