UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL D. ETIENNE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>ROBERT W. FERGUSON, in his official capacity as Governor of Washington, et al.,<br><br>　　　　　Defendants. | NO. 3:25-cv-05461-DGE<br><br>NOTICE OF APPEARANCE FOR AMICUS UNITED STATES CONFERENCE OF CATHOLIC BISHOPS |

TO:　　　　THE CLERK OF THE COURT

AND TO:　　ALL PARTIES and Their Attorneys of Record

　　PLEASE TAKE NOTICE that Jeffrey Paul Helsdon, the undersigned attorney, does hereby appear for and on behalf of Amicus United States Conference of Catholic Bishops. I am admitted to practice in this court.

　　DATED this 12th day of July, 2025.

　　　　　　　　　　_s/s Jeffrey Paul Helsdon_
　　　　　　　　　　Jeffrey Paul Helsdon, WSBA# 17479
　　　　　　　　　　THE HELSDON LAW FIRM, PLLC
　　　　　　　　　　12419 6th Ave. Ct. NW
　　　　　　　　　　Gig Harbor, WA 98332
　　　　　　　　　　(253) 564-1856
　　　　　　　　　　jhelsdon@thehelsdonlawfirm.com

NOTICE OF APPEARANCE- 1
N:\Library\1936.01\NAP\Notice of Appearance.docx

THE HELSDON LAW FIRM, PLLC
12419 6TH AVE. CT. NW
GIG HARBOR, WA 98332
(253)564-1856

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

DATED this 12th day of July, 2025.

*s/s Jeffrey Paul Helsdon*
Jeffrey Paul Helsdon, WSBA# 17479
THE HELSDON LAW FIRM, PLLC
12419 6th Ave. Ct. NW
Gig Harbor, WA 98332
(253) 564-1856
jhelsdon@thehelsdonlawfirm.com

NOTICE OF APPEARANCE- 2
N:\Library\1936.01\NAP\Notice of Appearance.docx

THE HELSDON LAW FIRM, PLLC
12419 6TH AVE. CT. NW
GIG HARBOR, WA 98332
(253)564-1856