UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL D. ETIENNE et al.,<br><br>                Plaintiff,<br>  v.<br><br>ROBERT W. FERGUSON et al.,<br><br>                Defendant. | CASE NO. 3:25-cv-05461-DGE<br><br>ORDER ON MOTION TO<br>INTERVENE (DKT. NO. 122) |

This matter comes before the Court on the United States of America's motion to intervene. The motion (Dkt. No. 122) is GRANTED, and the United States may file its Complaint in Intervention. However, this order should not be construed as making any finding concerning the scope of relief the United States may pursue in this litigation. The Court will address whether the United States can seek relief broader than the relief to which the individual Plaintiffs may be entitled at a later date. *See, e.g., L.W. by & through Williams v. Skrmetti*, No. 3:23-CV-00376, 2023 WL 3513302, at *1, *4 (M.D. Tenn. May 16, 2023).

Dated this 15th day of July, 2025.

ORDER ON MOTION TO INTERVENE (DKT. NO. 122) - 1

1
2
3      David G. Estudillo
       United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ORDER ON MOTION TO INTERVENE (DKT. NO. 122) - 2