# Exhibit 3

5375 AMS CHRI S1972.3


**SB 5375** - S AMD **71**
     By Senator Christian

                                          **NOT ADOPTED 02/28/2025**


On page 7, line 11, after "service." strike "((No)) Except for members of the clergy, no" and insert "No"

On page 7, line 14, after "RCW 5.60.060." insert "A member of the clergy, to the extent the member of the clergy believes necessary, shall reveal information relating to a privileged communication under RCW 5.60.060 from a penitent to prevent reasonably certain death or substantial bodily harm."


     EFFECT: Strikes the privileged communication exception for members of the clergy and restores current law. A member of the clergy, to the extent the member of the clergy believes necessary, shall reveal information relating to a privileged communication from a penitent to prevent reasonably certain death or substantial bodily harm.


                    **--- END ---**