Chief Judge David G. Estudillo

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAUL D. ETIENNE, et al.,

     Plaintiffs,

  vs.

ROBERT W. FERGUSON, et al.,

     Defendants.

NO. 3:25-cv-05461-DGE

NOTICE OF SUBSTITUTION UNDER FED. R. CIV. P. 25(d)

TO: All Parties; and
TO: All Counsel for Parties; and
TO: THE CLERK OF THE COURT

  PLEASE TAKE NOTICE that Sean Lewis, sworn into office on July 14, 2025, as Interim Douglas County Prosecuting Attorney, hereby substitutes as a party in his official capacity in place of former Douglas County Prosecuting Attorney Gordon Edgar in the above-entitled action. You are requested to serve all pleadings and other papers for Defendant Lewis, except original process, upon the undersigned attorneys at the address given below.

//

//

NOTICE OF SUBSTITUTION UNDER FED. R. CIV. P. 25(d) - 1
USDC #C25-5461-DGE

Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

DATED this 15th day of July, 2025.

By:    *s/ Geoffrey A. Enns*
GEOFFREY A. ENNS, WSBA No. 40682
Special Deputy Prosecuting Attorney for
Douglas County
3000 Rockefeller Ave., M/S 504
Everett, Washington 98201
Phone: (425) 388-6330 / Fax: (425) 388-6333
Geoffrey.Enns@co.snohomish.wa.us
*Attorney for Defendant Sean Lewis*

DATED this 15th day of July, 2025.

By:    *s/ Scott A. Marlow*
SCOTT A. MARLOW, WSBA No. 25987
Special Deputy Prosecuting Attorney for
Douglas County
3000 Rockefeller Ave., M/S 504
Everett, Washington 98201
Phone: (425) 388-6330 / Fax: (425) 388-6333
Scott.Marlow@co.snohomish.wa.us
*Attorney for Defendant Sean Lewis*

NOTICE OF SUBSTITUTION UNDER FED. R. CIV. P. 25(d) - 2
USDC #C25-5461-DGE

**Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

# DECLARATION OF SERVICE

I declare that I am an employee of the Civil Division of the Snohomish County Prosecuting Attorney, and that I caused to be delivered foregoing **Notice of Substitution under Fed. R. Civ. P 25(d)** on the following parties by the methods indicated:

| | |
|---|---|
| William J. Crowley<br>Crowley Law Offices, P.S.<br>600 University Street, Suite 1708<br>Seattle, WA 98101<br>Will@crowleylawoffices.com<br>*Attorney for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Matthew T. Martens<br>Donna Farag<br>Zachary Halpern<br>Siddharth Velamoor<br>Wilmer Cutler Pickering Hale and Dorr, LLP<br>2100 Pennsylvania Avenue NW<br>Washington, D.C. 20037<br>Matthew.Martens@wilmerhale.com<br>Donna.Farag@wilmerhale.com<br>Zac.Halpern@wilmerhale.com<br>Siddharth.Velamoor@wilmerhale.com<br>*Attorneys for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Leah M. Fugere<br>Wilmer Cutler Pickering Hale and Dorr, LLP<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, CA 90071<br>Leah.Fugere@wilmerhale.com<br>*Attorney for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Robert Kingsley Smith<br>Wilmer Cutler Pickering Hale and Dorr, LLP<br>60 State Street<br>Boston, MA 02109<br>Robert.Smith@wilmerhale.com<br>*Attorney for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |

NOTICE OF SUBSTITUTION UNDER FED. R. CIV. P. 25(d) - 3
USDC #C25-5461-DGE

**Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

| | | |
|---|---|---|
| 1 | Mark L. Rienzi | ☒ E-Served via CM/ECF |
|  | Eric C. Rassbach | ☐ E-Mailed |
| 2 | William J. Haun | ☐ Facsimile |
|  | Laura Wolk Slavis | ☒ U.S. Mail |
| 3 | The Becket Fund for Religious Liberty | ☐ Hand Delivery |
|  | 1919 Pennsylvania Avenue NW, Suite 400 | ☐ Messenger Service |
| 4 | Washington, DC 20006 | |
|  | MRienzi@becketfund.org | |
| 5 | ERassbach@becketfund.org | |
|  | WHaun@becketfund.org | |
| 6 | LSlavis@becketfund.org | |
| 7 | *Attorneys for Plaintiffs* | |
| 8 | Hiram S. Sasser, III | ☒ E-Served via CM/ECF |
|  | Jeremy Dys | ☐ E-Mailed |
| 9 | Chris Motz | ☐ Facsimile |
|  | First Liberty Institute | ☒ U.S. Mail |
| 10 | 2001 W. Plano Pkwy., Suite 1600 | ☐ Hand Delivery |
|  | Plano, TX 75075 | ☐ Messenger Service |
| 11 | HSasser@firstliberty.org | |
| 12 | JDys@firstliberty.org | |
|  | EMotz@firstliberty.org | |
| 13 | *Attorneys for Plaintiffs* | |
| 14 | | |
|  | Emma Grunberg | ☒ E-Served via CM/ECF |
| 15 | Kelly A. Paradis | ☐ E-Mailed |
|  | Alicia O. Young | ☐ Facsimile |
| 16 | Deputy Solicitors General | ☒ U.S. Mail |
|  | Attorney General of Washington | ☐ Hand Delivery |
| 17 | 1125 Washington Street SE | ☐ Messenger Service |
| 18 | P.O. Box 40100 | |
|  | Olympia, WA 98504-0100 | |
| 19 | Emma.Grunberg@atg.wa.gov | |
|  | Kelly.Paradis@atg.wa.gov | |
| 20 | Alicia.Young@atg.wa.gov | |
| 21 | *Attorneys for Defendant Washington State Attorney General Robert W. Ferguson & Nicholas W. Brown* | |
| 22 | | |
| 23 | // | |
| 24 | // | |
| 25 | // | |
| 26 | | |

NOTICE OF SUBSTITUTION UNDER FED. R. CIV. P. 25(d) - 4
USDC #C25-5461-DGE

Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

| Recipient | Method |
|---|---|
| Anna K. Aruiza<br>Katherine A. Cummings<br>Kitsap County Prosecutor's Office<br>614 Division Street, MS-35A<br>Port Orchard, WA 98366<br>AARuiza@kitsap.gov<br>KACummings@kitsap.gov<br>*Attorneys for Defendant Chad Enright* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Amanda M. Migchelbrink<br>Senior Deputy Prosecuting Attorney<br>Clark County Prosecutor's Office-Civil Div.<br>P.O. Box 5000<br>Vancouver, WA 98666-5000<br>Amanda.Migchelbrink@clark.wa.gov<br>*Attorney for Defendant Attorney Tony Golik* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Rachel K. Stanley<br>Michael E. McFarland, Jr.<br>Evans, Craven & Lackie, P.S.<br>818 W. Riverside, Suite 250-Lincoln Bldg.<br>Spokane, WA 99201<br>RStanley@ecl-law.com<br>MMcFarland@ecl-law.com<br>*Attorneys for Defendants Curt Liedkie, Dale Slack, Ty Albertson, Erika George, Denis Tracy, Mathew Newberg, Kevin McCrae, & Adam Kick* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Philip C. Hunsucker<br>Melissa Pleimann<br>Jefferson County Prosecutor's Office<br>1820 Jefferson Street<br>P.O. Box 1220<br>Port Townsend, WA 98368<br>PHunsucker@co.jefferson.wa.us<br>MPleimann@co.jefferson.wa.us<br>*Attorneys for Defendant James Kennedy* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |

//
//
//
NOTICE OF SUBSTITUTION UNDER FED. R. CIV. P. 25(d) - 5
USDC #C25-5461-DGE

Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

Heidi Jacobsen-Watts
Senior Deputy Prosecuting Attorney
King County Prosecutor's Office
701 Fifth Avenue, Suite 600
Seattle, WA 98104
Heidi.Jacobsen-Watts@kingcounty.gov
*Attorney for Defendant Leesa Manion*

☒ E-Served via CM/ECF
☐ E-Mailed
☐ Facsimile
☒ U.S. Mail
☐ Hand Delivery
☐ Messenger Service

Frederick A. Haist
Skagit County Prosecutor's Office-Civil Division
605 S. Third Street-Courthouse Annex
Mount Vernon, WA 98273-3867
FHaist@co.skagit.wa.us
*Attorney for Defendant Richard Weyrich*

☒ E-Served via CM/ECF
☐ E-Mailed
☐ Facsimile
☒ U.S. Mail
☐ Hand Delivery
☐ Messenger Service

Max P. Lapertosa
Michael E. Gates
U.S. Dept. of Justice
Civil Rights Division, Housing & Civil Enforcement Section
950 Pennsylvania Avenue, 4CON
Washington, DC 20530
Max.Lapertosa@usdoj.gov
Michael.Gates@usdoj.gov
*Attorneys for Movant/Intervenor U.S.A.*

☒ E-Served via CM/ECF
☐ E-Mailed
☐ Facsimile
☒ U.S. Mail
☐ Hand Delivery
☐ Messenger Service

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 15th day of July, 2025.

*(signature)*

Cindy Ryden, Legal Assistant

NOTICE OF SUBSTITUTION UNDER FED. R. CIV. P. 25(d) - 6
USDC #C25-5461-DGE

Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333