THE HONORABLE DAVID G. ESTUDILLO

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| PAUL D. ETIENNE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT W. FERGUSON, in his official capacity as Governor of Washington, et al., <br><br> Defendants. | No. 3:25-cv-05461-DGE <br><br> **STIPULATED MOTION TO STAY PROCEEDINGS AND ENTER PRELIMINARY INJUNCTION AS TO COUNTY PROSECUTOR DEFENDANTS** <br><br> **AND** <br><br> **ORDER** <br><br> **NOTING DATE: July 11, 2025** |

Plaintiffs Paul D. Etienne, Joseph J. Tyson, Thomas A. Daly, Frank R. Schuster, Eusebio L. Elizondo, Gary F. Lazzeroni, Gary M. Zender, Robert Pearson, Lutakome Nsubuga, Jesús Mariscal, and Michael Kelly ("Plaintiffs") and Defendants Leesa Manion, Larry Haskell, Joseph Brusic, Randy Flyckt, Curt Liedkie, Eric Eisinger, Robert Sealby, Mark Nichols, Tony Golik, Dale Slack, Ryan Jurvakainen, James Mitchell,[1] Michael Golden, Shawn Sant, Mathew

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), James Mitchell, the acting Douglas County Prosecuting Attorney under RCW 36.16.115, is substituted in place of the Honorable Gordon Edgar, who retired as Douglas County Prosecuting Attorney effective June 30, 2025.

STIPULATED MOTION
(No. 3:25-cv-05461-DGE)

**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000 (t)
(202) 663-6363 (f)

Newberg, Kevin McRae, Norma Tillotson, Gregory Banks, James Kennedy, Chad Enright, Gregory Zempel, David Quesnel, Jonathan Meyer, Ty Albertson, Michael Dorcy, Albert Lin, Michael Rothman, Dolly Hunt, Mary Robnett, Amy Vira, Rich Weyrich, Adam Kick, Jason Cummings, Erika George, Jon Tunheim, Dan Bigelow, Gabe Acosta, Eric Richey, and Denis Tracy (the "Stipulating Defendants") jointly move the Court, pursuant to Local Rule 7(d)(1), to stay all proceedings in this case with respect to the Stipulating Defendants pending a final judgment in this case, subject to the Stipulating Defendants' agreement to be bound by the terms of this Stipulation and Proposed Order, including Exhibit A attached thereto.

On May 29, 2025, Plaintiffs filed a Complaint (Dkt. 1) against the Stipulating Defendants and others, including Robert W. Ferguson, in his official capacity as Governor of Washington and Nicholas W. Brown, in his official capacity as Attorney General of Washington. The Complaint alleges that Section 26.44.030(1)(a) of the Revised Code of Washington (RCW), as amended by Senate Bill 5375, violates the First and Fourteenth Amendments to the U.S. Constitution, as well as Article I, Section 11 of the Washington Constitution. None of the defendants named in the lawsuit have yet answered or otherwise responded to the Complaint.

On June 5, 2025, Plaintiffs filed a Motion for Preliminary Injunction ("Motion") against all defendants (Dkt. 65) seeking to preliminarily enjoin them from enforcing or attempting to enforce RCW § 26.44.030, as amended by Senate Bill 5375, as applied to information learned by Roman Catholic priests solely through the Sacrament of Confession. Four defendants have filed responses to the Motion. *See* Dkt. 131; Dkt. 172; Dkt. 175.

The Stipulating Defendants seek to avoid the cost and burdens of this litigation and have agreed not to oppose, either during this litigation or on appeal, Plaintiffs' requests for injunctive relief against them. The Stipulating Defendants and Plaintiffs have further agreed that, to allow for the Plaintiffs to pursue their claims against the remaining defendants, the Plaintiffs' claims against the Stipulating Defendants will be stayed in their entirety until the Court's entry of a final judgment in this lawsuit, thus precluding the Stipulating Defendants from (i) responding to the

STIPULATED MOTION
(No. 3:25-cv-05461-DGE)

**WILMER CUTLER PICKERING
HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000 (t)
(202) 663-6363 (f)

1  Complaint, (ii) participating in motions practice, and (iii) propounding (or being subject to)
2  discovery.  In exchange for Plaintiffs' agreement to stay the lawsuit against them, the Stipulating
3  Defendants stipulate to the Court's entry of the Plaintiffs' proposed preliminary injunction
4  against them (Dkt. 65-1), pending the Court's final judgment, including during the pendency of
5  any potential interlocutory appeal.  The Stipulating Defendants have further agreed to consent to
6  the Court's final judgment as to the remaining defendants and not to appeal any such judgment.

In consideration of these mutual agreements, Plaintiffs have agreed not to seek attorneys' fees and/or costs from the Stipulating Defendants at the conclusion of this matter and regardless of the Court's final judgment.  The Stipulating Defendants have likewise agreed to waive any claim for attorneys' fees and/or costs from the Plaintiffs, regardless of the Court's final judgment.

IT IS SO STIPULATED by and between the Parties.

\*     \*     \*

//
//

I certify that this memorandum contains 611 words, in compliance with the Local Civil Rules.

DATED: July 11, 2025

STIPULATED MOTION
(No. 3:25-cv-05461-DGE)

WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000 (t)
(202) 663-6363 (f)

| | |
|---|---|
| By: /s/ Anna K. Aruiza<br>Anna K. Aruiza, WSBA #39663<br>Senior Deputy Prosecuting Attorney<br>CHAD M. ENRIGHT<br>Kitsap County Prosecuting Attorney<br>614 Division St. MS-35A<br>Port Orchard, WA 98366-4676<br>Tel: (360) 337-4992<br>Fax: (360) 337-7083<br>aaruiza@kitsap.gov<br>Attorney for Defendant Chad Enright | By: /s/ Siddharth Velamoor<br>William J. Crowley<br>CROWLEY LAW OFFICES, P.S.<br>600 University Street<br>Suite 1708<br>Seattle, WA 98101<br>Tel: (206) 224-7069<br>will@crowleylawoffices.com<br><br>Matthew T. Martens (*pro hac vice*)<br>Siddharth Velamoor, WSBA #40965<br>Donna Farag (*pro hac vice*)<br>Zachary Halpern (*pro hac vice*)<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>2100 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>Tel: (202) 663-6000<br>Fax: (202) 663-6363<br>matthew.martens@wilmerhale.com<br>siddharth.velamoor@wilmerhale.com<br>donna.farag@wilmerhale.com<br>zac.halpern@wilmerhale.com |
| By: /s/ Heidi Jacobsen-Watts<br>Heidi Jacobsen-Watts, WSBA #35549<br>Senior Deputy Prosecuting Attorney<br>LEESA MANION<br>King County Prosecuting Attorney<br>701 Fifth Ave., Suite 600<br>Seattle, WA 98104<br>Tel: (206) 477-1120<br>Fax: (206) 296-0191<br>heidi.jacobsen-watts@kingcounty.gov<br>Attorney for Defendant Leesa Manion | |
| By: /s/ Philip C. Hunsucker<br>Philip C. Hunsucker, WSBA #48692<br>Chief Civil Deputy Prosecuting Attorney<br>JAMES KENNEDY<br>Jefferson County Prosecuting Attorney<br>1820 Jefferson Street/P.O. Box 1220<br>Port Townsend, WA 98368<br>Tel: (360) 385-9180<br>PHunsucker@co.jefferson.wa.us<br>Attorney for Defendant James Kennedy | Leah M. Fugere (*pro hac vice*)<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>350 South Grand Avenue<br>Suite 2400<br>Los Angeles, CA 90071<br>Tel: (213) 443-5300<br>Fax: (213) 443-5400<br>leah.fugere@wilmerhale.com<br><br>Robert Kingsley Smith (*pro hac vice*)<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel: (617) 526-6000<br>Fax: (617) 526-5000<br>robert.smith@wilmerhale.com |
| By: /s/ Amanda Migchelbrink<br>Amanda Migchelbrink, WSBA #34223<br>Senior Deputy Prosecuting Attorney<br>TONY GOLIK<br>Clark County Prosecuting Attorney<br>1300 Franklin St., Suite 380<br>Vancouver, WA 98666-5000<br>Tel: (564) 397-2478<br>Fax: (564) 397-2184<br>Amanda.Migchelbrink@clark.wa.gov<br>Attorney for Defendant Tony Golik | |

STIPULATED MOTION
(No. 3:25-cv-05461-DGE)

**WILMER CUTLER PICKERING
HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000 (t)
(202) 663-6363 (f)

| | | |
|---|---|---|
| 1 | | |
| 2 | By: /s/ Frederick A. Haist<br>Frederick A. Haist, WSBA #48937 | Mark L. Rienzi (*pro hac vice*)<br>Eric C. Rassbach (*pro hac vice*) |
| 3 | Deputy Prosecuting Attorney<br>RICHARD E. WEYRICH | William J. Haun (*pro hac vice*)<br>Laura Wolk Slavis (*pro hac vice*) |
| 4 | Skagit County Prosecuting Attorney<br>605 Third St. | BECKET FUND FOR RELIGIOUS<br>LIBERTY |
| 5 | Mount Vernon, WA 98273-3867<br>Tel: (360) 416-1600 | 1919 Pennsylvania Ave NW, Suite 400<br>Washington, D.C. 20006 |
| 6 | Fax: (360) 416-1649 | Tel: (202) 955-0095 |
| 7 | fhaist@co.skagit.wa.us<br>Attorney for Defendant Richard Weyrich | mrienzi@becketfund.org<br>erassbach@becketfund.org |
| 8 | | whaun@becketfund.org<br>lslavis@becketfund.org |
| 9 | By: /s/ Rachel K. Stanley<br>Rachel K. Stanley, WSBA #58280 | |
| 10 | EVANS, CRAVEN & LACKIE, P.S.<br>818 Riverside, Suite 250 | Hiram S. Sasser, III (*pro hac vice*<br>forthcoming) |
| 11 | Spokane, WA 99201-0910<br>Tel: (509) 455-5200 | Jeremy Dys (*pro hac vice* forthcoming)<br>Chris Motz (*pro hac vice* forthcoming) |
| 12 | Fax: (509) 455-3632 | FIRST LIBERTY INSTITUTE |
| 13 | rstanley@ecl-law.com<br>Attorney for Defendants Curt Liedike, Dale | 2001 W. Plano Pkwy., Ste. 1600<br>Plano, Texas 75075 |
| 14 | Slack, Mathew Newburg, Kevin McCrae, Ty<br>Albertson, Adam Kick, Erika George, and | Tel: (972) 941-4444<br>Fax: (972) 941-4457 |
| 15 | Denis Tracy | hsasser@firstliberty.org<br>jdys@firstliberty.org |
| 16 | By: /s/ Geoffrey A. Enns | cmotz@firstliberty.org |
| 17 | Geoffrey A. Enns, WSBA #40682<br>Deputy Prosecuting Attorney | *Attorneys for Plaintiffs* |
| 18 | JASON CUMMINGS<br>Snohomish County Prosecuting Attorney | |
| 19 | 3000 Rockefeller Ave. M/S 504<br>Everett, WA 98201 | |
| 20 | Tel: (425) 388-6330 | |
| 21 | Fax: (425) 388-6333<br>Geoff.Enns@co.snohomish.wa.us | |
| 22 | Attorney for Defendants Larry Haskell, Joseph<br>Brusic, Randy Flyckt, Eric Eisinger, Robert | |
| 23 | Sealby, Mark Nichols, Ryan Jurvakainen,<br>James Mitchell, Michael Golden, Shawn Sant, | |
| 24 | Norma Tillotson, Gregory Banks, Gregory<br>Zempel, David Quesnel, Jonathan Meyer, | |
| 25 | Michael Dorcy, Albert Lin, Michael Rothman,<br>Dolly Hunt, Mary Robnett, Amy Vira, Jason | |
| 26 | Cummings, Jon Tunheim, Dan Bigelow Gabe<br>Acosta, and Eric Richey | |
| 27 | STIPULATED MOTION | **WILMER CUTLER PICKERING** |
| 28 | (No. 3:25-cv-05461-DGE) | **HALE AND DORR LLP**<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>(202) 663-6000 (t)<br>(202) 663-6363 (f) |

# ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED**.

This matter is before the Court on the Stipulated Motion to Stay Proceedings and Enter Preliminary Injunction as to County Prosecutor Defendants ("Motion") (Dkt. 65). Defendants Leesa Manion, Larry Haskell, Joseph Brusic, Randy Flyckt, Curt Liedkie, Eric Eisinger, Robert Sealby, Mark Nichols, Tony Golik, Dale Slack, Ryan Jurvakainen, James Mitchell, Michael Golden, Shawn Sant, Mathew Newberg, Kevin McRae, Norma Tillotson, Gregory Banks, James Kennedy, Chad Enright, Gregory Zempel, David Quesnel, Jonathan Meyer, Ty Albertson, Michael Dorcy, Albert Lin, Michael Rothman, Dolly Hunt, Mary Robnett, Amy Vira, Rich Weyrich, Adam Kick, Jason Cummings, Erika George, Jon Tunheim, Dan Bigelow, Gabe Acosta, Eric Richey, and Denis Tracy (the "Stipulating Defendants") have agreed, in exchange for Plaintiffs' agreement to stay the lawsuit against them, to stipulate to the Court's entry of the Plaintiffs' proposed preliminary injunction (Dkt. 65-1) pending the Court's final judgment in this case, including during the pendency of any potential interlocutory appeal. The Stipulating Defendants have further agreed to consent to the Court's final judgment against the remaining defendants and not to appeal any such judgment. In consideration of these mutual agreements, Plaintiffs have agreed not to seek attorneys' fees and/or costs from the Stipulating Defendants at the conclusion of this matter and regardless of the Court's final judgment. The Stipulating Defendants have likewise agreed to waive any claim for attorneys' fees and/or costs from the Plaintiffs, regardless of the Court's final judgment.

Having reviewed the Motion, the docket and all related material, and good cause appearing therefrom, the Court hereby ORDERS as follows:

1. The Stipulating Defendants are hereby subject to and bound by Exhibit A to this Order.
2. Plaintiffs' action against the Stipulating Defendants shall be STAYED until the entry of a final judgment in this matter as to all other defendants. During the pendency of the stay,

ORDER GRANTING
STIPULATED MOTION

(No. 3:25-cv-05461-DGE)

WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000 (t)
(202) 663-6363 (f)

the Stipulating Defendants' deadline to respond to the Complaint and all other case deadlines applicable to the Stipulating Defendants shall be STRICKEN.

3. The Stipulating Defendants will not appeal any interlocutory ruling in this matter, including but not limited to the Court's ruling on Plaintiffs' Motion for Preliminary Injunction (Dkt. 65).

4. The Stipulating Defendants will consent to the Court's final judgment against the remaining defendants and will not appeal any such judgment.

5. In consideration of these mutual agreements, Plaintiffs will not seek attorneys' fees and/or costs from the Stipulating Defendants at the conclusion of this matter and regardless of the Court's final judgment. The Stipulating Defendants likewise waive any claim for attorneys' fees and/or costs from the Plaintiffs, regardless of the Court's final judgment.

IT IS SO ORDERED.

DATED this 15th day of July, 2025

David G. Estudillo
United States District Judge

Presented by:

*/s/ Siddharth Velamoor*
Siddharth Velamoor, WSBA #40965
WILMER CUTLER PICKERING HALE AND
   DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037

ORDER GRANTING
STIPULATED MOTION

(No. 3:25-cv-05461-DGE)

WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000 (t)
(202) 663-6363 (f)

1  Tel: (202) 663-6000
   Fax: (202) 663-6363
2  siddharth.velamoor@wilmerhale.com

3

4
   /s/ Anna K. Aruiza
5  Anna K. Aruiza, WSBA #39663
   Senior Deputy Prosecuting Attorney
6  CHAD M. ENRIGHT
7  Kitsap County Prosecuting Attorney
   614 Division St. MS-35A
8  Port Orchard, WA 98366-4676
   Tel: (360) 337-4992
9  Fax: (360) 337-7083
   aaruiza@kitsap.gov
10

11

12

...

27  ORDER GRANTING
    STIPULATED MOTION

28  (No. 3:25-cv-05461-DGE)

**WILMER CUTLER PICKERING
HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000 (t)
(202) 663-6363 (f)

**EXHIBIT A**

Pursuant to the Stipulated Motion of Plaintiffs Paul D. Etienne, Joseph J. Tyson, Thomas A. Daly, Frank R. Schuster, Eusebio L. Elizondo, Gary F. Lazzeroni, Gary M. Zender, Robert Pearson, Lutakome Nsubuga, Jesús Mariscal, and Michael Kelly ("Plaintiffs") and Defendants Leesa Manion, Larry Haskell, Joseph Brusic, Randy Flyckt, Curt Liedkie, Eric Eisinger, Robert Sealby, Mark Nichols, Tony Golik, Dale Slack, Ryan Jurvakainen, James Mitchell, Michael Golden, Shawn Sant, Mathew Newberg, Kevin McRae, Norma Tillotson, Gregory Banks, James Kennedy, Chad Enright, Gregory Zempel, David Quesnel, Jonathan Meyer, Ty Albertson, Michael Dorcy, Albert Lin, Michael Rothman, Dolly Hunt, Mary Robnett, Amy Vira, Rich Weyrich, Adam Kick, Jason Cummings, Erika George, Jon Tunheim, Dan Bigelow, Gabe Acosta, Eric Richey, and Denis Tracy (the "Stipulating Defendants"), IT IS HEREBY ORDERED that the Stipulating Defendants and their agents, servants, employees, and attorneys, and other persons who are in active concert or participation with Stipulating Defendants, their agents, servants, employees, and attorneys, are preliminarily enjoined, pursuant to Federal Rule of Civil Procedure 65(a), from enforcing or attempting to enforce RCW § 26.44.030, as amended by Senate Bill 5375, as applied to information learned by Roman Catholic priests solely through the Sacrament of Confession.

ORDER GRANTING
STIPULATED MOTION

(No. 3:25-cv-05461-DGE)

WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000 (t)
(202) 663-6363 (f)