The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| PAUL D. ETIENNE, et al., | NO. 3:25-cv-05461-DGE |
| Plaintiffs, | [PROPOSED] ORDER DENYING PLAINTIFF-INTERVENOR UNITED STATES'S MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| ROBERT W. FERGUSON, et al., | |
| Defendants. | NOTE ON MOTION CALENDAR: July 23, 2025 |
| UNITED STATES OF AMERICA, | |
| Plaintiff-Intervenor, | |
| v. | |
| STATE OF WASHINGTON, | |
| Defendant. | |

THIS MATTER came for hearing before this Court on July 23, 2025, on Plaintiff-Intervenor United States's Motion for Preliminary Injunction. This Court, having considered the entire record herein and being otherwise fully advised, hereby ORDERS that:

1. Plaintiff-Intervenor's Motion for Preliminary Injunction is **DENIED**.

[PROPOSED] ORDER DENYING PL.-INTERVENOR'S MOT. PRELIM. INJ
NO. 3:25-CV-05461-DGE

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

DATED this _____ day of July 2025.

_____
THE HONORABLE DAVID G. ESTUDILLO
UNITED STATES DISTRICT JUDGE

Presented by:

NICHOLAS W. BROWN
Attorney General

*/s/ Alicia O. Young*
ALICIA O. YOUNG, WSBA #35553
KELLY A. PARADIS, WSBA #47175
EMMA GRUNBERG, WSBA #54659
Deputy Solicitors General
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
360-753-6200
Alicia.Young@atg.wa.gov
Kelly.Paradis@atg.wa.gov
Emma.Grunberg@atg.wa.gov
*Attorneys for Defendant Robert W. Ferguson and Nicholas W. Brown*

[PROPOSED] ORDER DENYING PL.-
INTERVENOR'S MOT. PRELIM. INJ
NO. 3:25-CV-05461-DGE

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200