The Honorable Chief Judge David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| PAUL D. ETIENNE, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>ROBERT FERGUSON, in his official capacity as Governor of the State of Washington, *et al.*,<br><br>    Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>    Plaintiff-Intervenor,<br><br>vs.<br><br>STATE OF WASHINGTON,<br><br>    Defendant. | Case No. 3:25-cv-5461-DGE<br><br>**NOTICE OF WITHDRAWAL OF THE UNITED STATES' MOTION FOR PRELIMINARY INJUNCTION**<br><br>NOTE ON MOTION CALENDAR:<br>July 23, 2025 |

To this Court and all parties in the above-entitled action, in light of:

    1) the Court's issuance of its Order of July 18th enjoining enforcement of Senate Bill 5375 as applied to the Sacrament of Confession covering all Roman Catholic priests in Washington (*see* Order on Mot. for Prelim. Inj. at 2, 23, ECF No. 227), and

---

| | |
|---|---|
| UNITED STATES' NOTICE OF WITHDRAWAL<br>OF MOTION FOR PRELIMINARY INJUNCTION<br>Case No. 3:25-cv-5461-DGE<br>Page 1 | UNITED STATES DEPARTMENT OF JUSTICE<br>CIVIL RIGHTS DIVISION<br>HOUSING AND CIVIL ENFORCEMENT SECTION<br>950 Pennsylvania Ave. NW – 4CON<br>Washington, DC  20530<br>(202) 598-9726 |

2) the express, written assurances to this Court by Defendants Ferguson and Brown that "if the Court does rule as a preliminary matter that the mandatory reporting law may be unconstitutional as applied to these Plaintiffs, ***the State will not seek to enforce the law as it applies to confession or sacred confidences shared with any clergy*** while that order remains in force," (Defs.' Resp. to U.S. Mot. Prelim. Inj. 1-2, ECF No. 226, emphasis added; *see also id.* at 6 ("[I]f the Court grants a preliminary injunction as to the existing Plaintiffs, the State will ***not seek to enforce the enjoined aspects of the law against similarly situated clergy members***." (emphasis added)),

the United States sees the current broad non-enforcement of Senate Bill 5375 as achieving the United States's goal of its Motion for Preliminary Injunction to protect the rights of ***all*** Catholic priests who hear Confession from the injuries presented by Senate Bill 5375. Accordingly, the United States hereby respectfully withdraws its Motion for Preliminary Injunction without prejudice (ECF No. 138). The United States reserves its right to renew its request for preliminary injunction at a later date if circumstances change and the United States believes it is warranted to protect the interests of Catholic priests who hear Confession in the State of Washington.

Pursuant to Local Civil Rule 7(e)(6), undersigned counsel certifies that this memorandum contains 302 words, in compliance with the Civil Local Rules.

Dated this 23rd day of July, 2025.

    Respectfully submitted,

    HARMEET K. DHILLON
    Assistant Attorney General

    s/ Michael E. Gates
    MICHAEL E. GATES
    Deputy Assistant Attorney General

    s/ Max Lapertosa
    CARRIE PAGNUCCO
    Chief
    AMIE S. MURPHY
    Deputy Chief
    MAX LAPERTOSA
    Trial Attorney

UNITED STATES' NOTICE OF WITHDRAWAL
OF MOTION FOR PRELIMINARY INJUNCTION
Case No. 3:25-cv-5461-DGE
Page 2

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
HOUSING AND CIVIL ENFORCEMENT SECTION
950 Pennsylvania Ave. NW – 4CON
Washington, DC  20530
(202) 598-9726

United States Department of Justice
Housing and Civil Enforcement Section
Civil Rights Division
950 Pennsylvania Avenue NW—4CON
Washington, DC  20530
Tel: (202) 598-9726
Fax: (202) 514-1116
Max.Lapertosa@usdoj.gov

UNITED STATES' NOTICE OF WITHDRAWAL
OF MOTION FOR PRELIMINARY INJUNCTION
Case No. 3:25-cv-5461-DGE
Page 3

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
HOUSING AND CIVIL ENFORCEMENT SECTION
950 Pennsylvania Ave. NW – 4CON
Washington, DC  20530
(202) 598-9726