The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PAUL D. ETIENNE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT W. FERGUSON, et al.,<br><br>    Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>    Plaintiff-Intervenor,<br><br>v.<br><br>STATE OF WASHINGTON,<br><br>    Defendant. | NO. 3:25-cv-05461-DGE<br><br>DEFENDANTS ROBERT W. FERGUSON AND NICHOLAS W. BROWN'S ANSWER TO PLAINTIFFS' COMPLAINT |

Defendants Robert W. Ferguson and Nicholas W. Brown (State Defendants), by and through their attorneys Alicia O. Young, Kelly A. Paradis, and Emma Grunberg, Deputy Solicitors General, hereby answer Plaintiffs' Complaint, Dkt. No. 1 (hereinafter Complaint). Except as herein expressly admitted or qualified, State Defendants deny each and every

DEFS. ROBERT W. FERGUSON & NICHOLAS W. BROWN'S ANSWER TO PLS.' COMPL.
NO. 3:25-cv-05461-DGE

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

allegation, statement, or charge contained in the Complaint, and deny that Plaintiffs are entitled to any of the relief requested.

## I. PRELIMINARY STATMENT

1. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1, and on that basis deny the same.

2. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2, and on that basis deny the same.

3. Paragraph 3 largely consists of legal allegations which do not require a response. To the extent a response is required, State Defendants deny that Washington is "targeting the Roman Catholic Church in a brazen act of religious discrimination" or that it seeks to "subject Roman Catholic clergy to dictates of the State." State Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations in Paragraph 3, and on that basis deny the same.

4. Paragraph 4 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, it is denied.

5. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5.

6. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6.

7. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7.

8. State Defendants admit that SB 5375 (2025) was signed into law by Governor Ferguson on May 2, 2025, and that it went into effect (subject to the injunctions entered in this case and in *OCA, et al. v. Ferguson, et al.*) on July 27, 2025. State Defendants admit that the source cited in footnote 16 of the Etienne Complaint supports the contention that a "majority of confirmed instances of child abuse and neglect are perpetrated by the victim's parent." The

DEFS. ROBERT W. FERGUSON &
NICHOLAS W. BROWN'S ANSWER TO
PLS.' COMPL.
NO. 3:25-cv-05461-DGE

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

remainder of the allegations in Paragraph 8 are legal contentions that do not require a response. To the extent a response is required, those contentions are denied.

9. Paragraph 9 contains legal arguments to which no response is required. To the extent a response is required, the statutes speak for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them.

10. Paragraph 10 contains legal arguments to which no response is required. To the extent a response is required, the statutes speak for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them.

11. Paragraph 11 contains legal arguments to which no response is required. To the extent a response is required, the statutes speak for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them.

12. Paragraph 12 contains legal arguments to which no response is required. To the extent a response is required, the statutes speak for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them.

13. Paragraph 13 contains legal arguments to which no response is required. To the extent a response is required, the statutes speak for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them.

14. Paragraph 14 contains legal arguments to which no response is required. To the extent a response is required, the statutes and legislative history speak for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them.

15. Paragraph 15 contains legal arguments to which no response is required. To the extent a response is required, State Defendants deny the allegations.

16. Paragraph 16 is Plaintiffs' characterization of the relief they seek and their legal arguments to which no response is required. To the extent a response is required, it is denied.

DEFS. ROBERT W. FERGUSON & NICHOLAS W. BROWN'S ANSWER TO PLS.' COMPL.
NO. 3:25-cv-05461-DGE

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

## II. PARTIES

17. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17.

18. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18.

19. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19.

20. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20.

21. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21.

22. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22.

23. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23.

24. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24.

25. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25.

26. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26.

27. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27.

28. State Defendants admit that Robert W. Ferguson is the elected Governor of the State of Washington. The remainder of Paragraph 28 consist of legal allegations that require no

DEFS. ROBERT W. FERGUSON &
NICHOLAS W. BROWN'S ANSWER TO
PLS.' COMPL.
NO. 3:25-cv-05461-DGE

4

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

response. To the extent a response is required, State Defendants answer that the statutes speak for themselves.

29. State Defendants admit that Nicholas W. Brown is the elected Attorney General of the State of Washington. The remainder of Paragraph 29 consist of legal allegations that require no response. To the extent a response is required, State Defendants answer that the statutes speak for themselves.

30. Paragraph 30 does not pertain to State Defendants and consists of legal allegations that do not require a response.

31. Paragraph 31 does not pertain to State Defendants and consists of legal allegations that do not require a response.

32. Paragraph 32 does not pertain to State Defendants and consists of legal allegations that do not require a response.

33. Paragraph 33 does not pertain to State Defendants and consists of legal allegations that do not require a response.

34. Paragraph 34 contains legal arguments to which no response is required. Answering only as it pertains to State Defendants, State Defendants admit that in some instances they may be sued for prospective injunctive relief when acting under color of state law.

### III.    JURISDICTION AND VENUE

35. State Defendants admit that this lawsuit raises a federal question and that this lawsuit raises claims under 42 U.S.C. § 1983. The remainder of Paragraph 35 contains legal arguments to which no response is required.

36. Paragraph 36 contains legal arguments to which no response is required.

37. Paragraph 37 contains legal arguments to which no response is required. State Defendants admit that they are residents of this district and residents of the State of Washington.

DEFS. ROBERT W. FERGUSON & NICHOLAS W. BROWN'S ANSWER TO PLS.' COMPL.
NO. 3:25-cv-05461-DGE

5

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

## IV. FACTS

**A.  Allegations Made in Headings in the Statement of Facts**

The headings contained in the Statement of Facts are not allegations and therefore do not require responses. To the extent a response is required, State Defendants deny allegations contained in the headings of the Statement of Facts.

38. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38.

39. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39.

40. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40.

41. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41.

42. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42.

43. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43.

44. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44.

45. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45.

46. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46.

**B.**

47. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47.

DEFS. ROBERT W. FERGUSON & NICHOLAS W. BROWN'S ANSWER TO PLS.' COMPL. NO. 3:25-cv-05461-DGE

6

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

48. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48.

49. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49.

50. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50.

51. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51.

52. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52.

53. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53.

54. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54.

55. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55.

56. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56.

**C.**

57. State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57.

58. Paragraph 58 contains legal arguments to which no response is required. To the extent a response is required, State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58, and on that basis deny the same.

DEFS. ROBERT W. FERGUSON & NICHOLAS W. BROWN'S ANSWER TO PLS.' COMPL.
NO. 3:25-cv-05461-DGE

7

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

59. Paragraph 59 contains legal arguments to which no response is required. To the extent a response is required, State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59, and on that basis deny the same.

60. Paragraph 60 contains legal arguments to which no response is required. To the extent a response is required, State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60, and on that basis deny the same.

61. Paragraph 61 contains legal arguments to which no response is required. To the extent a response is required, the cited statutes speak for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them.

62. Paragraph 62 contains legal arguments to which no response is required.

63. Paragraph 63 contains legal arguments to which no response is required. To the extent a response is required, State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63, and on that basis deny the same.

**D.**

64. Paragraph 64 contains legal arguments to which no response is required. To the extent a response is required, the statutes speak for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them.

65. Paragraph 65 contains legal arguments to which no response is required. To the extent a response is required, the statutes speak for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them.

66. Paragraph 66 contains legal arguments to which no response is required. To the extent a response is required, the statutes speak for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them.

67. Paragraph 67 contains legal arguments to which no response is required. To the extent a response is required, the statutes speak for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them.

DEFS. ROBERT W. FERGUSON & NICHOLAS W. BROWN'S ANSWER TO PLS.' COMPL.
NO. 3:25-cv-05461-DGE

8

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

68. Paragraph 68 contains legal arguments to which no response is required. To the extent a response is required, the statutes speak for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them.

69. Paragraph 69 contains legal arguments to which no response is required. To the extent a response is required, the statutes speak for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them.

70. Paragraph 70 contains legal arguments to which no response is required. To the extent a response is required, the statutes speak for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them.

71. Paragraph 71 contains legal arguments to which no response is required. To the extent a response is required, the statutes speak for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them.

72. Paragraph 72 contains legal arguments to which no response is required. To the extent a response is required, the statutes speak for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them.

73. Paragraph 73 contains legal arguments to which no response is required. To the extent a response is required, the statutes speak for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them.

**E.**

74. Paragraph 74 contains legal arguments to which no response is required. To the extent a response is required, the statutes speak for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them.

75. Paragraph 75 contains legal arguments to which no response is required. To the extent a response is required, the statutes speak for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them.

DEFS. ROBERT W. FERGUSON &
NICHOLAS W. BROWN'S ANSWER TO
PLS.' COMPL.
NO. 3:25-cv-05461-DGE

9

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

76. Paragraph 76 contains legal arguments to which no response is required. To the extent a response is required, the statutes speak for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them.

77. Paragraph 77 contains legal arguments to which no response is required. To the extent a response is required, the statutes speak for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them.

**F.**

78. State Defendants admit that Governor Ferguson signed SB 5375 into law on May 2, 2025, after it was passed by both the Senate and the House of Representatives. The remainder of Paragraph 78 constitutes a legal allegation requiring no response. To the extent a response is required, the law speaks for itself.

79. Paragraph 79 contains legal arguments to which no response is required. To the extent a response is required, the statutes speak for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them.

80. Paragraph 80 contains legal arguments to which no response is required. To the extent a response is required, the statutes speak for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them.

81. Paragraph 81 contains legal arguments to which no response is required. To the extent a response is required, the statutes speak for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them.

82. Paragraph 82 contains legal arguments to which no response is required. To the extent a response is required, the statutes speak for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them.

DEFS. ROBERT W. FERGUSON & NICHOLAS W. BROWN'S ANSWER TO PLS.' COMPL.
NO. 3:25-cv-05461-DGE

10

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

**G.**

83. Paragraph 83 contains legal arguments to which no response is required. To the extent a response is required, the statutes speak for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them.

84. Paragraph 84 contains legal arguments to which no response is required. To the extent a response is required, the statutes and legislative history speak for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them.

85. Paragraph 85 contains legal arguments to which no response is required. To the extent a response is required, the statutes and legislative history speak for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them.

86. Paragraph 86 contains legal arguments to which no response is required. To the extent a response is required, the statutes and legislative history speak for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them.

87. Paragraph 87 contains legal arguments to which no response is required. To the extent a response is required, the statutes and legislative history speak for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them.

88. Paragraph 88 contains legal arguments to which no response is required. To the extent a response is required, the statutes and legislative history speak for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them.

89. Paragraph 89 contains legal arguments to which no response is required. To the extent a response is required, the statutes and legislative history speak for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them.

**H.**

90. Paragraph 90 consists mainly of legal arguments requiring no response. To the extent Paragraph 90 makes allegations regarding the reporting obligations of various persons with respect to child abuse and neglect, the state statutes governing reporting obligations speak

DEFS. ROBERT W. FERGUSON & NICHOLAS W. BROWN'S ANSWER TO PLS.' COMPL.
NO. 3:25-cv-05461-DGE

11

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

1  for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them. To
2  the extent that Plaintiffs make factual allegations requiring a response, State Defendants lack
3  knowledge or information sufficient to form a belief as to the truth of those factual allegations.

4        91.    Paragraph 91 consists mainly of legal arguments requiring no response. To the
5  extent Paragraph 91 makes allegations regarding the reporting obligations of various persons
6  with respect to child abuse and neglect, the state statutes governing reporting obligations speak
7  for themselves, and State Defendants deny any attempt by Plaintiffs to recharacterize them. To
8  the extent that Plaintiffs make factual allegations requiring a response, State Defendants lack
9  knowledge or information sufficient to form a belief as to the truth of those factual allegations.

10        92.    Paragraph 92 contains legal arguments to which no response is required. To the
11  extent a response is required, the statutes and legislative history speak for themselves, and State
12  Defendants deny any attempt by Plaintiffs to recharacterize them.

13        93.    Paragraph 93 contains legal arguments to which no response is required. To the
14  extent a response is required, the statutes and legislative history speak for themselves, and State
15  Defendants deny any attempt by Plaintiffs to recharacterize them.

16        94.    Paragraph 94 contains legal arguments to which no response is required. To the
17  extent that Plaintiffs make factual allegations requiring a response, State Defendants lack
18  knowledge or information sufficient to form a belief as to the truth of those factual allegations.

19        95.    Paragraph 95 contains legal arguments to which no response is required. To the
20  extent that Plaintiffs make factual allegations requiring a response, State Defendants lack
21  knowledge or information sufficient to form a belief as to the truth of those factual allegations.

22        96.    Paragraph 96 contains legal arguments to which no response is required. To the
23  extent that Plaintiffs make factual allegations requiring a response, State Defendants lack
24  knowledge or information sufficient to form a belief as to the truth of those factual allegations.

DEFS. ROBERT W. FERGUSON & NICHOLAS W. BROWN'S ANSWER TO PLS.' COMPL.
NO. 3:25-cv-05461-DGE

12

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

## V. CAUSES OF ACTION

### A. First Cause of Action:

97. Paragraphs 1 through 96 are hereby incorporated as if set forth fully herein.

98. Paragraph 98 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, it is denied.

99. Paragraph 99 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, it is denied.

100. Paragraph 100 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, it is denied.

101. Paragraph 101 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, State Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations.

102. Paragraph 102 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, State Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations.

103. Paragraph 103 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, it is denied.

104. Paragraph 104 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, it is denied.

105. Paragraph 105 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, the statutes speak for themselves, and any attempts by Plaintiffs to recharacterize them are denied.

106. Paragraph 106 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, it is denied.

107. Paragraph 107 is Plaintiffs' characterization of the relief they seek and their legal arguments to which no response is required. To the extent a response is required, it is denied.

DEFS. ROBERT W. FERGUSON &
NICHOLAS W. BROWN'S ANSWER TO
PLS.' COMPL.
NO. 3:25-cv-05461-DGE

13

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

**B.     Second Cause of Action:**

108.    Paragraphs 1 through 107 are hereby incorporated as if set forth fully herein.

109.    Paragraph 109 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, it is denied.

110.    Paragraph 110 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, it is denied.

111.    Paragraph 111 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, it is denied.

112.    Paragraph 112 is Plaintiffs' characterization of their legal arguments and legislative history to which no response is required. To the extent a response is required, the legislative history speaks for itself, and Plaintiffs' allegations are denied.

113.    Paragraph 113 is Plaintiffs' characterization of their legal arguments and legislative history to which no response is required. To the extent a response is required, the legislative history speaks for itself, and Plaintiffs' allegations are denied.

114.    Paragraph 114 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, it is denied.

115.    Paragraph 115 is Plaintiffs' characterization of the relief they seek and their legal arguments to which no response is required. To the extent a response is required, it is denied.

**C.     Third Cause of Action:**

116.    Paragraphs 1 through 115 are hereby incorporated as if set forth fully herein.

117.    Paragraph 117 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, it is denied.

118.    Paragraph 118 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, it is denied.

DEFS. ROBERT W. FERGUSON & NICHOLAS W. BROWN'S ANSWER TO PLS.' COMPL.
NO. 3:25-cv-05461-DGE

14

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

119. Paragraph 119 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, the statutes speak for themselves, and Plaintiffs' allegations are denied.

120. Paragraph 120 is Plaintiffs' characterization of the relief they seek and their legal arguments to which no response is required. To the extent a response is required, it is denied.

**D.    Fourth Cause of Action:**

121. Paragraphs 1 through 120 are hereby incorporated as if set forth fully herein.

122. Paragraph 122 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, it is denied.

123. Paragraph 123 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, it is denied.

124. Paragraph 124 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, it is denied.

125. State Defendants lack knowledge or information sufficient to form a belief as to the truth of those factual allegations contained in Paragraph 125.

126. State Defendants lack knowledge or information sufficient to form a belief as to the truth of those factual allegations contained in Paragraph 126.

127. Paragraph 127 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, it is denied.

128. Paragraph 128 contains Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, the statutes speak for themselves, and Plaintiffs' allegations are denied. To the extent that Plaintiffs make factual allegations requiring a response, State Defendants lack knowledge or information sufficient to form a belief as to the truth of those factual allegations.

129. Paragraph 129 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, it is denied.

DEFS. ROBERT W. FERGUSON & NICHOLAS W. BROWN'S ANSWER TO PLS.' COMPL.
NO. 3:25-cv-05461-DGE

15

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

130. Paragraph 130 is Plaintiffs' characterization of the relief they seek and their legal arguments to which no response is required. To the extent a response is required, it is denied.

E. **Fifth Cause of Action:**

131. Paragraphs 1 through 130 are hereby incorporated as if set forth fully herein.

132. Paragraph 132 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, it is denied.

133. Paragraph 133 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, it is denied.

134. Paragraph 134 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, State Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations, and, therefore, deny the same.

135. Paragraph 135 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, State Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations.

136. Paragraph 136 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, it is denied.

137. Paragraph 137 is Plaintiffs' characterization of the relief they seek and their legal arguments to which no response is required. To the extent a response is required, it is denied.

F. **Sixth Cause of Action:**

138. Paragraphs 1 through 137 are hereby incorporated as if set forth fully herein.

139. Paragraph 139 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, it is denied.

140. Paragraph 140 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, it is denied.

DEFS. ROBERT W. FERGUSON & NICHOLAS W. BROWN'S ANSWER TO PLS.' COMPL.
NO. 3:25-cv-05461-DGE

16

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

141. Paragraph 141 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, State Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations.

142. Paragraph 142 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, it is denied.

143. Paragraph 143 is Plaintiffs' characterization of the relief they seek and their legal arguments to which no response is required. To the extent a response is required, it is denied.

### G.  Seventh Cause of Action:

144. Paragraphs 1 through 143 are hereby incorporated as if set forth fully herein.

145. Paragraph 145 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, it is denied.

146. State Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations contained in Paragraph 146.

147. Paragraph 147 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, State Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations, and, therefore, deny the same.

148. Paragraph 148 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, State Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations, and, therefore, deny the same.

149. Paragraph 149 is Plaintiffs' characterization of the relief they seek and their legal arguments to which no response is required. To the extent a response is required, it is denied.

DEFS. ROBERT W. FERGUSON & NICHOLAS W. BROWN'S ANSWER TO PLS.' COMPL.
NO. 3:25-cv-05461-DGE

17

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

**H.     Eighth Cause of Action:**

150.    Paragraphs 1 through 149 are hereby incorporated as if set forth fully herein.

151.    Paragraph 151 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, it is denied.

152.    Paragraph 152 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, it is denied. State Defendants further allege that the statutes speak for themselves.

153.    Paragraph 153 is Plaintiffs' characterization of the relief they seek and their legal arguments to which no response is required. To the extent a response is required, it is denied.

**I.     Ninth Cause of Action:**

154.    Paragraphs 1 through 153 are hereby incorporated as if set forth fully herein.

155.    Paragraph 155 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, State Defendants further allege that the Washington Constitution speaks for itself.

156.    Paragraph 156 is Plaintiffs' characterization of their legal arguments to which no response is required. To the extent a response is required, it is denied.

157.    Paragraph 157 is Plaintiffs' characterization of the relief they seek and their legal arguments to which no response is required. To the extent a response is required, it is denied.

### VI.    PRAYER FOR RELIEF

This section of the Complaint asserts Plaintiffs' requests for relief, to which no response is required. To the extent a response is required, State Defendants deny Plaintiffs are entitled to the relief requested, or any relief.

### VII.    GENERAL DENIAL

State Defendants deny any allegations contained in the Complaint that are not expressly admitted in this Answer.

DEFS. ROBERT W. FERGUSON & NICHOLAS W. BROWN'S ANSWER TO PLS.' COMPL.
NO. 3:25-cv-05461-DGE

18

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

## VIII. AFFIRMATIVE DEFENSES

Affirmative defenses to Plaintiffs' Complaint are set forth below. By setting forth the following defenses, State Defendants do not assume burden of proof on the matter and issue other than those on which they have the burden of proof as a matter of law.

1. Plaintiffs' claims are barred by the doctrine of ripeness;

2. Plaintiffs' claims are barred for lack of standing or justiciability; and

3. Plaintiffs have failed to state a claim upon which relief may be granted.

State Defendants reserve the right to supplement these defenses and assert additional defenses and affirmative defenses as established by the facts of the case.

WHEREFORE, having fully answered Plaintiffs' Complaint and having asserted defenses and affirmative defenses, State Defendants respectfully request that Plaintiffs' requested relief be denied, that Plaintiffs' Complaint be dismissed with prejudice, that State Defendants be awarded their costs and reasonable attorney fees as may be provided by statute or other law, and that the Court award such other relief as the Court deems just and equitable.

DATED this 7th day of August 2025.

NICHOLAS W. BROWN
Attorney General

*/s/ Alicia O. Young*
ALICIA O. YOUNG, WSBA #35553
KELLY A. PARADIS, WSBA #47175
EMMA GRUNBERG, WSBA #54659
Deputy Solicitors General
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200
Alicia.Young@atg.wa.gov
Kelly.Paradis@atg.wa.gov
Emma.Grunberg@atg.wa.gov
*Attorneys for Defendants Robert W. Ferguson and Nicholas W. Brown*

DEFS. ROBERT W. FERGUSON & NICHOLAS W. BROWN'S ANSWER TO PLS.' COMPL.
NO. 3:25-cv-05461-DGE

19

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200