Chief Judge David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL D. ETIENNE, *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>ROBERT FERGUSON, in his official capacity as Governor of the State of Washington, *et al.*,<br><br>        Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>        Plaintiff-Intervenor,<br><br>vs.<br><br>STATE OF WASHINGTON,<br><br>        Defendant. | Case No. 3:25-cv-5461-DGE<br><br>**NOTICE OF WITHDRAWAL** |

PLEASE TAKE NOTICE that, pursuant to W.D. Wash. LCR 83.2(b)(3), Max Lapertosa hereby withdraws his appearance as counsel for Plaintiff-Intervenor United States of America ("United States") in this case because he will no longer be working for the U.S. Department of Justice.  Deputy Assistant

NOTICE OF WITHDRAWAL
Case No. 3:25-cv-5461-DGE
Page 1

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
HOUSING AND CIVIL ENFORCEMENT SECTION
950 Pennsylvania Ave. NW – 4CON
Washington, DC  20530
(202) 514-3847

Attorney General Michael E. Gates of the Department of Justice's Civil Rights Division will continue to represent the United States in this case.

DATED this 19th day of August, 2025.

                                          Respectfully submitted,

                                          s/ Michael E. Gates
                                          MICHAEL E. GATES
                                          Deputy Assistant Attorney General
                                          Civil Rights Division

                                          s/ Max Lapertosa
                                          MAX LAPERTOSA
                                          Trial Attorney
                                          United States Department of Justice
                                          Civil Rights Division
                                          Housing and Civil Enforcement Section
                                          950 Pennsylvania Avenue NW
                                          Washington, DC  20530
                                          Tel:  (202) 598-9726
                                          Max.Lapertosa@usdoj.gov

NOTICE OF WITHDRAWAL
Case No. 3:25-cv-5461-DGE
Page 2

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
HOUSING AND CIVIL ENFORCEMENT SECTION
950 Pennsylvania Ave. NW – 4CON
Washington, DC  20530
(202) 514-3847