Chief Judge David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL D. ETIENNE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT FERGUSON, in his official capacity as Governor of the State of Washington, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-5461-DGE <br><br> **NOTICE OF APPEARANCE** |

Please take notice that Amie S. Murphy, Deputy Chief, Housing and Civil Enforcement Section, Civil Rights Division, United States Department of Justice, hereby enters her appearance as counsel for the United States in the above-captioned matter.

NOTICE OF APPEARANCE
Case No. 3:25-cv-5461-DGE
Page 1

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
HOUSING AND CIVIL ENFORCEMENT SECTION
950 Pennsylvania Ave. NW – 4CON
Washington, DC  20530
(202) 514-3847

1  DATED this 22nd day of August, 2025.

Respectfully submitted,

s/ Amie S. Murphy
AMIE S. MURPHY
Deputy Chief, Housing and Civil Enforcement Section
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC  20530
Tel:  (202) 305-5003
Amie.Murphy2@usdoj.gov

NOTICE OF APPEARANCE
Case No. 3:25-cv-5461-DGE
Page 2

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
HOUSING AND CIVIL ENFORCEMENT SECTION
950 Pennsylvania Ave. NW – 4CON
Washington, DC  20530
(202) 514-3847