The Honorable Chief Judge David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ORTHODOX CHURCH IN AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT W. FERGUSON, et al., <br><br> Defendants. | NO. 2:25-cv-01537-DGE |
| PAUL D. ETIENNE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT W. FERGUSON, et al., <br><br> Defendants. | NO. 3:25-cv-05461-DGE <br><br> **STIPULATED MOTION TO EXTEND DEADLINE REGARDING *ORTHODOX CHURCH* PLAINTIFFS' MOTION TO CONSOLIDATE AND** <br><br> **ORDER** <br><br> **NOTING DATE: August 28, 2025** |

STIPULATED MOTION
No. 2:25-cv-01537-DGE
No. 3:25-cv-05461-DGE

**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000 (t)
(202) 663-6363 (f)

1    Plaintiffs in *Etienne v. Ferguson*, No. 3:25-cv-05461-DGE ("*Etienne* Action," and, the "*Etienne* Plaintiffs"), and Plaintiffs in *Orthodox Church in America v. Ferguson*, No. 2:25-cv-01537-DGE ("*Orthodox Church* Action," and, the "*Orthodox Church* Plaintiffs") jointly move the Court, pursuant to Local Rule 7(d)(1), to extend the deadline for the *Etienne* Plaintiffs to show cause as to why the *Etienne* Action and the *Orthodox Church* Action should not be consolidated until September 8, 2025, and to stay any other case deadlines that might come into effect. The stipulating parties seek this modest extension to the *Etienne* Plaintiffs' response deadline in light of ongoing discussions to find common ground on various issues in the cases.

The *Etienne* Plaintiffs have conferred with counsel for the State Defendants, who have stated that the State Defendants do not oppose this stipulated motion.

**Background**

On May 29, 2025, the *Etienne* Plaintiffs initiated the *Etienne* Action. The Court has not yet entered a scheduling order in the *Etienne* Action.

On June 16, 2025, the *Orthodox Church* Plaintiffs initiated the *Orthodox Church* Action. On August 14, 2025, the *Orthodox Church* Plaintiffs moved to consolidate the *Orthodox Church* Action and the *Etienne* Action. ECF No. 185. The Court has not yet entered a scheduling order in the *Orthodox Church* action.

On August 22, 2025, the Court ordered that the *Etienne* Plaintiffs show cause as to why the *Etienne* Action and the *Orthodox Church* Action should not be consolidated by August 29, 2025.

**Discussion**

The *Etienne* Plaintiffs and the *Orthodox Church* Plaintiffs have been actively engaging in discussions to find common ground on various issues in their cases. The parties expect that those discussions may, in whole or in part, address and resolve various procedural matters, including the *Orthodox Church* Plaintiffs' pending motion to consolidate.

STIPULATED MOTION
No. 2:25-cv-01537-DGE
No. 3:25-cv-05461-DGE

**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000 (t)
(202) 663-6363 (f)

1  Accordingly, and in the interests of permitting continued discussion regarding these
2  issues, the *Etienne* Plaintiffs and the *Orthodox Church* Plaintiffs jointly request that the Court
3  extend the *Etienne* Plaintiffs' deadline to respond to its Order to Show Cause as to why the
4  *Etienne* Action and the *Orthodox Church* Action should not be consolidated from August 29,
5  2025 to September 8, 2025.  The moving parties further request that the Court set no other
6  deadlines in the *Etienne* Action or the *Orthodox Church* Action until September 8, 2025.

7  IT IS SO STIPULATED by and between the *Etienne* Plaintiffs and the *Orthodox Church*
8  Plaintiffs.

9  \*   \*   \*

10  //
11  //

12  I certify that this stipulated motion contains 394 words, in compliance with the Local
   Civil Rules.

13  
14  DATED: August 28, 2025

---

STIPULATED MOTION
No. 2:25-cv-01537-DGE
No. 3:25-cv-05461-DGE

**WILMER CUTLER PICKERING
HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000 (t)
(202) 663-6363 (f)

| | |
|---|---|
| By: /s/ Katherine Anderson<br>Kristen K. Waggoner, WSBA #27790<br>Katherine Anderson, WSBA #41707<br>ALLIANCE DEFENDING FREEDOM<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>Tel: (480) 444-0020<br>kanderson@ADFlegal.org<br><br>*Attorney for Orthodox Church Plaintiffs* | By: /s/ Siddharth Velamoor<br>Matthew T. Martens*<br>Siddharth Velamoor, WSBA #40965<br>Donna Farag*<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>2100 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>Tel: (202) 663-6000<br>Fax: (202) 663-6363<br>matthew.martens@wilmerhale.com<br>siddharth.velamoor@wilmerhale.com<br>donna.farag@wilmerhale.com<br><br>Leah M. Fugere*<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>350 South Grand Avenue<br>Suite 2400<br>Los Angeles, CA 90071<br>Tel: (213) 443-5300<br>Fax: (213) 443-5400<br>leah.fugere@wilmerhale.com<br><br>Robert Kingsley Smith*<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel: (617) 526-6000<br>Fax: (617) 526-5000<br>robert.smith@wilmerhale.com<br><br>William J. Crowley<br>CROWLEY LAW OFFICES, P.S.<br>600 University Street<br>Suite 1708<br>Seattle, WA 98101<br>Tel: (206) 224-7069<br>will@crowleylawoffices.com |

| | |
|---|---|
| STIPULATED MOTION<br>No. 2:25-cv-01537-DGE<br>No. 3:25-cv-05461-DGE | **WILMER CUTLER PICKERING HALE AND DORR LLP**<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>(202) 663-6000 (t)<br>(202) 663-6363 (f) |

Mark L. Rienzi*
Eric C. Rassbach*
William J. Haun*
Laura Wolk Slavis*
BECKET FUND FOR RELIGIOUS LIBERTY
1919 Pennsylvania Ave NW, Suite 400
Washington, D.C. 20006
Tel: (202) 955-0095
mrienzi@becketfund.org
erassbach@becketfund.org
whaun@becketfund.org
lslavis@becketfund.org

Hiram S. Sasser, III*
Jeremy Dys*
Chris Motz*
FIRST LIBERTY INSTITUTE
2001 W. Plano Pkwy., Ste. 1600
Plano, Texas 75075
Tel: (972) 941-4444
Fax: (972) 941-4457
hsasser@firstliberty.org
jdys@firstliberty.org
cmotz@firstliberty.org

*Attorneys for Etienne Plaintiffs*

\* Designates counsel admitted *pro hac vice* in *Etienne v. Ferguson*, No. 3:25-cv-05461-DGE

STIPULATED MOTION
No. 2:25-cv-01537-DGE
No. 3:25-cv-05461-DGE

**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000 (t)
(202) 663-6363 (f)

# ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED**.

The Court GRANTS the *Etienne* Plaintiffs' Stipulated Motion. The *Etienne* Plaintiffs' deadline to show cause as to why the *Etienne* Action and the *Orthodox Church* Action should not be consolidated is hereby extended to **September 8, 2025**. Additionally, the Court directs the Clerk not to enter any other procedural deadlines in the *Etienne* Action or the *Orthodox Church* Action until **September 8, 2025**.

IT IS SO ORDERED.

DATED this 2nd day of September, 2025

David G. Estudillo
United States District Judge

Presented by:

*/s/ Siddharth Velamoor*
Siddharth Velamoor, WSBA #40965
WILMER CUTLER PICKERING HALE AND
    DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: (202) 663-6000
Fax: (202) 663-6363
siddharth.velamoor@wilmerhale.com

*Attorney for Etienne Plaintiffs*

[PROPOSED] ORDER GRANTING
STIPULATED MOTION

No. 2:25-cv-01537-DGE
No. 3:25-cv-05461-DGE

**WILMER CUTLER PICKERING**
**HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000 (t)
(202) 663-6363 (f)

By: */s/ Katherine Anderson*
Kristen K. Waggoner, WSBA #27790
Katherine Anderson, WSBA #41707
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Tel: (480) 444-0020
kanderson@ADFlegal.org

*Attorney for Orthodox Church Plaintiffs*

[PROPOSED] ORDER GRANTING STIPULATED MOTION

No. 2:25-cv-01537-DGE
No. 3:25-cv-05461-DGE

**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000 (t)
(202) 663-6363 (f)