Chief Judge David G. Estudillo

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAUL D. ETIENNE, et al.,

                Plaintiffs,

   vs.

ROBERT W. FERGUSON, et al.,

                Defendants.

NO. 3:25-cv-05461-DGE

NOTICE OF SUBSTITUTION UNDER FED. R. CIV. P. 25(d)

TO:    All Parties; and
TO:    All Counsel for Parties; and
TO:    THE CLERK OF THE COURT

PLEASE TAKE NOTICE that Preston McCollam, sworn into office on July 18, 2025, as Acting Spokane County Prosecuting Attorney, hereby substitutes as a party in his official capacity in place of former Spokane County Prosecuting Attorney Larry Haskell in the above-entitled action. You are requested to serve all pleadings and other papers for Defendant McCollam, except original process, upon the undersigned attorney at the address given below.

//

//

NOTICE OF SUBSTITUTION UNDER FED. R. CIV. P. 25(d) - 1
USDC #C25-5461-DGE

Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

DATED this 16th day of September, 2025.

By: ___*s/ Geoffrey A. Enns*___
GEOFFREY A. ENNS, WSBA No. 40682
Special Deputy Prosecuting Attorney for
Spokane County
3000 Rockefeller Ave., M/S 504
Everett, Washington 98201
Phone: (425) 388-6330 / Fax: (425) 388-6333
Geoffrey.Enns@co.snohomish.wa.us
*Attorney for Defendant Preston McCollam*

NOTICE OF SUBSTITUTION UNDER FED. R. CIV. P. 25(d) - 2
USDC #C25-5461-DGE

**Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

# DECLARATION OF SERVICE

I declare that I am an employee of the Civil Division of the Snohomish County Prosecuting Attorney, and that I caused to be delivered foregoing **Notice of Substitution under Fed. R. Civ. P 25(d)** on the following parties by the methods indicated:

| Party | Method |
|---|---|
| William J. Crowley<br>Crowley Law Offices, P.S.<br>600 University Street, Suite 1708<br>Seattle, WA 98101<br>Will@crowleylawoffices.com<br>*Attorney for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Matthew T. Martens<br>Donna Farag<br>Siddharth Velamoor<br>Wilmer Cutler Pickering Hale and Dorr, LLP<br>2100 Pennsylvania Avenue NW<br>Washington, D.C. 20037<br>Matthew.Martens@wilmerhale.com<br>Donna.Farag@wilmerhale.com<br>Siddharth.Velamoor@wilmerhale.com<br>*Attorneys for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Leah M. Fugere<br>Wilmer Cutler Pickering Hale and Dorr, LLP<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, CA 90071<br>Leah.Fugere@wilmerhale.com<br>*Attorney for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Robert Kingsley Smith<br>Wilmer Cutler Pickering Hale and Dorr, LLP<br>60 State Street<br>Boston, MA 02109<br>Robert.Smith@wilmerhale.com<br>*Attorney for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |

NOTICE OF SUBSTITUTION UNDER FED. R. CIV. P. 25(d) - 3
USDC #C25-5461-DGE

**Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

| | |
|---|---|
| Mark L. Rienzi<br>Eric C. Rassbach<br>William J. Haun<br>Laura Wolk Slavis<br>The Becket Fund for Religious Liberty<br>1919 Pennsylvania Avenue NW, Suite 400<br>Washington, DC 20006<br>MRienzi@becketfund.org<br>ERassbach@becketfund.org<br>WHaun@becketfund.org<br>LSlavis@becketfund.org<br>*Attorneys for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Hiram S. Sasser, III<br>Jeremy Dys<br>Chris Motz<br>First Liberty Institute<br>2001 W. Plano Pkwy., Suite 1600<br>Plano, TX 75075<br>HSasser@firstliberty.org<br>JDys@firstliberty.org<br>EMotz@firstliberty.org<br>*Attorneys for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Emma Grunberg<br>Kelly A. Paradis<br>Alicia O. Young<br>Deputy Solicitors General<br>Attorney General of Washington<br>1125 Washington Street SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100<br>Emma.Grunberg@atg.wa.gov<br>Kelly.Paradis@atg.wa.gov<br>Alicia.Young@atg.wa.gov<br>*Attorneys for Defendant Washington State Attorney General Robert W. Ferguson & Nicholas W. Brown* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |

//

//

//

NOTICE OF SUBSTITUTION UNDER FED. R. CIV. P. 25(d) - 4
USDC #C25-5461-DGE

**Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

| | |
|---|---|
| Anna K. Aruiza<br>Katherine A. Cummings<br>Kitsap County Prosecutor's Office<br>614 Division Street, MS-35A<br>Port Orchard, WA 98366<br>AARuiza@kitsap.gov<br>KACummings@kitsap.gov<br>*Attorneys for Defendant Chad Enright* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Amanda M. Migchelbrink<br>Senior Deputy Prosecuting Attorney<br>Clark County Prosecutor's Office-Civil Div.<br>P.O. Box 5000<br>Vancouver, WA 98666-5000<br>Amanda.Migchelbrink@clark.wa.gov<br>*Attorney for Defendant Attorney Tony Golik* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Rachel K. Stanley<br>Michael E. McFarland, Jr.<br>Evans, Craven & Lackie, P.S.<br>818 W. Riverside, Suite 250-Lincoln Bldg.<br>Spokane, WA 99201<br>RStanley@ecl-law.com<br>MMcFarland@ecl-law.com<br>*Attorneys for Defendants Curt Liedkie, Dale Slack, Ty Albertson, Erika George, Denis Tracy, Mathew Newberg, Kevin McCrae, & Adam Kick* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Philip C. Hunsucker<br>Melissa Pleimann<br>Jefferson County Prosecutor's Office<br>1820 Jefferson Street<br>P.O. Box 1220<br>Port Townsend, WA 98368<br>PHunsucker@co.jefferson.wa.us<br>MPleimann@co.jefferson.wa.us<br>*Attorneys for Defendant James Kennedy* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |

//

//

//

NOTICE OF SUBSTITUTION UNDER FED. R. CIV. P. 25(d) - 5
USDC #C25-5461-DGE

**Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

| | |
|---|---|
| Heidi Jacobsen-Watts<br>Senior Deputy Prosecuting Attorney<br>King County Prosecutor's Office<br>701 Fifth Avenue, Suite 600<br>Seattle, WA 98104<br>Heidi.Jacobsen-Watts@kingcounty.gov<br>*Attorney for Defendant Leesa Manion* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Frederick A. Haist<br>Skagit County Prosecutor's Office-Civil Division<br>605 S. Third Street-Courthouse Annex<br>Mount Vernon, WA 98273-3867<br>FHaist@co.skagit.wa.us<br>*Attorney for Defendant Richard Weyrich* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Michael E. Gates<br>Amie S. Murphy<br>U.S. Dept. of Justice<br>Civil Rights Division, Housing & Civil Enforcement Section<br>950 Pennsylvania Avenue, 4CON<br>Washington, DC 20530<br>Michael.Gates@usdoj.gov<br>Amie.Murphy2@usdoj.gov<br>*Attorneys for Movant/Intervenor U.S.A.* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Schoen Parnell<br>Law Office of Schoen Parnell<br>19705 Scriber Lake Road, Suite 102<br>Lynnwood, WA 98036<br>Schoen@parnelldefense.com<br>*Attorney for Amicus Filer Bishop Robert Barron* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Michael McHale<br>Thomas More Society<br>10506 Burt Circle, Suite 110<br>Omaha, NE 68114<br>MMcHale@thomasmoresociety.org<br>*Attorney for Amicus Filer Bishop Robert Barron* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |

//

//

NOTICE OF SUBSTITUTION UNDER FED. R. CIV. P. 25(d) - 6
USDC #C25-5461-DGE

Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

| | | |
|---|---|---|
| 1 | Peter Breen | ☒ E-Served via CM/ECF |
| | Thomas More Society | ☐ E-Mailed |
| 2 | 309 W. Washington Street, Suite 1250 | ☐ Facsimile |
| | Chicago, IL 60606 | ☐ U.S. Mail |
| 3 | PBreen@thomasmoresociety.org | ☐ Hand Delivery |
| | *Attorney for Amicus Filer Bishop Robert Barron* | ☐ Messenger Service |
| 4 | | |
| | Jeffrey Paul Helsdon | ☒ E-Served via CM/ECF |
| 5 | The Helsdon Law Firm, PLLC | ☐ E-Mailed |
| | 12419 – 6th Avenue Court NW | ☐ Facsimile |
| 6 | Gig Harbor, WA 98332 | ☐ U.S. Mail |
| | JHelsdon@thehelsdonlawfirm.com | ☐ Hand Delivery |
| 7 | *Attorney for Amicus Filer United States Conference of Catholic Bishops* | ☐ Messenger Service |
| 8 | | |
| 9 | Varant Anmahouni | ☒ E-Served via CM/ECF |
| | Gibson, Dunn & Crutcher, LLP | ☐ E-Mailed |
| 10 | 3161 Michelson Drive, Suite 1200 | ☐ Facsimile |
| | Irvine, CA 92612 | ☐ U.S. Mail |
| 11 | VAnmahouni@gibsondunn.com | ☐ Hand Delivery |
| 12 | *Attorney for Amicus Filer United States Conference of Catholic Bishops* | ☐ Messenger Service |
| 13 | | |
| 14 | Alyson M. Cox | ☒ E-Served via CM/ECF |
| | Gibson, Dunn & Crutcher, LLP | ☐ E-Mailed |
| 15 | 1700 M Street NW | ☐ Facsimile |
| | Washington, DC 20036 | ☐ U.S. Mail |
| 16 | ACox@gibsondunn.com | ☐ Hand Delivery |
| 17 | *Attorney for Amicus Filer United States Conference of Catholic Bishops* | ☐ Messenger Service |
| 18 | | |
| 19 | Julian W. Poon | ☒ E-Served via CM/ECF |
| | Gibson, Dunn & Crutcher, LLP | ☐ E-Mailed |
| 20 | 333 South Grand Avenue, Suite 5400 | ☐ Facsimile |
| | Los Angeles, CA 90071 | ☐ U.S. Mail |
| 21 | JPoon@gibsondunn.com | ☐ Hand Delivery |
| 22 | *Attorney for Amicus Filer United States Conference of Catholic Bishops* | ☐ Messenger Service |
| 23 | // | |
| 24 | // | |
| 25 | // | |
| 26 | | |

NOTICE OF SUBSTITUTION UNDER FED. R. CIV. P. 25(d) - 7
USDC #C25-5461-DGE

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

| | |
|---|---|
| Jaime R. Barrios<br>Gibson, Dunn & Crutcher, LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201<br>JBarrios@gibsondunn.com<br>*Attorney for Amicus Filer United States Conference of Catholic Bishops* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 16th day of September, 2025.

_____
Cindy Ryden, Legal Assistant

NOTICE OF SUBSTITUTION UNDER FED. R. CIV. P. 25(d) - 8
USDC #C25-5461-DGE

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333