The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| PAUL D. ETIENNE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT W. FERGUSON, et al., <br><br> Defendants. <br><br> UNITED STATES OF AMERICA, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> STATE OF WASHINGTON, <br><br> Defendant. | NO. 3:25-cv-05461-DGE <br><br> STIPULATED MOTION TO ENTER PERMANENT INJUNCTION AND FINAL JUDGMENT <br><br> AND <br><br> [PROPOSED] ORDER <br><br> NOTE ON MOTION CALENDAR: Friday, October 10, 2025 |

## I. STIPULATION

Plaintiffs Paul D. Etienne, Joseph J. Tyson, Thomas A. Daly, Frank R. Schuster, Eusebio L. Elizondo, Gary F. Lazzeroni, Gary M. Zender, Robert Pearson, Lutakome Nsubuga, Jesús Mariscal, Michael Kelly (Plaintiffs); Intervenor-Plaintiff United States of America; Defendants Robert W. Ferguson and Nicholas W. Brown (State Defendants); and Defendants Leesa Manion, Preston McCollam, Joseph Brusic, Randy Flyckt, Curt Liedkie, Eric Eisinger, Robert Sealby, Mark Nichols, Tony Golik, Dale Slack, Ryan Jurvakainen, Sean Lewis, Michael Golden, Shawn

STIPULATED MOTION FOR PERMANENT INJUNCTION, FINAL JUDGMENT, AND PROPOSED ORDER NO. 3:25-cv-05461-DGE

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

Sant, Mathew Newberg, Kevin McRae, Norma Tillotson, Gregory Banks, James Kennedy, Chad Enright, Gregory Zempel, David Quesnel, Jonathan Meyer, Ty Albertson, Michael Dorcy, Albert Lin, Michael Rothman, Dolly Hunt, Mary Robnett, Amy Vira, Rich Weyrich, Adam Kick, Jason Cummings, Erika George, Jon Tunheim, Dan Bigelow, Gabe Acosta, Eric Richey, and Denis Tracy, in their official capacities (County Prosecutor Defendants), jointly move the Court, pursuant to Local Rule 7(d)(1) and Federal Rules of Civil Procedure 54 and 65(d), to enter a Permanent Injunction and Final Judgment, subject to the parties' agreement to be bound by the terms of this Stipulation and Proposed Order, including Exhibit A attached hereto.[1]

On May 29, 2025, Plaintiffs filed a Complaint (Dkt. # 1) against the State Defendants and the County Prosecutor Defendants. The Complaint alleges that Section 26.44.030(1)(a) and (b) of the Revised Code of Washington (RCW), as amended by Senate Bill 5375 (2025), violates the First and Fourteenth Amendments to the U.S. Constitution, as well as Article I, Section 11 of the Washington Constitution. On June 5, 2025, Plaintiffs filed a Motion for Preliminary Injunction against all defendants (Dkt. # 65) seeking to preliminarily "block the investigation and enforcement of RCW § 26.44.030, as amended by Senate Bill 5375, to the extent it applies to information learned by Catholic clergy through the Sacrament of Confession." Dkt. # 65 at 23.

On July 15, 2025, the Court entered a stipulated order subjecting the County Prosecutor Defendants to a preliminary injunction and staying proceedings against the County Prosecutor Defendants until entry of a final judgment (Dkt. # 224). As part of that stipulated order, the County Prosecutor Defendants agreed to "consent to the Court's final judgment against the remaining defendants and . . . not appeal any such judgment." Dkt. # 224 at 7.

On July 18, 2025, the Court entered a preliminary injunction against the State Defendants (Dkt. # 227), concluding that Plaintiffs are likely to succeed on the merits of their Free Exercise

---

[1] Since the complaint was filed, Dale Slack has been replaced by Jennine Christensen as Columbia County Prosecutor, and Kevin McCrae has been replaced by Brandon Guernsey as Grant County Prosecutor.

STIPULATED MOTION FOR
PERMANENT INJUNCTION, FINAL
JUDGMENT, AND PROPOSED ORDER
NO. 3:25-cv-05461-DGE

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

Clause challenge, that "there are serious questions going to the merits" of their Church Autonomy Doctrine and Establishment Clause claims, and that Plaintiffs otherwise met the requirements for the issuance of a preliminary injunction. Accordingly, the Court enjoined the State Defendants "from enforcing SB 5375 as to the Sacrament of Confession against the Plaintiffs in this action and all Roman Catholic priests in Washington who fall directly under the administration of Plaintiffs Etienne, Daly, and Tyson." Dkt. # 227 at 25.

Intervenor-Plaintiff United States also filed a Motion for Preliminary Injunction (Dkt. # 138). In its papers in Opposition to the Preliminary Injunction, State Defendants represented to the Court that if Plaintiffs' preliminary injunction was granted, the State would not seek to enforce RCW § 26.44.030 (2025) to information disclosed in the Catholic Sacrament of Confession or sacred confidences shared with any clergy while that order remains in force. Dkt. # 226. Because of those representations specifically, the United States later withdrew its Motion for Preliminary Injunction (Dkt. # 229).

The stipulating parties seek to avoid the costs and burdens of further litigation and conclusively resolve this matter, including by making permanent the Court's Preliminary Injunction order (Dkt. # 227). Accordingly, the parties agree as follows:

1. Plaintiffs, the United States, the State Defendants, and the County Prosecutor Defendants stipulate to entry of the proposed Permanent Injunction attached hereto, enjoining all Defendants from enforcing RCW § 26.44.030 (2025), as to the Catholic Sacrament of Confession and/or any other privileged communication under RCW § 5.60.060(3).

2. State Defendants and County Prosecutor Defendants agree not to appeal the Preliminary Injunction order (Dkt. # 227), or to appeal from or otherwise challenge the enforceability or validity of this Stipulated Permanent Injunction Order and Final Judgment, or any other rulings entered to date in this matter by this Court, in this or any other proceeding.

STIPULATED MOTION FOR PERMANENT INJUNCTION, FINAL JUDGMENT, AND PROPOSED ORDER
NO. 3:25-cv-05461-DGE

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

3. State Defendants and County Prosecutor Defendants agree that the Court's Stipulated Permanent Injunction Order and Final Judgment in this matter has the same force and precedential effect as if it had been entered following a dispositive motion or trial on the merits.

4. All stipulating parties agree that they will not seek costs and attorneys' fees against any other stipulating party.

IT IS SO STIPULATED by and between the Parties.

I certify that this memorandum contains 818 words, in compliance with the Local Civil Rules.

DATED this 10th day of October 2025.

| | |
|---|---|
| NICHOLAS W. BROWN<br>Attorney General<br><br>/s/ Emma Grunberg<br>ALICIA O. YOUNG, WSBA #35553<br>KELLY A. PARADIS, WSBA #47175<br>EMMA GRUNBERG, WSBA #54659<br>Deputy Solicitors General<br>1125 Washington Street SE<br>PO Box 40100<br>Olympia, WA  98504-0100<br>360-753-6200<br>Alicia.Young@atg.wa.gov<br>Kelly.Paradis@atg.wa.gov<br>Emma.Grunberg@atg.wa.gov<br><br>*Attorneys for Defendants Robert W. Ferguson and Nicholas W. Brown*<br><br><br>JASON CUMMINGS<br>Snohomish County Prosecuting Attorney<br><br>/s/ Geoffrey A. Enns<br>GEOFFREY A. ENNS, WSBA #40682<br>Deputy Prosecuting Attorney<br>3000 Rockefeller Ave. M/S 504<br>Everett, WA  98201<br>425-388-6330<br>Geoff.Enns@co.snohomish.wa.us<br><br>*Attorney for Defendants Preston McCollam, Joseph Brusic, Randy Flyckt, Eric Eisinger,* | WILMER CUTLER PICKERING HALE AND DORR LLP<br><br>/s/ Siddharth Velamoor<br>MATTHEW T. MARTENS*<br>SIDDHARTH VELAMOOR, WSBA #40965<br>DONNA FARAG*<br>2100 Pennsylvania Avenue, NW<br>Washington, DC  20037<br>202-663-6000<br>matthew.martens@wilmerhale.com<br>siddharth.velamoor@wilmerhale.com<br>donna.farag@wilmerhale.com<br><br>LEAH M. FUGERE*<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, CA  90071<br>213-443-5300<br>leah.fugere@wilmerhale.com<br><br>ROBERT KINGSLEY SMITH*<br>60 State Street<br>Boston, MA  02109<br>617-526-6000<br>robert.smith@wilmerhale.com<br><br>CROWLEY LAW OFFICES, P.S. |

STIPULATED MOTION FOR PERMANENT INJUNCTION, FINAL JUDGMENT, AND PROPOSED ORDER
NO. 3:25-cv-05461-DGE

4

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

| | | |
|---|---|---|
| 1 | *Robert Sealby, Mark Nichols, Ryan Jurvakainen, Sean Lewis, Michael Golden, Shawn Sant, Norma Tillotson, Gregory Banks, Gregory Zempel, David Quesnel, Jonathan Meyer, Michael Dorcy, Albert Lin, Michael Rothman, Dolly Hunt, Mary Robnett, Amy Vira, Jason Cummings, Jon Tunheim, Dan Bigelow, Gabe Acosta, and Eric Richey* | WILLIAM J. CROWLEY<br>600 University Street, Suite 1708<br>Seattle, WA 98101<br>206-224-7069<br>will@crowleylawoffices.com |

CHAD M. ENRIGHT
Kitsap County Prosecuting Attorney

/s/ *Anna K. Aruiza*
ANNA K. ARUIZA, WSBA #39663
Senior Deputy Prosecuting Attorney
614 Division St. MS-35A
Port Orchard, WA 98366-4676
360-337-4992
aaruiza@kitsap.gov

*Attorney for Defendant Chad Enright*

LEESA MANION
King County Prosecuting Attorney

/s/ *Heidi Jacobsen-Watts*
HEIDI JACOBSEN-WATTS, WSBA #35549
Senior Deputy Prosecuting Attorney
701 Fifth Ave., Suite 600
Seattle, WA 98104
206-477-1120
heidi.jacobsen-watts@kingcounty.gov

*Attorney for Defendant Leesa Manion*

JAMES KENNEDY
Jefferson County Prosecuting Attorney

/s/ *Philip C. Hunsucker*
PHILIP C. HUNSUCKER, WSBA #48692
Chief Civil Deputy Prosecuting Attorney
1820 Jefferson Street/P.O. Box 1220
Port Townsend, WA 98368
360-385-9180
PHunsucker@co.jefferson.wa.us

*Attorney for Defendant James Kennedy*

BECKET FUND FOR RELIGIOUS LIBERTY

MARK L. RIENZI*
ERIC C. RASSBACH*
WILLIAM J. HAUN*
LAURA WOLK SLAVIS*
1919 Pennsylvania Ave NW, Suite 400
Washington, DC 20006
202-955-0095
mrienzi@becketfund.org
erassbach@becketfund.org
whaun@becketfund.org
lslavis@becketfund.org

FIRST LIBERTY INSTITUTE

HIRAM S. SASSER, III*
JEREMY DYS*
CHRIS MOTZ*
2001 W. Plano Pkwy., Ste. 1600
Plano, Texas 75075
972-941-4444
hsasser@firstliberty.org
jdys@firstliberty.org
cmotz@firstliberty.org

*Attorneys for Plaintiffs*

* Designates counsel admitted *pro hac vice*

UNITED STATES DEPARTMENT OF JUSTICE
Housing and Civil Enforcement Section
Civil Rights Division

/s/ *Michael E. Gates*
HARMEET K. DHILLON

STIPULATED MOTION FOR PERMANENT INJUNCTION, FINAL JUDGMENT, AND PROPOSED ORDER
NO. 3:25-cv-05461-DGE

5

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

| | |
|---|---|
| TONY GOLIK<br>Clark County Prosecuting Attorney<br><br>*/s/ Amanda Migchelbrink*<br>AMANDA MIGCHELBRINK, WSBA #34223<br>Senior Deputy Prosecuting Attorney<br>1300 Franklin St., Suite 380<br>Vancouver, WA 98666-5000<br>564-397-2478<br>Amanda.Migchelbrink@clark.wa.gov<br><br>*Attorney for Defendant Tony Golik*<br><br><br>RICHARD E. WEYRICH<br>Skagit County Prosecuting Attorney<br><br>*/s/ Frederick A. Haist*<br>FREDERICK A. HAIST, WSBA #48937<br>Deputy Prosecuting Attorney<br>700 S. 2nd Street, Ste. 300<br>Mount Vernon, WA 98273<br>360-416-1600<br>fhaist@co.skagit.wa.us<br><br>*Attorney for Defendant Richard Weyrich*<br><br><br>EVANS, CRAVEN & LACKIE, P.S.<br><br>*/s/ Rachel K. Stanley*<br>RACHEL K. STANLEY, WSBA #58280<br>818 Riverside, Suite 250<br>Spokane, WA 99201-0910<br>509-455-5200<br>rstanley@ecl-law.com<br><br>*Attorney for Defendants Curt Liedike, Jennine Christensen, Mathew Newburg, Brandon Guernsey, Ty Albertson, Adam Kick, Erika George, and Denis Tracy* | Assistant Attorney General<br>MICHAEL E. GATES<br>Deputy Assistant Attorney General<br>CARRIE PAGNUCCO<br>Chief<br>AMIE S. MURPHY<br>Deputy Chief<br>950 Pennsylvania Avenue NW—4CON<br>Washington, DC 20530<br>202-305-5003<br>Amie.Murphy2@usdoj.gov<br><br>*Attorneys for Plaintiff-Intervenor United States of America* |

STIPULATED MOTION FOR PERMANENT INJUNCTION, FINAL JUDGMENT, AND PROPOSED ORDER
NO. 3:25-cv-05461-DGE

6

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

**[PROPOSED] ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED:

This matter is before the Court on the Stipulated Motion to Enter Permanent Injunction and Final Judgment. Having reviewed the Motion, the docket and all related material, and good cause appearing therefrom, the Court ORDERS as follows:

1. The Court finds that: (i) Plaintiffs have pre-enforcement standing and their claims satisfy the constitutional component of ripeness; (ii) Plaintiffs' claims are prudentially ripe; (iii) RCW § 26.44.030 (2025) infringes Plaintiffs' free exercise of religion in violation of the First Amendment to the U.S. Constitution as applied to the Catholic Sacrament of Confession and/or any other privileged communication under RCW § 5.60.060(3); and (iv) there are serious questions going to the merits of whether RCW § 26.44.030 (2025) infringes Plaintiffs' rights under the U.S. Constitution's Establishment Clause and the Church Autonomy Doctrine.

2. In light of the findings and legal conclusions set out in paragraph 1 above, State Defendants and County Prosecutor Defendants are hereby subject to and bound by Exhibit A to this Order.

3. Plaintiffs, the United States, State Defendants, and County Prosecutor Defendants agree not to appeal the Court's ruling on Plaintiffs' Motion for Preliminary Injunction (Dkt. # 65) and agree not to appeal from or otherwise challenge the enforceability or validity of the Court's Stipulated Permanent Injunction Order and Final Judgment, or any other rulings entered to date in this matter by this Court, in this or any other proceeding.

4. This Stipulated Permanent Injunction Order and Final Judgment has the same force and precedential effect as if it had been entered following a dispositive motion or trial on the merits.

5. All parties are responsible for their own attorneys' fees and costs, and shall not be entitled to attorneys' fees and/or costs from any other party.

6. This order constitutes the Court's final judgment in this matter.

STIPULATED MOTION FOR PERMANENT INJUNCTION, FINAL JUDGMENT, AND PROPOSED ORDER
NO. 3:25-cv-05461-DGE

7

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

IT IS SO ORDERED.

DATED this ___ day of October 2025.

_____
Hon. David G. Estudillo
UNITED STATES DISTRICT JUDGE

Presented by:

| | |
|---|---|
| NICHOLAS W. BROWN<br>Attorney General<br><br>*/s/ Emma Grunberg*<br>ALICIA O. YOUNG, WSBA #35553<br>KELLY A. PARADIS, WSBA #47175<br>EMMA GRUNBERG, WSBA #54659<br>Deputy Solicitors General<br>1125 Washington Street SE<br>PO Box 40100<br>Olympia, WA  98504-0100<br>360-753-6200<br>Alicia.Young@atg.wa.gov<br>Kelly.Paradis@atg.wa.gov<br>Emma.Grunberg@atg.wa.gov<br><br>*Attorneys for Defendants Robert W. Ferguson and Nicholas W. Brown*<br><br><br>JASON CUMMINGS<br>Snohomish County Prosecuting Attorney<br><br>*/s/ Geoffrey A. Enns*<br>GEOFFREY A. ENNS, WSBA #40682<br>Deputy Prosecuting Attorney<br>3000 Rockefeller Ave. M/S 504<br>Everett, WA  98201<br>425-388-6330<br>Geoff.Enns@co.snohomish.wa.us<br><br>*Attorney for Defendants Preston McCollam, Joseph Brusic, Randy Flyckt, Eric Eisinger, Robert Sealby, Mark Nichols, Ryan Jurvakainen, Sean Lewis, Michael Golden, Shawn Sant, Norma Tillotson, Gregory Banks, Gregory Zempel, David Quesnel, Jonathan Meyer, Michael Dorcy, Albert Lin, Michael Rothman, Dolly Hunt, Mary Robnett,* | WILMER CUTLER PICKERING HALE AND DORR LLP<br><br>*/s/ Siddharth Velamoor*<br>MATTHEW T. MARTENS*<br>SIDDHARTH VELAMOOR, WSBA #40965<br>DONNA FARAG*<br>2100 Pennsylvania Avenue, NW<br>Washington, DC  20037<br>202-663-6000<br>matthew.martens@wilmerhale.com<br>siddharth.velamoor@wilmerhale.com<br>donna.farag@wilmerhale.com<br><br>LEAH M. FUGERE*<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, CA  90071<br>213-443-5300<br>leah.fugere@wilmerhale.com<br><br>ROBERT KINGSLEY SMITH*<br>60 State Street<br>Boston, MA  02109<br>617-526-6000<br>robert.smith@wilmerhale.com<br><br>CROWLEY LAW OFFICES, P.S.<br><br>WILLIAM J. CROWLEY<br>600 University Street, Suite 1708<br>Seattle, WA  98101<br>206-224-7069<br>will@crowleylawoffices.com |

STIPULATED MOTION FOR PERMANENT INJUNCTION, FINAL JUDGMENT, AND PROPOSED ORDER NO. 3:25-cv-05461-DGE

8

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

| | |
|---|---|
| *Amy Vira, Jason Cummings, Jon Tunheim, Dan Bigelow, Gabe Acosta, and Eric Richey* | BECKET FUND FOR RELIGIOUS LIBERTY |
| CHAD M. ENRIGHT<br>Kitsap County Prosecuting Attorney | MARK L. RIENZI*<br>ERIC C. RASSBACH*<br>WILLIAM J. HAUN*<br>LAURA WOLK SLAVIS* |
| /s/ Anna K. Aruiza<br>ANNA K. ARUIZA, WSBA #39663<br>Senior Deputy Prosecuting Attorney<br>614 Division St. MS-35A<br>Port Orchard, WA 98366-4676<br>360-337-4992<br>aaruiza@kitsap.gov | 1919 Pennsylvania Ave NW, Suite 400<br>Washington, DC 20006<br>202-955-0095<br>mrienzi@becketfund.org<br>erassbach@becketfund.org<br>whaun@becketfund.org<br>lslavis@becketfund.org |
| *Attorney for Defendant Chad Enright* | |
| LEESA MANION<br>King County Prosecuting Attorney | FIRST LIBERTY INSTITUTE |
| /s/ Heidi Jacobsen-Watts<br>HEIDI JACOBSEN-WATTS, WSBA #35549<br>Senior Deputy Prosecuting Attorney<br>701 Fifth Ave., Suite 600<br>Seattle, WA 98104<br>206-477-1120<br>heidi.jacobsen-watts@kingcounty.gov | HIRAM S. SASSER, III*<br>JEREMY DYS*<br>CHRIS MOTZ*<br>2001 W. Plano Pkwy., Ste. 1600<br>Plano, Texas 75075<br>972-941-4444<br>hsasser@firstliberty.org<br>jdys@firstliberty.org<br>cmotz@firstliberty.org |
| *Attorney for Defendant Leesa Manion* | |
| JAMES KENNEDY<br>Jefferson County Prosecuting Attorney | *Attorneys for Plaintiffs*<br><br>* Designates counsel admitted *pro hac vice* |
| /s/ Philip C. Hunsucker<br>PHILIP C. HUNSUCKER, WSBA #48692<br>Chief Civil Deputy Prosecuting Attorney<br>1820 Jefferson Street/P.O. Box 1220<br>Port Townsend, WA 98368<br>360-385-9180<br>PHunsucker@co.jefferson.wa.us | UNITED STATES DEPARTMENT OF JUSTICE<br>Housing and Civil Enforcement Section<br>Civil Rights Division<br><br>/s/ Michael E. Gates<br>HARMEET K. DHILLON<br>Assistant Attorney General<br>MICHAEL E. GATES<br>Deputy Assistant Attorney General |
| *Attorney for Defendant James Kennedy* | |
| TONY GOLIK<br>Clark County Prosecuting Attorney | CARRIE PAGNUCCO<br>Chief<br>AMIE S. MURPHY |
| /s/ Amanda Migchelbrink | |

STIPULATED MOTION FOR PERMANENT INJUNCTION, FINAL JUDGMENT, AND PROPOSED ORDER
NO. 3:25-cv-05461-DGE

9

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

| | |
|---|---|
| AMANDA MIGCHELBRINK, WSBA #34223<br>Senior Deputy Prosecuting Attorney<br>1300 Franklin St., Suite 380<br>Vancouver, WA 98666-5000<br>564-397-2478<br>Amanda.Migchelbrink@clark.wa.gov<br><br>*Attorney for Defendant Tony Golik* | Deputy Chief<br>950 Pennsylvania Avenue NW—4CON<br>Washington, DC 20530<br>202-305-5003<br>Amie.Murphy2@usdoj.gov<br><br>*Attorneys for Plaintiff-Intervenor United States of America* |

RICHARD E. WEYRICH
Skagit County Prosecuting Attorney

*/s/ Frederick A. Haist*
FREDERICK A. HAIST, WSBA #48937
Deputy Prosecuting Attorney
700 S. 2nd Street, Ste. 300
Mount Vernon, WA 98273
360-416-1600
fhaist@co.skagit.wa.us

*Attorney for Defendant Richard Weyrich*

EVANS, CRAVEN & LACKIE, P.S.

*/s/ Rachel K. Stanley*
RACHEL K. STANLEY, WSBA #58280
818 Riverside, Suite 250
Spokane, WA 99201-0910
509-455-5200
rstanley@ecl-law.com

*Attorney for Defendants Curt Liedike, Jennine Christensen, Mathew Newburg, Brandon Guernsey, Ty Albertson, Adam Kick, Erika George, and Denis Tracy*

STIPULATED MOTION FOR PERMANENT INJUNCTION, FINAL JUDGMENT, AND PROPOSED ORDER
NO. 3:25-cv-05461-DGE

10

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

# EXHIBIT A

Pursuant to the Stipulated Motion of all Plaintiffs, Plaintiff-Intervenor, and all Defendants, IT IS HEREBY ORDERED that Defendants and their agents, servants, employees, attorneys, and successors, are permanently enjoined, pursuant to Federal Rule of Civil Procedure 65, from enforcing or attempting to enforce RCW § 26.44.030 (2025) as applied to information disclosed solely in the Catholic Sacrament of Confession and/or any other privileged communication under RCW § 5.60.060(3).

It is further hereby ordered that Defendants and their agents, servants, employees, attorneys, and successors, are permanently enjoined, pursuant to Federal Rule of Civil Procedure 65, from enforcing RCW § 26.44.030(1)(b) (2025) to deny members of the clergy the benefit of any privileged communication exception provided in RCW § 5.60.060 that RCW § 26.44.030(1)(b) allows for other reporters.

STIPULATED MOTION FOR PERMANENT INJUNCTION, FINAL JUDGMENT, AND PROPOSED ORDER
NO. 3:25-cv-05461-DGE

11

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200